

## Notice of Service of Process

null / ALL
Transmittal Number: 17917631
Date Processed: 03/20/2018

| | |
|---|---|
| Primary Contact: | Jacalyn Peter<br>Frontier Airlines, Inc.<br>4545 Airport Way<br>Denver, CO 80239-5716 |
| Electronic copy provided to: | Howard Diamond<br>Shannon Muir |
| Entity: | Frontier Airlines, Inc.<br>Entity ID Number 0485700 |
| Entity Served: | Frontier Airlines, Inc. |
| Title of Action: | Vanessa Newport vs. Frontier Airline, Inc. |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Personal Injury |
| Court/Agency: | Orange County Circuit Court, Florida |
| Case/Reference No: | 2018-CA-2042 |
| Jurisdiction Served: | Florida |
| Date Served on CSC: | 03/19/2018 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Christina Fiqueroa<br>407-377-0700 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882  |  sop@cscglobal.com

**EXHIBIT A**

Filing # 68501830 E-Filed 02/27/2018 10:27:05 AM

### IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
### IN AND FOR ORANGE COUNTY, FLORIDA

VANESSA NEWPORT,

    Plaintiff,

Vs.

FRONTIER AIRLINE, INC., a Foreign
For Profit Corporation,

    Defendant.
_____/

Case No. 2018-CA-2042

Served
Date 3/19/18 Time 2:30
Eric Larson
Signature & CPS #-063#
SPECIAL & 2nd Judicial Circuit PROCESS SERVER
in The _____ Judicial Circuit Court
Investigative Process Service, Inc.
Orlando, FL 32801 ★ 407-426-7433

### SUMMONS/PERSONAL SERVICE OF A CORPORATION

THE STATE OF FLORIDA:

TO EACH SHERIFF OF THE STATE: You are hereby commanded to serve this Summons and a copy of the Complaint or Petition, in this action on the Defendant:

    **FRONTIER AIRLINES, INC.**
    **By serving its registered agent**
    **Corporation Service Company**
    **1201 Hays Street**
    **Tallahassee, FL 32301-2525**

WITNESS my hand and the seal of said Court on this  1  day of ~~February~~ March 2018.



Civil Division
425 N. Orange Avenue
Room 310
Orlando, Florida 32801

Tiffany Moore Russell
Clerk of the Circuit Court

s/ Lisa Geib, Deputy Clerk
2018.03.01 12:59:17 -05'00'
By: _____
    Deputy Clerk

    Each Defendant is required to serve written defenses to the complaint or petition on Christina Figueroa, Esquire, Plaintiff's attorney, whose address is Law Office of Hogan Law P.A., 5626 Curry Ford, Orlando, Florida 32822, within twenty (20) days of this summons on that Defendant, exclusive of the day of service, and to file the original of the with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Orange County Court Administrator at (407)836-2065, within 2 working days of your receipt of this summons. If you are hearing or voice impaired, call 1-800-995-8771.

/s/ *Christina Figueroa*
**Christina Figueroa, Esq.**
FBN: 120248
Hogan Law
5626 Curry Ford Rd. Suite 100
Orlando, FL 32822
P: (407) 377-0700
F: (407) 377-0701
www.HoganPA.com

**Brian C. Hogan, Esq.**
**Joshua T. Frick, Esq.**
Joel J. Frick, Esq.
Christina Figueroa, Esq.

Phone    :   407-377-0700
Fax      :   407-377-0701
Toll Free :   1-800-Attorney
Web      :   www.hoganfrick.com

Se Habla Español



ORLANDO
5626 Curry Ford Road
Orlando, FL 32822

MIAMI
4000 Ponce de Leon Blvd.
Suite 470
Coral Cables, FL 33146

GAINESVILLE
2622 N.W. 43rd Street
Suite C-3
Gainesville, FL 32601

OCALA
814 E. Silver Springs Blvd.
Suite A-2
Ocala, FL 34470

Reply to Orlando

January 13, 2017

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**7016 1970 0000 9132 0695**
Jason T. Meares
Adler Murphy and McQuillen, LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603-1804

Re:   Our Client:    Vanessa Renee Newport
      Your Insured:  Frontier Airlines Inc.
      Incident No.:  160215-000099
      D/Accident:    2/14/2016

Dear Mr. Meares:

As you are aware, this office represents Ms. Vanessa Newport, with regard to a claim for injuries suffered as a result of the above-referenced accident during a flight with Frontier. Accordingly, kindly accept this letter as our formal demand for $250,000 to settle this claim.

