80IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VANESSA NEWPORT,

    *Plaintiff*,

v.

    Case No.:

FRONTIER AIRLINE, INC.,

    Removed from: Circuit Court of the Ninth Judicial Circuit, in & for Orange County, FL

    *Defendant*.

    Case No.: 2018-CA-2042

_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 6, 2018, he caused the foregoing Civil Cover Sheet to be electronically filed with the United States District Court for the Middle District of Florida, Orlando Division using the CM/ECF system, and further that he caused a true and correct copy of the same to be served on the party identified below by depositing it in a properly addressed envelope with proper postage prepaid in the U.S. Mail at 800 North Magnolia Avenue, Suite 1350, Orlando, FL 32803.

    Christina Figueroa
    HOGAN LAW
    5626 Curry Ford Road, Suite 100
    Orlando, Florida 32822

    **ATTORNEY FOR PLAINTIFF**

    By: _____
    One of the attorneys for
    Defendant Frontier Airlines, Inc.
    O'CONNOR & O'CONNOR, LLC
    800 N Magnolia Ave, Suite 1350
    Orlando, FL 32803
    Phone: (407) 843-2100
    Email: doconnor@oconlaw.com
    nmari@oconlaw.com