UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VANESS NEWPORT,

    *Plaintiff*,

v.

FRONTIER AIRLINES, INC.,

    *Defendant*.

_____/

Case No.: 6:18-cv-00536-GKS-GJK

Honorable G. Kendall Sharp
Magistrate Judge Karla R. Spaulding

**DEFENDANT FRONTIER AIRLINES, INC.'S CERTIFICATE OF
INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant FRONTIER AIRLINES, INC. ("Frontier") by its undersigned attorneys for its Certificate of Interested Persons and Corporate Disclosure Statement, states as follows:

Frontier hereby discloses the following pursuant to this Court's interested persons order:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded corporations that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- Vanessa R. Newport, Plaintiff
- Christina Figueroa, Counsel for Plaintiff
- Hogan Law, Counsel for Plaintiff
- Frontier Airlines, Inc., Defendant
- Dennis R. O'Connor, Counsel for Defendant
- Nicholas J. Mari, Counsel for Defendant
- Brian T. Maye, Counsel for Defendant
- Tara Shelke, Counsel for Defendant.

*Page 1 of 3*

- Frontier Airlines Holdings, Inc.

- Frontier Group Holdings, Inc.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- None.

3. The name of every other entity which is likely to have an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to resolution:

- Vanessa R. Newport, Plaintiff

- Frontier Airlines, Inc., Defendant

Defendant FRONTIER AIRLINES, INC. by its undersigned counsel hereby certifies that, except as disclosed above, it is unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date: April 11, 2018

Respectfully Submitted,

**FRONTIER AIRLINES, INC.**

By: _____
Dennis R. O'Connor
Florida Bar Number: 376574
Nicholas J. Mari
Florida Bar Number: 123877
O'CONNOR & O'CONNOR, LLC
800 N. Magnolia Ave, Suite 1350
Orlando, FL 32803
Phone: (407) 843-2100
Email: doconnor@oconlaw.com
       nmari@oconlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2018, I caused the foregoing to be electronically filed with the United States District Court for the Middle District of Florida, Orlando Division, using the CM/ECF System.

By: _____
One of the attorneys for
Defendant Frontier Airlines, Inc.
O'CONNOR & O'CONNOR, LLC
800 N. Magnolia Ave, Suite 1350
Orlando, FL 32803
Phone: (407) 843-2100
Email: doconnor@oconlaw.com
nmari@oconlaw.com