**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

VANESSA NEWPORT,

      Plaintiff,

v.                                                 Case No:   6:18-cv-536-Orl-18GJK

FRONTIER AIRLINES, INC.,

      Defendant.

_____

**NOTICE OF PENDENCY OF OTHER ACTIONS**

    In accordance with Local Rule 1.04(d), I certify that the instant action:

_____   IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                                  _____
                                  _____
                                  _____
                                  _____

__X__   IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: April 10, 2018

_____
Counsel of Record

Dennis R. O'Connor (Florida Bar No. 376574)
Nicholas J. Mari (Florida Bar No. 123877)
O'CONNOR & O'CONNOR, LLC
800 North Magnolia Avenue, Suite 1350
Orlando, Florida 32803
Phone: (407) 843-2100
Email: doconnor@oconlaw.com
         nmari@oconlaw.com