IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VANESSA NEWPORT,

    *Plaintiff*,

v.

FRONTIER AIRLINES, INC.,

    *Defendant*.

Case No.: 6:18-cv-00536-Orl-18GJK

Hon. G. Kendall Sharp
Magistrate Judge Karla R. Spaulding



GRANTED and SO ORDERED this 13 day of April, 2018.
G. KENDALL SHARP
District Judge

## UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* AND WRITTEN DESIGNATION AND CONSENT TO ACT

Pursuant to Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, Defendant FRONTIER AIRLINES, INC. ("Frontier") by its undersigned attorneys moves this Court for an Order allowing Brian T. Maye and Tara Shelke of ADLER MURPHY & McQUILLEN LLP to appear in this Court as co-counsel on behalf of Frontier in the above-styled lawsuit. In support of its motion, Frontier states:

1. Brian T. Maye and Tara Shelke and their law firm, ADLER MURPHY & McQUILLEN LLP, 20 South Clark Street, Suite 2500, Chicago, Illinois 60603, have been retained to represent Frontier as co-counsel in all proceedings conducted in this cause.

2. Mr. Maye and Ms. Shelke do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida. Neither Mr. Maye nor Ms. Shelke has previously appeared in any cases before a court in Florida.

3. Mr. Maye is a member in good standing and is admitted to practice before the courts in the State of Illinois. Mr. Maye is also admitted in the United States Court of Appeals

for the Seventh Circuit and the United States Court of Appeals for the Armed Forces, and in the United States District Courts for the District of Colorado, Northern District of Illinois, Northern District of Indiana, Eastern District of Michigan, Western District of New York, and Eastern District of Wisconsin. Mr. Maye has inactive status in the State of North Carolina and the District of Columbia.

4. Ms. Shelke is a member in good standing and is admitted to practice before the courts in the State of Illinois. Ms. Shelke is also admitted in the United States District Court for the Northern District of Illinois.

5. Mr. Maye and Ms. Shelke are familiar with, and will be governed by, the Local Rules of the United States District Court for the Middle District of Florida, including Rule 2.04 thereof. Mr. Maye and Ms. Shelke are familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

6. Mr. Maye and Ms. Shelke designate Dennis R. O'Connor and Nicholas J. Mari of the law firm of O'Connor & O'Connor, LLC, 800 North Magnolia Avenue, Suite 1350, Orlando, Florida 32803, as the lawyers and law firm upon whom all notices and papers may be served and who will be responsible for the progress of this case, including trial in the event of default of the non-resident attorneys.

7. Through their signature affixed below, Dennis R. O'Connor and Nicholas J. Mari of the law firm of O'Connor & O'Connor, LLC hereby consent to such designation.

8. Pursuant to Rule 2.02(a) of the Local Rules of the United States District Court for the Middle District of Florida, Dennis R. O'Connor and Nicholas J. Mari certify that Mr. Maye

and Ms. Shelke have complied with the fee and email registration requirements of Rule 2.01(d) of the Local Rules of the United States District Court for the Middle District of Florida.

WHEREFORE, Defendant FRONTIER AIRLINES, INC. respectfully requests this Court enter an Order admitting Mr. Maye and Ms. Shelke to practice before this Court *pro hac vice*.

### RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g) of the Local Rules of the United States District Court for the Middle District of Florida, counsel for Frontier has conferred with counsel for Plaintiff and is authorized to represent that Plaintiff does not oppose the entry of an Order granting this motion.

### MEMORANDUM OF LAW

Frontier's motion for admission *pro hac vice* should be granted pursuant to Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida.

Date: April 11, 2018

Respectfully Submitted,

FRONTIER AIRLINES, INC.

By: _____
Dennis R. O'Connor
Florida Bar Number: 376574
Nicholas J. Mari
Florida Bar Number: 123877
O'CONNOR & O'CONNOR, LLC
800 N. Magnolia Avenue, Suite 1350
Orlando, Florida 32803
Phone: (407) 843-2100
Email: doconnor@oconlaw.com
         nmari@oconlaw.com

–And –

Brian T. Maye
(*pro hac vice* to be filed)
Tara Shelke
(*pro hac vice* to be filed)
ADLER MURPHY & McQUILLEN LLP

20 South Clark Street, Suite 2500<br>
Chicago, Illinois 60603<br>
Phone: (312) 345-0700<br>
Email: bmaye@amm-law.com<br>
tshelke@amm-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2018, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Middle District of Florida, Orlando Division, using the CM/ECF System.

By: _____
One of the attorneys for
Defendant Frontier Airlines, Inc.
O'CONNOR & O'CONNOR, LLC
800 N. Magnolia Avenue, Suite 1350
Orlando, Florida 32803
Phone: (407) 843-2100
Email: doconnor@oconlaw.com
nmari@oconlaw.com