**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

VANESSA NEWPORT            CASE NO:  6:18-CV-536-Orl-18GJK

       Plaintiffs,

vs.

FRONTIER AIRLINES, INC.,

       Defendant.
_____/

**PLAINTIFF VANESSA NEWPORT**
**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

**X**      IS        Related to pending or closed civil or criminal case(s) previously filed in this Court, for any other Federal or State court, or administrative agency as indicated below;

                      This matter was originally filed in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No.: 2018-CA-002042-O.

\_\_      IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

      I further certify that I will serve a copy of this NOTICE OR PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing pleading has been uploaded, this April 23, 2018, to the CM/ECF system, which will automatically serve all parties.  A copy of this document has been separately sent by email to Dennis R. O∅Connor, Esq., **doconnor@oconlaw.com**, **nmari@oconlaw.com**, O∅Connor & O∅Connor, LLC., Attorney for Defendant, FRONTIER AIRLINE Inc., a Foreign for Profit Corporation.

*/s/ Christina Figueroa*
**Christina Figueroa, Esq.**
FBN: 120248
Hogan Law
5626 Curry Ford Rd. Suite 100
Orlando, FL 32822
P: (407) 377-0700
F: (407) 377-0701
www.HoganPA.com