**IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA**

VANESSA NEWPORT                    CASE NO:  6:18-CV-536-Orl-18GJK

      Plaintiffs,

 vs.

FRONTIER AIRLINES, INC.,

      Defendant.

_____/

## <u>NOTICE OF FIRM ADDRESS CHANGE</u>

The undersigned, as counsel of record for Plaintiff, Vanessa Newport, hereby files this Notice of Firm Address Change.  The law firm of HOGAN, P.A. has chaged its address to **5734 S. Semoran Boulevard, Orlando, FL 32822**, **effective Monday, May 28, 2018.**  The undersigend requests that proper notation of the firm's address change appear in Court records and that all furture pleadings reflect the same.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing pleading has been uploaded, this June 1, 2018, to the CM/ECF system, which will automatically serve all parties.  A copy of this document has been separately sent by email to Dennis R. O'Connor, Esq., doconnor@oconlaw.com, nmari@oconlaw.com, O'Connor & O'Connor, LLC., Attorney for Defendant, FRONTIER AIRLINE Inc., a Foreign for Profit Corporation.

                                     ***/s/ Christina Figueroa***
                                     **Christina Figueroa, Esq.**
                                     FBN: 120248
                                     Hogan Law
                                     5626 Curry Ford Rd. Suite 100
                                     Orlando, FL 32822
                                     P: (407) 377-0700
                                     F: (407) 377-0701
                                     www.HoganPA.com