IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

VANESSA NEWPORT                               CASE NO: 6:18-CV-536-Orl-18GJK

       Plaintiffs,

vs.

FRONTIER AIRLINES, INC.,

       Defendant.
_____/

## PLAINTIFF, VANESSA NEWPORT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, VANESSA NEWPORT, by her undersigned attorney for its Certificate of Interest Persons and Corporate Disclosure Statement, states as follows:

I hereby disclose the following pursuant to this Court s interested persons order:

1). The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party s stock, and all other identifiable legal entities related to any party in the case.

- Vanessa R. Newport, Plaintiff;
- Christina Figueroa, Counsel for Plaintiff;
- Hogan Law, Counsel for Plaintiff;
- Frontier Airlines, Inc., Defendant;
- Dennis R. O'Connor, Counsel for Defendant;
- Nicholas J. Mari, Counsel for Defendant;
- Brian T. Maye, Counsel for Defendant;

- **Tara Shelke, Counsel for Defendant;**
- **Frontier Airlines Holdings, Inc.;**
- **Frontier Group Holdings, Inc.**

2). The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings.

**None.**

3). The name of every entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors committee (or twenty largest unsecured creditors) in bankruptcy cases.

**None.**

4). The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Plaintiff, Vanessa R. Newport and Defendant, Frontier Airlines, Inc.**

Plaintiff, VANESSA R. NEWPORT, hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been uploaded, this May 8, 2018, to the CM/ECF system, which will automatically serve all parties. A copy of this document has been separately sent by email to Dennis R. O Connor, Esq., doconnor@oconlaw.com, nmari@oconlaw.com, O Connor & O Connor, LLC., Attorney for Defendant, FRONTIER AIRLINE Inc., a Foreign for Profit Corporation.

*/s/ Christina Figueroa*
**Christina Figueroa, Esq.**
FBN: 120248
Hogan Law
5626 Curry Ford Rd. Suite 100
Orlando, FL 32822
P: (407) 377-0700/F: (407) 377-0701
www.HoganPA.com