UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VANESSA NEWPORT,

    Plaintiff,

v.                                           CASE NUMBER: 6:18-cv-536-Orl-18GJK

FRONTIER AIRLINES, INC.,

    Defendant.

_____/

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that undersigned counsel, Derek J. Angell, of the law firm of O'Connor & O'Connor, LLC hereby notify the Court of his appearance on behalf of the Defendant in this matter.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by Electronic Mail via the Middle District CM/ECF Filing System to: Christina Figueroa, Esq., Hogan Frick Law, 5626 Curry Ford Rd, Orlando, FL 32822-1424, christina@hoganfrick.com on this 9th day of October, 2018.

                                      DEREK J. ANGELL, ESQUIRE
                                      Florida Bar Number: 73449
                                      DAngell@oconlaw.com
                                      O'CONNOR & O'CONNOR, LLC
                                      800 North Magnolia Avenue, Ste 1350
                                      Orlando, FL 32803
                                      (407) 843-2100
                                      (407) 843-2061 Facsimile
                                      *Attorneys for Defendant*