UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VANESSA NEWPORT,

    Plaintiff,

v.                                                CASE NUMBER: 6:18-cv-536-Orl-18GJK

FRONTIER AIRLINES, INC.,

    Defendant.

_____/

## UNOPPOSED MOTION FOR LEAVE TO WITHDRAW

O'CONNOR & O'CONNOR, LLC respectfully moves this Court for leave to withdraw Nicholas J. Mari as an attorney of record for Defendant, FRONTIER AIRLINES, INC., in the above-captioned action, and further moves this Court for an Order withdrawing him from further representation of the Defendant in this action and as grounds for such would state:

1. Nicholas J. Mari has left the firm and is no longer employed at O'Connor & O'Connor, LLC.

2. The client and the undersigned attorney are in agreement that Nicholas J. Mari be withdrawn from this case.

3. The undersigned attorney has conferred with opposing counsel who is in agreement that Nicholas J. Mari may be withdrawn from this case.

4. Dennis O'Connor, Derek. J. Angell, and the law firm of O'Connor & O'Connor, LLC will remain as counsel for Defendant and continue to accept and assume responsibility for the case.

5. All future correspondence and pleadings involving this action shall be directed to the attorneys listed below:

>Dennis R. O'Connor, Esquire
>Florida Bar Number: 376574
>O'CONNOR & O'CONNOR, LLC
>800 North Magnolia Avenue, Ste 1350
>Orlando, FL  32803
>(407) 843-2100
>(407) 843-2061 Facsimile
>Email: doconnor@oconlaw.com; eservice@oconlaw.com
>
>Derek J. Angell, Esquire
>Florida Bar Number: 73449
>O'CONNOR & O'CONNOR, LLC
>800 North Magnolia Avenue, Ste 1350
>Orlando, FL  32803
>(407) 843-2100
>(407) 843-2061 Facsimile
>Email: dangell@oconlaw.com; ndeeb@oconlaw.com; dja@oconlaw.com

WHEREFORE, the Defendant, FRONTIER AIRLINES, INC., respectfully requests this Honorable Court grant the relief requested herein.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by Electronic Mail via the Middle District CM/ECF Filing System to: Christina Figueroa, Esq., Hogan Frick Law, 5626 Curry Ford Rd, Orlando, FL  32822-1424, christina@hoganfrick.com on this 11th day of October, 2018.

>DEREK J. ANGELL, ESQUIRE
>Florida Bar Number: 73449
>DAngell@oconlaw.com
>O'CONNOR & O'CONNOR, LLC
>800 North Magnolia Avenue, Ste 1350
>Orlando, FL  32803
>(407) 843-2100
>(407) 843-2061 Facsimile
>*Attorneys for Defendant*