UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISOIN

VANESSA NEWPORT

CASE NO:  6:18-CV-536-Orl-18GJK

      Plaintiffs,

vs.

FRONTIER AIRLINES, INC.,

      Defendant.

_____/

### PLAINTIFF'S MOTION TO COMPEL

Plaintiff, VANESSA NEWPORT, by and through the undersigned attorney, pursuant to Local Rule 9.01 files this Motion to Compel, and in support thereof hereby states as follows:

1.     This is a personal injury claim involving the Plaintiff, VANESSA NEWPORT, who was injured as a result of the negligence of Defendant, FRONTIER AIRLINES, INC.

2.     On June 11, 2018 the case management and scheduling order was filed which set mediation deadline for February 1, 2019.

3.     On November 26, 2018, Plaintiff's Counsel provided available dates to Defendant's counsel to set a mediation date. Along with providing dates, Plaintiff's counsel also requested to stipulate an alternative mediator in order to set the mediation before the deadline. Defendant's Counsel stated they will let Plaintiff's counsel know.

4.     On November 28, 2018, Plaintiff's counsel asked for an update on mediation date and mediator and Defendant's counsel replied saying they are out of the office

and will get to Plaintiff's counsel the following week.

5.      In regards to Defendant's counsel stating they will get back with Plaintiff's counsel the following week, Plaintiff's asked for another update with no response on December 3, 2010.

6.      Two weeks later, Plaintiff's counsel provided new dates for mediation and mediators and still have yet to get a response from Defendant's counsel. (See Exhibit "A")

## CERTIFICATE OF COMPLIANCE

**I HEARBY CERTIFY** that a good faith effort to resolve this motion before the motion was noticed for hearing but the parties were unable to reach an agreement. (Please see Exhibit "B") pursuant to Local Rule 3.011(g).

**WHEREFORE**, the Plaintiff respectfully requests this Court to grant Plaintiff's Motion to Compel Mediation, pursuant to applicable Local Rules and any such other relief this Court deems necessary.

## CERTIFICATE OF SERVICE

**I CERTIFY** that on this 27th day of December 2018, I electronically filed the foregoing with the e-filing portal which will furnish a true and correct copy via e-mail to Tara Shelke from Adler Murphy and McQuillen, LLP, Attorney for Defendant, FRONTIER AIRLINES, INC.

**/s/ Christina Figueroa**
CHRISTINA FIGUEROA, ESQ.
Florida Bar No.: 120248
Hogan Law, P.A.
5734 S. Semoran Blvd
Orlando, FL 32822
Tel: (407) 377-0700
Fax: (407) 377-0701
Attorneys for Plaintiff

**Kayra**

| | |
|---|---|
| **From:** | Kayra <kayra@hoganpa.com> |
| **Sent:** | Monday, December 10, 2018 12:33 PM |
| **To:** | 'Tara Shelke' |
| **Subject:** | RE: Newport v. Frontier Airlines, Inc. - notice of deposition |

Good afternoon,

As you know mediation deadline is Feb 1st, I have looked at Stan Strickland's availability again to see if there was any cancellations before Feb but he is still booked.

Per our previous conversation, you stated you will get back with me to confirm with your attorney for approval of an alternative mediator. I have checked Mark Walker's calendar and Art Niergarth to see if your office is available:

Mark Walker- Feb 1st (pm)
Art Niegarth- Jan: 10, 14, 18, 25

Please provide availability at your earliest convenience as these dates get booked fast.



## Kayra Torres, Paralegal

Kayra@hoganpa.com
Tel: 407-377-0700
Fax: 407-377-0701
5734 S. Semoran Blvd., Orlando, FL 32822



**\*\*For Scheduling: Dates given in regard to scheduling _are not being held_ unless specifically stated. The dates have been given to others and will be secured once a confirmation is sent for a chosen date and time. \*\***

Confidentiality Notice: This communication is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It is legally privileged (including attachments) and is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential, proprietary, privileged, and/or exempt from disclosure under applicable law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us so that we may take the appropriate action and avoid troubling you further. If you are not the intended recipient(s), please destroy this message, and any attachments, and notify the sender by return e-mail. Thank you for your cooperation.

IMPORTANT – Hogan, P.A. utilizes spam and junk e-mail filtration applications in its e-mail information systems. These systems may prevent or delay delivery of certain e-mail communications. If you do not receive a timely response to an e-mail communication, please contact the intended recipient via phone at (407) 377-0700.



