**From:** Tara Shelke
**Sent:** Monday, January 07, 2019 11:34 AM
**To:** 'Kayra'
**Cc:** Brian T. Maye
**Subject:** FW: Newport v. Frontier Airlines, Inc.

Hi Kayra,

Please see our email to Christina below. We will mediate this case with Art Niergarth in February. It appears that Mr. Niergarth's calendar is wide open the week of February 18, 2019. Is your office available for mediation on Feb. 19, 20, 21, or 22? Please let us know.

Also, would you cancel the mediation you booked with Stan Strickland for Jan. 17, 2019, please?

Thank you,
Tara

**From:** Tara Shelke
**Sent:** Monday, January 07, 2019 11:28 AM
**To:** 'Christina'; 'Lisa'; 'Sara McLaughlin'
**Cc:** Brian T. Maye; Dennis R. O'Connor; 'Derek J. Angell'
**Subject:** Newport v. Frontier Airlines, Inc.

Hi Christina,

Thank you for taking my call this morning. This email memorializes that we discussed the following:

First, in our June 1, 2018 Case Management Report, we identified Stan Strickland as our mediator and selected February 1, 2019 as the deadline to complete mediation. The Court's June 11, 2018 Case Management and Scheduling Order does not address mediation at all. Per below, our office will contact Judge Sharp's chambers to determine whether the parties need to file any sort of Stipulation regarding using a different mediator and conducting the mediation in February.

Second, Mr. Strickland has no availability in either January or February to mediate this case. As such, we have agreed to use Art Niergarth as our mediator. Mr. Niergarth has sufficient availability in February. Our office will work with Kayra at your office to schedule the mediation by Jan. 10, 2019 (we note you are not available the week of Feb. 25). Doing so will render your motion to compel mediation moot, and you will withdraw your motion.

Third, we will withdraw our deposition subpoena to Dr. Frank Reisner given his incapacity to testify at deposition. Dr. Ravi Koti reserves Friday afternoons for depositions. Our office will obtain dates from him and work with your office to schedule his deposition.

Fourth, our medical expert(s) will likely need to conduct a medical examination of Ms. Newport. We will work with your office to schedule the same.

Finally, you will let us know by tomorrow, Jan. 8, 2019, if you would like to extend the deadline for Plaintiff's disclosure of expert reports, and by Friday, Jan. 11, 2019, if Plaintiff has a revised settlement demand for Frontier to consider.

Please let us know if I have stated anything incorrectly, or if you have any questions.

EXHIBIT 2

Warm regards,
Tara


Tara Shelke
ADLER MURPHY & McQUILLEN LLP
20 S Clark, Suite 2500
Chicago, Illinois 60603
Main: (312) 345-0700
Direct: (312) 422-5792
Facsimile: (312) 345-9860

_____

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges.  If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us and delete the original message.


**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.