**From:** Tara Shelke
**Sent:** Wednesday, January 09, 2019 9:12 AM
**To:** 'Kayra'; Christina
**Cc:** Brian T. Maye
**Subject:** RE: Newport v. Frontier Airlines, Inc.

Hi Kayra,

Slight change of plans – we would like to take Dr. Koti's deposition before mediation. Since Dr. Koti has given us Feb. 27 for his deposition, what is your office and Ms. Newport's availability on March 13, March 14, March 15, or the week of March 18 for mediation?

Also, please confirm that your office is available to attend Dr. Koti's deposition on Feb. 27, so we can confirm with him. And can we move Danny Newport and Jennifer Newport's depositions to either Feb. 26 or Feb. 28?

If this is easier discussed over the telephone, please call me at (312) 422-5792.

Thank you,

Tara

**From:** Kayra [mailto:kayra@hoganpa.com]
**Sent:** Wednesday, January 09, 2019 9:10 AM
**To:** Tara Shelke
**Subject:** RE: Newport v. Frontier Airlines, Inc.

Good morning-

My client is available February 22, please advise if you are still open for that date so I can go ahead and make notice.

Thank you,

```
EXHIBIT 3
```



### Kayra Torres, Paralegal

Kayra@hoganpa.com

Tel: 407-377-0700

Fax: 407-377-0701

5734 S. Semoran Blvd., Orlando, FL 32822

www.HoganPA.com



***For Scheduling: Dates given in regard to scheduling <u>are not being held</u> unless specifically stated. The dates have been given to others and will be secured once a confirmation is sent for a chosen date and time.***

**Confidentiality Notice:** This communication is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It is legally privileged (including attachments) and is intended only for the use of the individual(s) or entity(ies) to which it is addressed. It may contain information that is confidential, proprietary, privileged, and/or exempt from disclosure under applicable law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us so that we may take the appropriate action and avoid troubling you further. If you are not the intended recipient(s), please destroy this message, and any attachments, and notify the sender by return e-mail. Thank you for your cooperation.

**IMPORTANT** – Hogan, P.A. utilizes spam and junk e-mail filtration applications in its e-mail information systems. These systems may prevent or delay delivery of certain e-mail communications. If you do not receive a timely response to an e-mail communication, please contact the intended recipient via phone at (407) 377-0700.

 Please consider the environment before printing this email

**From:** Tara Shelke [mailto:tshelke@AMM-LAW.com]
**Sent:** Tuesday, January 08, 2019 10:34 AM
**To:** Kayra <kayra@hoganpa.com>
**Subject:** RE: Newport v. Frontier Airlines, Inc.

Hi Kayra,

We would still like to take Danny Newport and Jennifer Newport's depositions. Our plan is to take their depositions and Dr. Ravi Koti's deposition on two consecutive days, ideally in early February, and then mediate the case. I know Christina has received some correspondence from Dr. Koti's attorney regarding his availability for deposition. Our office is looking into those dates and I will be in touch with you soon

(hopefully later today) to see what we can work out for the three depositions. (Depending on Dr. Koti's availability, we may ask for Danny Newport and Jennifer Newport's depositions to be rescheduled.)

Thank you,

Tara

**From:** Kayra [mailto:kayra@hoganpa.com]
**Sent:** Tuesday, January 08, 2019 8:34 AM
**To:** Tara Shelke
**Subject:** RE: Newport v. Frontier Airlines, Inc.

Good morning-

Still trying to reach my client, however, I have a quick question – The depositions of Dan and Jennifer Newport are on Feb 19th will those be canceled if we go to mediation?

Please advise, thank you.



www.HoganPA.com

### Kayra Torres, Paralegal

Kayra@hoganpa.com

Tel: 407-377-0700

Fax: 407-377-0701

5734 S. Semoran Blvd., Orlando, FL 32822

***For Scheduling: Dates given in regard to scheduling <u>are not being held</u> unless specifically stated. The dates have been given to others and will be secured once a confirmation is sent for a chosen date and time.***

Confidentiality Notice: This communication is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It is legally privileged (including attachments) and is intended only for the use of the individual(s) or entity(ies) to which it is addressed. It may contain information that is confidential, proprietary, privileged, and/or exempt from disclosure under applicable law. Any review, retransmission, dissemination or

other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us so that we may take the appropriate action and avoid troubling you further. If you are not the intended recipient(s), please destroy this message, and any attachments, and notify the sender by return e-mail. Thank you for your cooperation.

IMPORTANT – Hogan, P.A. utilizes spam and junk e-mail filtration applications in its e-mail information systems. These systems may prevent or delay delivery of certain e-mail communications. If you do not receive a timely response to an e-mail communication, please contact the intended recipient via phone at (407) 377-0700.

