**From:** Tara Shelke
**Sent:** Thursday, January 10, 2019 11:45 AM
**To:** 'Kayra'
**Cc:** 'Christina'; Brian T. Maye
**Subject:** RE: Newport v. Frontier Airlines, Inc. - dates

Hi Kayra,

Does the schedule we proposed below work for you? Please let us know. Also, we ask that Plaintiff withdraw her motion to compel mediation in light of the fact that the parties are currently working to schedule the same. Please confirm your withdrawal of the motion.

Thank you,

Tara

**From:** Tara Shelke
**Sent:** Wednesday, January 09, 2019 1:16 PM
**To:** 'Kayra'
**Cc:** Christina; Brian T. Maye
**Subject:** Newport v. Frontier Airlines, Inc. - dates

Hi Kayra,

Further to the voicemail I just left you, we can make Jan. 24 work for Dr. Koti's deposition as long as it is in the morning and we are able to take Danny Newport and Jennifer Newport's depositions on Jan. 23. If we do this, then we can mediate this case on Feb. 22, per your email this morning.

So our proposed schedule is:

Jan. 23, 2019, 9:30 a.m. – Danny Newport deposition

Jan. 23, 2019, 1:30 p.m. – Jennifer Newport deposition

Jan. 24, 2019, morning (time to be confirmed with Dr. Koti) – Dr. Koti deposition

Feb. 22, 2019 – mediation with Art Niergarth

EXHIBIT 5

Please let us know if this will work for you and we will issue notices accordingly.

Thank you,

Tara


Tara Shelke

ADLER MURPHY & McQUILLEN LLP

20 S Clark, Suite 2500

Chicago, Illinois 60603

Main: (312) 345-0700

Direct: (312) 422-5792

Facsimile: (312) 345-9860

_____

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges.  If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us and delete the original message.



**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.