## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISOIN

VANESSA NEWPORT                                              CASE NO:  6:18-CV-536-Orl-18GJK
Plaintiff,

  vs.

FRONTIER AIRLINES, INC.,
Defendant.
_____/

## NOTICE OF WITHDRAWAL OF MOTION TO COMPEL

Plaintiff, VANESSA NEWPORT, by and through undersigned counsel, hereby withdraws the Motion to Compel. Electronic Case Filing (ECF) 20.

## CERTIFICATE OF SERVICE

**I CERTIFY** that on this 11th of January of 2019, I electronically filed the foregoing with the e-filing portal which will furnish a true and correct copy via e-mail to Tara Shelke from Adler Murphy and McQuillen, LLP, Attorney for Defendant, FRONTIER AIRLINES, INC.

**/s/ Christina Figueroa**
CHRISTINA FIGUEROA, ESQ.
Florida Bar No.: 120248
Hogan Law, P.A.
5734 S. Semoran Blvd
Orlando, FL 32822
Tel: (407) 377-0700
Fax: (407) 377-0701
Attorneys for Plaintiff