UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISOIN

VANESSA NEWPORT                                                  CASE NO:  6:18-CV-536-Orl-18GJK

    Plaintiffs,

vs.

FRONTIER AIRLINES, INC.,

    Defendant.
_____/

## NOTICE OF MEDIATION

**PLEASE TAKE NOTICE** that mediation for the aforementioned matter has been mutually agreed to take place on **February 22, 2019 beginning at 1:30p.m at Milestone Reporting Company, Landmark Center One, 315 E. Robinson Street, Suite 510, Orlando, FL 32801. The mediator will be Art Niergarth, Jr.**  The cost of the mediator shall be divided evenly between the parties.

## CERTIFICATE OF SERVICE

**I CERTIFY** that on this 25th day of January 2019, I electronically filed the foregoing with the e-filing portal which will furnish a true and correct copy via e-mail to Tara Shelke from Adler Murphy and McQuillen, LLP, Attorney for Defendant, FRONTIER AIRLINES, INC.

                                                             **/s/ Christina Figueroa**
                                                             CHRISTINA FIGUEROA, ESQ.
                                                             Florida Bar No.: 120248
                                                             Hogan Law, P.A.
                                                             5734 S. Semoran Blvd
                                                             Orlando, FL 32822
                                                             Tel: (407) 377-0700
                                                             Fax: (407) 377-0701
                                                             *Attorneys for Plaintiff*