**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISOIN**

VANESSA NEWPORT						CASE NO:  6:18-CV-536-Orl-18GJK

    Plaintiffs,

vs.

FRONTIER AIRLINES, INC.,

    Defendant.
_____/

**PLAINTIFF'S WITNESS LIST**

COMES NOW the Plaintiff, VANESSA NEWPORT, by and through their undersigned counsel and pursuant to the Amended Order Scheduling Cause for Pre Trial Conference and Jury Trial, dated June 11, 2018, hereby submit the following list of witnesses anticipated to be called during the trial of this case:

1. Vanessa Newport, 625 South East 52 Ct., Ocala, Fl 34471;

2. Jen Balitz, 85 Pecan Course Circle, Ocala, FL 34472;

3. Danny Newport, 625 SE 52nd Court, Ocala, FL 34471;

4. Additional fact witnesses who may be learned of throughout the course of discovery;

5. All persons who have been deposed or will be deposed in this action;

6. Any persons identified in any deposition, answer to interrogatory or document produced in this action;

7. Representatives with knowledge of the facts of this case from Frontier Airline, Inc;

8. Any person identified on the accident report and investigation records not specifically listed herein;

9. Any employee, agent and/or representative not specifically named above by or on behalf of Plaintiffs with knowledge of the issues of this lawsuit;

10. Custodian of records for any and all of Plaintiff's treating physicians, including but not limited to:

    a. Central Florida Cancer and Blood Center, 3120 SW 27th Avenue, Suite 200, Ocala, FL 34474.

    b. Esoterix Coagulation Lab, 8490 Upland Dr Ste 100, Englewood, CO 80112-7116.

    c. Express Care of Ocala, 1834 SW 1st Avenue Suite201, Ocala, FL 34471-8102.

    d. Munroe Regional Medical Center, 1500 5W 1st Ave, Ocala, FL 34474.

11. Custodian of records for all witnesses listed herein or identified in their records including, but not limited to: treating providers, employers and entities relevant to this lawsuit;

12. Custodian of records for any record or document that may be listed on Defendant's Witness List;

13. Any and all treating doctors and healthcare providers who examined and/or provided treatment to Plaintiff, including but not limited to:

    a. Ravi K. Koti, M.D., Central Florida Cancer and Blood Center, 3120 SW 27th Avenue, Suite 200, Ocala, FL 34474.

    b. Lance P. Trigg, M.D., Central Florida Cancer and Blood Center, 3120 SW 27th Avenue, Suite 200, Ocala, FL 34474.

c. David C. Mckay, M.D., Central Florida Cancer and Blood Center, 3120 SW 27th Avenue, Suite 200, Ocala, FL 34474.

d. John D. Boon, M.D., Central Florida Cancer and Blood Center, 3120 SW 27th Avenue, Suite 200, Ocala, FL 34474.

e. Kareem I. Bohsali, M.D., Munroe Regional Medical Center, 1500 5W 1st Ave, Ocala, FL 34474.

f. Dorothy Adcock, M.D., Esoterix Coagulation Lab, 8490 Upland Dr Ste 100, Englewood, CO 80112-7116.

g. Frank Reisner, M.D., Express Care of Ocala, 1834 SW 1st Avenue Suite201, Ocala, FL 34471-8102.

h. Sharon L. Wells, P.T., Munroe Regional Medical Center, 1500 5W 1st Ave, Ocala, FL 34474.

i. Chelsey Christensen, A.RN.P., Express Care of Ocala, 1834 SW 1st Avenue Suite201, Ocala, FL 34471-8102.

j. Thang Tran, M.D., Munroe Regional Medical Center, 1500 5W 1st Ave, Ocala, FL 34474.

k. Kerry B. Raduns, M.D., Munroe Regional Medical Center, 1500 5W 1st Ave, Ocala, FL 34474.

l. Santiago Mesorana, M.D., Munroe Regional Medical Center, 1500 5W 1st Ave, Ocala, FL 34474.

m. Lauro G. Lapuz, M.D., Munroe Regional Medical Center, 1500 5W 1st Ave, Ocala, FL 34474.

      n. Dane S. Schlinsky, M.D., Munroe Regional Medical Center, 1500 5W 1st Ave, Ocala, FL 34474.

14. Any and all treating doctors and healthcare providers relevant to Plaintiff identified in her records but not specifically listed herein;

15. Any and all persons who have provided any psychological or psychiatric treatment or counseling to Plaintiff;

16. Any person identified in any medical, counseling, psychological, or psychiatric treatment records of Plaintiff;

17. All persons whose names are contained in any medical or hospital record of Plaintiff;

18. Any and all experts or health care providers disclosed or deposed in this action;

19. Any retained experts identified and made available for deposition prior to the discovery cutoff in this action including possible experts in the areas of engineering, crash analysis, reconstruction, or economics in addition to orthopedics, neurology, pain management, physical therapy or radiology;

20. Any and all witnesses, including expert witnesses, disclosed by Defendants;

21. Rebuttal witnesses;

22. Impeachment witnesses;

23. Employees and/or agents of any of the parties to this action;

24. Any and all authentication witnesses;

25. All expert witnesses designated between now and the start of trial.

26. Any additional or replacement experts identified and made available for deposition prior to the discovery cutoff in this action;

27. All witnesses identified between now and the start of trial, including any witnesses identified in medical, employment or tax records not yet produced;

28. Any and all witnesses yet to be discovered with reasonable notice to the parties;

29. Plaintiff reserves the right to amend this witness list to disclose any and all later discovered witnesses, the existence and names of which will be given promptly to all parties;

30. Plaintiff reserves the right to disclosure of additional witnesses to provide rebuttal testimony for allegations not previously established.

## CERTIFICATE OF SERVICE

**I CERTIFY** that on this 15th of February, 2019, I electronically filed the foregoing with the e-filing portal which will furnish a true and correct copy via e-mail to Tara Shelke from Adler Murphy and McQuillen, LLP, Attorney for Defendant, FRONTIER AIRLINES, INC.

**/s/ Christina Figueroa**
CHRISTINA FIGUEROA, ESQ.
Florida Bar No.: 120248
Hogan Law, P.A.
5734 S. Semoran Blvd
Orlando, FL 32822
Tel: (407) 377-0700
Fax: (407) 377-0701
*Attorneys for Plaintiff*