UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISOIN

VANESSA NEWPORT                                    CASE NO:  6:18-CV-536-Orl-18GJK

    Plaintiffs,

vs.

FRONTIER AIRLINES, INC.,

    Defendant.
_____/

**PLAINTIFF VANESSA NEWPORT'S
RULE 26(a)(2) DESIGNATION OF EXPERTS**

In accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure, Plaintiff, Vanessa Newport, respectfully designates the following experts:

**A.  Treating Experts**

1. Ravi K. Koti, M.D.
   Central Florida Cancer and Blood Center,
   3120 SW 27th Avenue, Suite 200, Ocala, FL 34474.

Ravi K. Koti, M.D., and any and all other health care providers associated with Ravi K. Koti, M.D., involved in the examination, diagnosis, care, or treatment of Plaintiff. Medical facts and opinions concerning examination, diagnosis, care, treatment, or evaluation of Plaintiff.

Medical experts, treating physicians not retained by, employed by, or otherwise subject to the control of Plaintiff. Plaintiff has produced/is willing to produce all medical records in her possession. Plaintiff will also execute a medical authorization to allow Defendant to obtain additional information if described by Defendant.

No report will be furnished as medical expert treating physician not retained by, employed by, or otherwise subject to control by Plaintiff.

2. Lance P. Trigg, M.D.
   Central Florida Cancer and Blood Center,
   3120 SW 27th Avenue, Suite 200, Ocala, FL 34474.

Lance P. Trigg, M.D., and any and all other health care providers associated with Lance P. Trigg, M.D., involved in the examination, diagnosis, care, or treatment of Plaintiff. Medical facts and opinions concerning examination, diagnosis, care, treatment, or evaluation of Plaintiff.

Medical experts, treating physicians not retained by, employed by, or otherwise subject to the control of Plaintiff. Plaintiff has produced/is willing to produce all medical records in her possession. Plaintiff will also execute a medical authorization to allow Defendant to obtain additional information if described by Defendant.

No report will be furnished as medical expert treating physician not retained by, employed by, or otherwise subject to control by Plaintiff.

3. David C. Mckay, M.D.
   Central Florida Cancer and Blood Center,
   3120 SW 27th Avenue, Suite 200, Ocala, FL 34474.

David C. Mckay, M.D., and any and all other health care providers associated with David C. Mckay, M.D., involved in the examination, diagnosis, care, or treatment of Plaintiff. Medical facts and opinions concerning examination, diagnosis, care, treatment, or evaluation of Plaintiff.

Medical experts, treating physicians not retained by, employed by, or otherwise subject to the control of Plaintiff. Plaintiff has produced/is willing to produce all medical records in her possession. Plaintiff will also execute a medical authorization to allow Defendant to obtain additional information if described by Defendant.

No report will be furnished as medical expert treating physician not retained by, employed by, or otherwise subject to control by Plaintiff.

4. John D. Boon, M.D.
   Central Florida Cancer and Blood Center
   3120 SW 27th Avenue, Suite 200, Ocala, FL 34474.

John D. Boon, M.D., and any and all other health care providers associated with John D. Boon, M.D., involved in the examination, diagnosis, care, or treatment of Plaintiff. Medical facts and opinions concerning examination, diagnosis, care, treatment, or evaluation of Plaintiff.

Medical experts, treating physicians not retained by, employed by, or otherwise subject to the control of Plaintiff. Plaintiff has produced/is willing to produce all medical records in her possession. Plaintiff will also execute a medical authorization to allow Defendant to obtain additional information if described by Defendant.

No report will be furnished as medical expert treating physician not retained by, employed by, or otherwise subject to control by Plaintiff.

5. Kareem I. Bohsali, M.D.
   Munroe Regional Medical Center
   1500 5W 1st Ave, Ocala, FL 34474.

Kareem I. Bohsali, M.D., and any and all other health care providers associated with Kareem I. Bohsali, M.D., involved in the examination, diagnosis, care, or treatment of Plaintiff. Medical facts and opinions concerning examination, diagnosis, care, treatment, or evaluation of Plaintiff.

Medical experts, treating physicians not retained by, employed by, or otherwise subject to the control of Plaintiff. Plaintiff has produced/is willing to produce all medical records in her possession. Plaintiff will also execute a medical authorization to allow Defendant to obtain additional information if described by Defendant.

