UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VANESSA NEWPORT,

      *Plaintiff*,

v.                                              Case No.: 6:18-cv-00536-Orl-18GJK

FRONTIER AIRLINES, INC.,             Honorable Judge G. Kendall Sharp
                                                    Magistrate Judge Karla R. Spaulding

      *Defendant*.

_____/

## DEFENDANT FRONTIER AIRLINES, INC.'S MOTION FOR LEAVE

Defendant FRONTIER AIRLINES, INC. ("Frontier"), by its undersigned attorneys, respectfully moves this Honorable Court for leave to deviate from the mediation attendance requirements set forth in Local Rule 9.03(a) and the Court's Order entered on June 11, 2018. (*See* Doc. 15)  In support, Frontier state as follows:

    1.    The parties have scheduled mediation for February 22, 2019 in Orlando, Florida. Arthur Niergarth, Jr., Mediate First, Inc., will be serving as the mediator. The parties submitted their mediation statements to Mr. Niergarth on February 15, 2019.

    2.    Under Local Rule 9.03(a) and Section IV (D) of the Case Management and Scheduling Order entered by the Court on June 11, 2018, each party with full authority to settle shall attend and participate in the mediation conference.

    3.    Frontier's corporate representative was scheduled to attend the mediation with Frontier's counsel.  We were recently notified, however, that Frontier's corporate representative, who resides in Atlanta, Georgia, is unable to attend the mediation due to personal issues.

4. Frontier seeks permission from the Court to have Frontier's corporate representative participate in the mediation by telephone.

5. Frontier's counsel will be attending the mediation with full settlement authority.

6. Frontier's counsel conferred with counsel for Plaintiff regarding this motion. Counsel for Plaintiff has no objection to Frontier's corporate representative participating in the mediation by telephone.

Date: February 20, 2019

Respectfully Submitted,

/s/ Brian T. Maye

Brian T. Maye (admitted *pro hac vice*)
Tara Shelke (admitted *pro hac vice*)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Email: bmaye@amm-law.com
           tshelke@amm-law.com

-AND

Dennis R. O'Connor (FBN: 376574)
Nicholas J. Mari (FBN: 123877)
O'CONNOR & O'CONNOR, LLC
800 N. Magnolia Avenue, Suite 1350
Orlando, Florida 32803
Phone: (407) 843-2100
Email: doconnor@oconlaw.com
           nmari@oconlaw.com

Attorneys for Frontier Airlines, Inc.

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on February 20, 2019, he served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the Middle District of Florida, Orlando Division by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ Brian T. Maye