**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

6:18-CV-536-Orl-18GJK

VANESSA NEWPORT,

        Plaintiff,

vs.

FRONTIER AIRLINES, INC.,

        Defendants,
_____/

## MEDIATION REPORT

A mediation conference was conducted on February 22nd, 2019. The conference resulted in the following:

☐ The case was completely settled. Counsel shall submit a stipulation for dismissal or other final disposition.

☒ The parties reached an impasse as to all issues.

☐ The conference has been adjourned.

☐ Other

DATED this 22nd day of February, 2019.

        Respectfully Submitted,

        **Art Niergarth Jr., Mediator**
        Mediator #24986R
        200 E. Robinson Street, Suite 700
        Orlando, Florida 32801
        407-649-9495

        By: /s/ Art Niergarth, Jr.
        Art Niergarth Jr., ESQUIRE
        Florida Bar No. 501300