**Facts:**

On February 14, 2016, Ms. Newport was a passenger aboard Frontier Airlines flight #F91223. Ms. Newport, was traveling back from Las Vegas to Orlando in seat 14-A.

During the flight, Ms. Newport ordered a hot tea as a beverage. Instead, she was given a cup of hot water, a tea bag and a sugar packet. When Ms. Newport removed the lid of the cup to place the tea bag, turbulence rocked the airplane and threw the cup filled with scalding hot water into her lap. Despite the pain, Ms. Newport had to sit for hours with no possibility to check her injuries and see their severity.

**EXHIBIT B**

### Liability:

Your client is 100% negligent in causing these injuries to Ms. Newport. Ms. Newport should never have been served a cup of scalding hot water to make her own tea. The tea should have been prepared by a flight attendant prior to giving it to her, especially since turbulence can occur at any time and without warning. A passenger on a commercial flight should **never** be forced to handle an open-topped beverage containing scalding hot water. This unsafe manner in which Frontier serves hot tea to passengers is foolhardy, and is a danger to every passenger who orders it. Frontier has a duty to serve its food and beverages in a safe manner to its passengers. They clearly failed this duty to Ms. Newport, and it resulted in injury. Furthermore, they failed to warn her that the water was so hot as to cause 2nd degree burns on her skin. They also did not provide adequate measures to help reduce the burning, as she was forced to sit in her seat with the hot water soaked into her pants and continuing to press against her skin. As you know, the longer her skin was exposed to the scalding water, the worse the burn to her skin became.

### Damages:

Following the accident, Ms. Newport went home and noticed that she had severe burns and blisters on her left inner thigh, left leg, right inner thigh, and buttocks.

On February 24, 2016, she visited Dr. Frank Reisner, M. D., at Express Care of Ocala. Dr. Reisner diagnosed her with **second degree burns.**

Since the pain in her left thigh continued, on March 16, 2016, Ms. Newport visited Munroe Regional Medical Center where she was admitted for hospitalization and diagnosed her **acute embolism and DV of unspecified veins of left lower extremity.** The DVTs have developed because of her burns and because she was forced to be sedentary for the past month since her the burns developed.

After hospitalization, Ms. Newport was referred to Dr. Koti, who started her on a treatment anticoagulation plan for six months.

Ms. Newport now has terrible scarring all over her lap, mainly on the left leg and thigh. I have attached pictures for your review. Attached you will find the following bills:

| | |
|---|---|
| 1. Express Care of Ocala | $ 2,575.00 |
| 2. Central Cancer and Blood Center | $ 1,198.00 |
| 3. Munroe Regional Medical Center | $18, 875.70 |
| **Total:** | **$ 22,648.70** |

These terrible scars have affected Ms. Newport's daily life. In addition to the pain she still feels from the scar-tightened skin, she is limited in many activities that she performed effortlessly before this accident. Ms. Newport has been unable to freely move without suffering excruciating pain. Ms. Newport was a very active person prior to his accident. She is also very self-conscious of the scarring, and has not worn a bathing suit since the incident. She is a very likable and charismatic individual and I am certain a jury will like her.

Accordingly, in keeping with the good faith duty owed to your insured, kindly advise your insured of the nature of our client's injuries and her willingness to settle this claim for the sum of $250,000. The $250,000 must be tendered to my office within 30 days from the date of this letter (meaning a check in my office by 30th day) **or the tender will be rejected**. Please note that at the expiration of the 30th day, we will file suit, and will no longer accept $250,000 in settlement of this action

Sincerely,

Joel J. Frick, Esq.

JJF/dg
Enclosure:   Exhibit Catalog

## EXHIBIT CATALOGUE

Our Client      :   Vanessa Renee Newport
Your Insured    :   Frontier Airlines Inc
Incident No.    :   160215-000099
D/Accident      :   2/14/2016

1. PICTURES
2. MEDICAL RECORDS
3. MEDICAL BILLS
4. FLIGHT CONFIRMATION