 Please consider the environment before printing this email

**From:** Tara Shelke [mailto:tshelke@AMM-LAW.com]
**Sent:** Wednesday, November 28, 2018 12:51 PM
**To:** Kayra <kayra@hoganpa.com>
**Subject:** RE: Newport v. Frontier Airlines, Inc. - notice of deposition

Thank you, Kayra. I'm traveling today and tomorrow but will get back to you regarding the mediator early next week.

---

**From:** Kayra [mailto:kayra@hoganpa.com]
**Sent:** Wednesday, November 28, 2018 10:11 AM
**To:** Tara Shelke
**Subject:** RE: Newport v. Frontier Airlines, Inc. - notice of deposition

Good morning-

Mr. Newport- 625 SE 52nd Court Ocala FL 34471
Jennifer Newport - 85 Pecan Course Circle Ocala FL 34472.

Also, any update on the mediator?

Thank you,



**Kayra Torres, Paralegal**

Kayra@hoganpa.com
Tel: 407-377-0700
Fax: 407-377-0701
5734 S. Semoran Blvd., Orlando, FL 32822



**\*\*For Scheduling:** Dates given in regard to scheduling <u>are not being held</u> unless specifically stated. The dates have been given to others and will be secured once a confirmation is sent for a chosen date and time.\*\*

Confidentiality Notice: This communication is covered by the Electronic Communications Privacy Act, 18 U.S.C., §§ 2510-2521. It is legally privileged (including attachments) and is intended only for the use of the individual(s) or entity(ies) to which it is addressed. It may contain information that is confidential, proprietary, privileged, and/or exempt from disclosure under applicable law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us so that we may take the appropriate action and avoid troubling you further. If you are not the intended recipient, please destroy this message, and any attachments, and notify the sender by return e-mail. Thank you for your cooperation.

IMPORTANT – Hogan, P.A. utilizes spam and junk e-mail filter applications in its e-mail information systems. These systems may prevent or delay delivery of certain e-mail communications. If you do not receive a timely response to an e-mail communication, please contact the intended recipient via phone at (407) 377-0700.

 Please consider the environment before printing this email

---

**From:** Tara Shelke [mailto:tshelke@AMM-LAW.com]
**Sent:** Monday, November 26, 2018 5:34 PM

**To:** Kayra <kayra@hoganpa.com>
**Subject:** RE: Newport v. Frontier Airlines, Inc. - notice of deposition

Sounds good. Thank you.

---

**From:** Kayra [mailto:kayra@hoganpa.com]
**Sent:** Monday, November 26, 2018 1:29 PM
**To:** Tara Shelke
**Subject:** RE: Newport v. Frontier Airlines, Inc. - notice of deposition

Once my client gives me an update I will forward you the information. Thank you so much!



**Kayra Torres, Paralegal**

Kayra@hoganpa.com
Tel: 407-377-0700
Fax: 407-377-0701
5734 S. Semoran Blvd., Orlando, FL 32822


www.HoganPA.com

**\*\*For Scheduling: Dates given in regard to scheduling _are not being held_ unless specifically stated. The dates have been given to others and will be secured once a confirmation is sent for a chosen date and time.\*\***

 Please consider the environment before printing this email

**From:** Tara Shelke [mailto:tshelke@AMM-LAW.com]
**Sent:** Monday, November 26, 2018 2:17 PM
**To:** Kayra <kayra@hoganpa.com>
**Subject:** RE: Newport v. Frontier Airlines, Inc. - notice of deposition

Thank you, Kayra. We will serve subpoenas on both Dany Newport and Jennifer Newport. Please provide us with Jennifer Newport's address. We understand from plaintiff's deposition that Jennifer does not live with plaintiff, which is the address provided in plaintiff's initial disclosure.

We will consider plaintiff's proposed alternative mediators and let you know.

Tara

**From:** Kayra [mailto:kayra@hoganpa.com]
**Sent:** Monday, November 26, 2018 1:13 PM
**To:** Tara Shelke
**Subject:** RE: Newport v. Frontier Airlines, Inc. - notice of deposition

Mr. Strickland is completely booked before February... however looking at other mediators:

Mark Walker has 1/30 open in the afternoon & Arthur Niergarth is open: 1/22AM, 1/24, 1/25 please advise if your attorney is agreeable with stipulating a different mediator.

For the subpoenas, you will have to serve them we won't accept the subpoenas on their behalf.