 Please consider the environment before printing this email

**From:** Tara Shelke [mailto:tshelke@AMM-LAW.com]
**Sent:** Monday, January 07, 2019 4:46 PM
**To:** Kayra <kayra@hoganpa.com>
**Subject:** RE: Newport v. Frontier Airlines, Inc.

Thank you, Kayra.

**From:** Kayra [mailto:kayra@hoganpa.com]
**Sent:** Monday, January 07, 2019 3:01 PM
**To:** Tara Shelke
**Subject:** RE: Newport v. Frontier Airlines, Inc.

I will be in contact with our client and will get back with a set date for you.

Thank you,



www.HoganPA.com

## Kayra Torres, Paralegal

Kayra@hoganpa.com

Tel: 407-377-0700

Fax: 407-377-0701

5734 S. Semoran Blvd., Orlando, FL 32822

***For Scheduling: Dates given in regard to scheduling <u>are not being held</u> unless specifically stated. The dates have been given to others and will be secured once a confirmation is sent for a chosen date and time.****

**Confidentiality Notice:** This communication is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It is legally privileged (including attachments) and is intended only for the use of the individual(s) or entity(ies) to which it is addressed. It may contain information that is confidential, proprietary, privileged, and/or exempt from disclosure under applicable law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us so that we may take the appropriate action and avoid troubling you further. If you are not the intended recipient(s), please destroy this message, and any attachments, and notify the sender by return e-mail. Thank you for your cooperation.

**IMPORTANT** – Hogan, P.A. utilizes spam and junk e-mail filtration applications in its e-mail information systems. These systems may prevent or delay delivery of certain e-mail communications. If you do not receive a timely response to an e-mail communication, please contact the intended recipient via phone at (407) 377-0700.

 Please consider the environment before printing this email

**From:** Tara Shelke [mailto:tshelke@AMM-LAW.com]
**Sent:** Monday, January 07, 2019 12:34 PM
**To:** Kayra <kayra@hoganpa.com>
**Cc:** Brian T. Maye <bmaye@amm-law.com>
**Subject:** FW: Newport v. Frontier Airlines, Inc.

Hi Kayra,

Please see our email to Christina below. We will mediate this case with Art Niergarth in February. It appears that Mr. Niergarth's calendar is wide open the week of February 18, 2019. Is your office available for mediation on Feb. 19, 20, 21, or 22? Please let us know.

Also, would you cancel the mediation you booked with Stan Strickland for Jan. 17, 2019, please?

Thank you,

Tara

**From:** Tara Shelke
**Sent:** Monday, January 07, 2019 11:28 AM
**To:** 'Christina'; 'Lisa'; 'Sara McLaughlin'
**Cc:** Brian T. Maye; Dennis R. O'Connor; 'Derek J. Angell'
**Subject:** Newport v. Frontier Airlines, Inc.


Hi Christina,

Thank you for taking my call this morning. This email memorializes that we discussed the following:

First, in our June 1, 2018 Case Management Report, we identified Stan Strickland as our mediator and selected February 1, 2019 as the deadline to complete mediation. The Court's June 11, 2018 Case Management and Scheduling Order does not address mediation at all. Per below, our office will contact Judge Sharp's chambers to determine whether the parties need to file any sort of Stipulation regarding using a different mediator and conducting the mediation in February.

Second, Mr. Strickland has no availability in either January or February to mediate this case. As such, we have agreed to use Art Niergarth as our mediator. Mr. Niergarth has sufficient availability in February. Our office will work with Kayra at your office to schedule the mediation by Jan. 10, 2019 (we note you are not available the week of Feb. 25). Doing so will render your motion to compel mediation moot, and you will withdraw your motion.

Third, we will withdraw our deposition subpoena to Dr. Frank Reisner given his incapacity to testify at deposition. Dr. Ravi Koti reserves Friday afternoons for depositions. Our office will obtain dates from him and work with your office to schedule his deposition.

Fourth, our medical expert(s) will likely need to conduct a medical examination of Ms. Newport. We will work with your office to schedule the same.

Finally, you will let us know by tomorrow, Jan. 8, 2019, if you would like to extend the deadline for Plaintiff's disclosure of expert reports, and by Friday, Jan. 11, 2019, if Plaintiff has a revised settlement demand for Frontier to consider.

Please let us know if I have stated anything incorrectly, or if you have any questions.

Warm regards,

Tara

Tara Shelke

ADLER MURPHY & McQUILLEN LLP

20 S Clark, Suite 2500

Chicago, Illinois 60603

Main: (312) 345-0700

Direct: (312) 422-5792

Facsimile: (312) 345-9860

---

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges.  If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us and delete the original message.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast**

Ltd, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more [Click Here](#).

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more [Click Here](#).

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more [Click Here](#).