No report will be furnished as medical expert treating physician not retained by, employed by, or otherwise subject to control by Plaintiff.

6. Dorothy Adcock, M.D.
   Esoterix Coagulation Lab
   8490 Upland Dr Ste 100, Englewood, CO 80112-7116.

Dorothy Adcock, M.D., and any and all other health care providers associated with Dorothy Adcock, M.D., involved in the examination, diagnosis, care, or treatment of Plaintiff. Medical facts and opinions concerning examination, diagnosis, care, treatment, or evaluation of Plaintiff.

Medical experts, treating physicians not retained by, employed by, or otherwise subject to the control of Plaintiff. Plaintiff has produced/is willing to produce all medical records in her possession. Plaintiff will also execute a medical authorization to allow Defendant to obtain additional information if described by Defendant.

No report will be furnished as medical expert treating physician not retained by, employed by, or otherwise subject to control by Plaintiff.

7. Frank Reisner, M.D.
   Express Care of Ocala
   1834 SW 1st Avenue Suite 201, Ocala, FL 34471-8102.

Frank Reisner, M.D., and any and all other health care providers associated with Frank Reisner, M.D., involved in the examination, diagnosis, care, or treatment of Plaintiff. Medical facts and opinions concerning examination, diagnosis, care, treatment, or evaluation of Plaintiff.

Medical experts, treating physicians not retained by, employed by, or otherwise subject to the control of Plaintiff. Plaintiff has produced/is willing to produce all medical records in her possession. Plaintiff will also execute a medical authorization to allow Defendant to obtain additional information if described by Defendant.

No report will be furnished as medical expert treating physician not retained by, employed by, or otherwise subject to control by Plaintiff.

8. Sharon L. Wells, P.T.
   Munroe Regional Medical Center
   1500 5W 1st Ave, Ocala, FL 34474.

Sharon L. Wells, P.T., and any and all other health care providers associated with Sharon L. Wells, P.T., involved in the examination, diagnosis, care, or treatment of Plaintiff. Medical facts and opinions concerning examination, diagnosis, care, treatment, or evaluation of Plaintiff.

Medical experts, treating physicians not retained by, employed by, or otherwise subject to the control of Plaintiff. Plaintiff has produced/is willing to produce all medical records in her possession. Plaintiff will also execute a medical authorization to allow Defendant to obtain additional information if described by Defendant.

No report will be furnished as medical expert treating physician not retained by, employed by, or otherwise subject to control by Plaintiff.

9. Chelsey Christensen, A.RN.P.
   Express Care of Ocala
   1834 SW 1st Avenue Suite201, Ocala, FL 34471-8102.
   Spring Hill, FL 34606

Chelsey Christensen, A.RN.P., and any and all other health care providers associated with Chelsey Christensen, A.RN.P., involved in the examination, diagnosis, care, or treatment of Plaintiff. Medical facts and opinions concerning examination, diagnosis, care, treatment, or evaluation of Plaintiff.

Medical experts, treating physicians not retained by, employed by, or otherwise subject to the control of Plaintiff. Plaintiff has produced/is willing to produce all medical records in her possession. Plaintiff will also execute a medical authorization to allow Defendant to obtain additional information if described by Defendant.

No report will be furnished as medical expert treating physician not retained by, employed by, or otherwise subject to control by Plaintiff.

10. Thang Tran, M.D.
    Munroe Regional Medical Center
    1500 5W 1st Ave, Ocala, FL 34474.

Thang Tran, M.D., and any and all other health care providers associated with Thang Tran, M.D., involved in the examination, diagnosis, care, or treatment of Plaintiff. Medical facts and opinions concerning examination, diagnosis, care, treatment, or evaluation of Plaintiff.

Medical experts, treating physicians not retained by, employed by, or otherwise subject to the control of Plaintiff. Plaintiff has produced/is willing to produce all medical records in her possession. Plaintiff will also execute a medical authorization to allow Defendant to obtain additional information if described by Defendant.

No report will be furnished as medical expert treating physician not retained by, employed by, or otherwise subject to control by Plaintiff.