## Kayra Torres, Paralegal

Kayra@hoganpa.com
Tel: 407-377-0700
Fax: 407-377-0701
5734 S. Semoran Blvd., Orlando, FL 32822



**\*\*For Scheduling:** *Dates given in regard to scheduling* <u>*are not being held*</u> *unless specifically stated. The dates have been given to others and will be secured once a confirmation is sent for a chosen date and time.*\*\*

Confidentiality Notice: This communication is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It is legally privileged (as a legal attorney-client) and is intended only for the use of the legal holder or recipient to whom it is addressed. It may contain information that is confidential, proprietary, privileged and or exempt from disclosure under applicable law. Any unauthorized review, dissemination or other use of, or taking of any action in reliance on this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify the sender that you have received this email and delete and destroy all copies of the original message along with any attachments.

Warning: Attempts to utilize or send junk or illegal applications by e-mail to this firm's system. No representation is provided to the delivery of such e-mail to this firm. If you do not wish to receive e-mail from this law firm, please notify the sender at exempt@hoganpa.com or call 407-377-0700.

 Please consider the environment before printing this email

**From:** Tara Shelke [mailto:tshelke@AMM-LAW.com]
**Sent:** Monday, November 26, 2018 1:45 PM
**To:** Kayra <kayra@hoganpa.com>
**Subject:** RE: Newport v. Frontier Airlines, Inc. - notice of deposition

Hi Kayra,

Will plaintiff's counsel accept subpoenas on behalf of Dany Newport and Jennifer Newport?

I believe the deadline for mediation is Feb. 1, 2019. Please let us know your availability for mediation before the Feb. 1, 2019 deadline.

Thank you.
Tara

**From:** Kayra [mailto:kayra@hoganpa.com]
**Sent:** Monday, November 26, 2018 12:32 PM
**To:** Tara Shelke
**Subject:** RE: Newport v. Frontier Airlines, Inc. - notice of deposition

I will hold for Feb 19th we can do Orlando.

Also, we would like to schedule mediation for this matter, we have the following date open along with Stan Strickland:

Feb: 4, 12,13, 28



**Kayra Torres, Paralegal**

Kayra@hoganpa.com
Tel: 407-377-0700
Fax: 407-377-0701
5734 S. Semoran Blvd., Orlando, FL 32822



***For Scheduling:** Dates given in regard to scheduling are not being held unless specifically stated. The dates have been given to others and will be secured once a confirmation is sent for a chosen date and time.***

 Please consider the environment before printing this email

**From:** Tara Shelke [mailto:tshelke@AMM-LAW.com]
**Sent:** Friday, November 02, 2018 11:54 AM
**To:** Kayra <kayra@hoganpa.com>
**Cc:** Brian T. Maye <bmaye@amm-law.com>
**Subject:** RE: Newport v. Frontier Airlines, Inc. - notice of deposition

Hi Kayra,

We will take Dany Newport and Jennifer Newport's deposition on Feb. 19, 2018. Will you accept subpoenas on their behalf? And do you prefer that the depositions take place in Orlando or in Ocala?

Thank you.

**Brian C. Hogan, Esq.**
**Christina Figueroa, Esq.**
**Alison Lopes, Esq.**

Phone:   407-377-0700
Fax:      407-377-0701

Web:     www.HoganPA.com
Toll Free: 1-800-514-6426

Se Habla Español



ORLANDO
5734 S. Semoran Blvd.
Orlando, FL 32822

MIAMI
4000 Ponce de Leon
Blvd.
Suite 470
Coral Gables, FL 33146

OCALA
814 E. Silver Springs
Blvd.
Suite A-2
Ocala, FL 34470

Reply to Orlando

December 17, 2018

<u>SENT VIA FACSIMILE: 312-345-9860</u>
Tara Shelke, Esq.
Adler Murphy & McQuillen, LLP
20 S Clark, Suite 2500
Chicago, Illinois 60603

   *RE:   Vanessa Newport v. Frontier Airlines, Inc.,*

Dear Ms. Shelke:

   Please accept this correspondence as my final good faith effort to request dates for mediation and stipulate for an alternative mediator.

   If I do not hear back from you with mediation dates by end of business day Friday, December 21, 2018, I will file and set for hearing the below Motion to Compel.

   Please call me with questions.

      Sincerely,

   **/s/ signed in the absence of Christina Figueroa, Esq. to avoid delay.**

      Christina Figueroa, Esquire

CF/kt
Enc.



EXHIBIT
B