    11. Kerry B. Raduns, M.D.
        Munroe Regional Medical Center
        1500 5W 1st Ave, Ocala, FL 34474.

Kerry B. Raduns, M.D., and any and all other health care providers associated with Kerry B. Raduns, M.D., involved in the examination, diagnosis, care, or treatment of Plaintiff. Medical facts and opinions concerning examination, diagnosis, care, treatment, or evaluation of Plaintiff.

Medical experts, treating physicians not retained by, employed by, or otherwise subject to the control of Plaintiff. Plaintiff has produced/is willing to produce all medical records in her possession. Plaintiff will also execute a medical authorization to allow Defendant to obtain additional information if described by Defendant.

No report will be furnished as medical expert treating physician not retained by, employed by, or otherwise subject to control by Plaintiff.

    12. Santiago Mesorana, M.D.
        Munroe Regional Medical Center
        1500 5W 1st Ave, Ocala, FL 34474.

Santiago Mesorana, M.D., and any and all other health care providers associated with Santiago Mesorana, M.D., involved in the examination, diagnosis, care, or treatment of Plaintiff. Medical facts and opinions concerning examination, diagnosis, care, treatment, or evaluation of Plaintiff.

Medical experts, treating physicians not retained by, employed by, or otherwise subject to the control of Plaintiff. Plaintiff has produced/is willing to produce all medical records in her possession. Plaintiff will also execute a medical authorization to allow Defendant to obtain additional information if described by Defendant.

No report will be furnished as medical expert treating physician not retained by, employed by, or otherwise subject to control by Plaintiff.

    13. Lauro G. Lapuz, M.D.
        Munroe Regional Medical Center
        1500 5W 1st Ave, Ocala, FL 34474.

Lauro G. Lapuz, M.D., and any and all other health care providers associated with Lauro G. Lapuz, M.D., involved in the examination, diagnosis, care, or treatment of Plaintiff. Medical facts and opinions concerning examination, diagnosis, care, treatment, or evaluation of Plaintiff.

Medical experts, treating physicians not retained by, employed by, or otherwise subject to the control of Plaintiff. Plaintiff has produced/is willing to produce all medical records in her possession. Plaintiff will also execute a medical authorization to allow Defendant to obtain additional information if described by Defendant.

No report will be furnished as medical expert treating physician not retained by, employed by, or otherwise subject to control by Plaintiff.

14. Dane S. Schlinsky, M.D.
    Munroe Regional Medical Center
    1500 5W 1st Ave, Ocala, FL 34474.

Dane S. Schlinsky, M.D., and any and all other health care providers associated with Dane S. Schlinsky, M.D., involved in the examination, diagnosis, care, or treatment of Plaintiff. Medical facts and opinions concerning examination, diagnosis, care, treatment, or evaluation of Plaintiff.

Medical experts, treating physicians not retained by, employed by, or otherwise subject to the control of Plaintiff. Plaintiff has produced/is willing to produce all medical records in her possession. Plaintiff will also execute a medical authorization to allow Defendant to obtain additional information if described by Defendant.

No report will be furnished as medical expert treating physician not retained by, employed by, or otherwise subject to control by Plaintiff.

15. Any and all experts or health care providers disclosed or deposed in this action;

16. Any and all treating doctors or other health care providers of the Plaintiff;

17. Any retained experts identified and made available for deposition prior to the discovery cutoff in this action including possible experts in the areas of economics, life expectancy, medical care and expenses, neurology, pain management, physical therapy or radiology;

18. All expert witnesses designated between now and the start of trial.

19. Plaintiff reserves the right to supplement this Expert Witness List.

## CERTIFICATE OF SERVICE

**I CERTIFY** that on <u>this 15th of February,</u> 2019, I electronically filed the foregoing with the e-filing portal which will furnish a true and correct copy via e-mail to Tara Shelke from Adler Murphy and McQuillen, LLP, Attorney for Defendant, FRONTIER AIRLINES, INC.

**/s/ Christina Figueroa**
CHRISTINA FIGUEROA, ESQ.
Florida Bar No.: 120248
Hogan Law, P.A.
5734 S. Semoran Blvd
Orlando, FL 32822
Tel: (407) 377-0700
Fax: (407) 377-0701
*Attorneys for Plaintiff*