UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VANESSA NEWPORT,

    *Plaintiff*,

v.                                                                   Case No.: 6:18-cv-00536-Orl-18GJK

FRONTIER AIRLINES, INC.,                        Honorable G. Kendall Sharp
                                                                      Magistrate Judge Karla R. Spaulding
    *Defendant*.

_____/

**DEFENDANT FRONTIER AIRLINES, INC.'S
UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE**

    Defendant FRONTIER AIRLINES, INC. ("Frontier") by its undersigned attorneys, for its Unopposed Motion to Extend Discovery Deadline, states:

    1.    Plaintiff Vanessa Newport ("Plaintiff") filed this negligence action and alleges personal injury following an incident that occurred on February 14, 2016, onboard Frontier Flight 1220 from Las Vegas, Nevada to Orlando, Florida. (Doc. #1-2.)

    2.    On June 1, 2016, the Parties filed their Case Management Report and estimated they would complete discovery by April 26, 2019. (Doc. #13.)

    3.    On June 11, 2016, this Court entered the Case Management and Scheduling Order and set April 26, 2019 as the discovery deadline. (Doc. #15.)

    4.    Frontier respectfully requests that this Honorable Court extend the discovery deadline by 60 days until June 25, 2019, for the limited purpose of taking Dr. Ravi Koti's deposition.

5. Further, so as to not impact subsequent deadlines and to allow the Parties, and this Court, sufficient time with respect to the various pre-trial submissions, Frontier requests that this Court extend all subsequent deadlines by 60 days.

6. As relevant here, on December 10, 2018, Frontier issued a Notice of Videotaped Deposition of Dr. Ravi Koti and set Dr. Koti's deposition for December 21, 2018. (Dec. 10, 2018 Notice attached as Exhibit A.)

7. On December 11, 2018, counsel for Dr. Koti advised the Parties that Dr. Koti was not available on December 21, 2018 and that alternate dates would be offered for the deposition. (Dec. 11, 2018 correspondence attached as Exhibit B.)

8. On February 8, 2019, Frontier issued another Notice of Videotaped Deposition of Dr. Ravi Koti and re-set Dr. Koti's deposition for April 19, 2019. (Feb. 8, 2019 Notice attached as Exhibit C.)

9. On Dr. Koti's request, on February 14, 2019, Frontier issued an Amended Notice of Videotaped Deposition of Dr. Ravi Koti and changed the location of the April 19, 2019 deposition to Dr. Koti's office in Ocala, Florida. (Feb. 14, 2019 Notice attached as Exhibit D.)

10. On April 10, 2019, counsel for Dr. Koti inquired whether the deposition could be avoided and if instead, the Parties would consider submitting written questions to which Dr. Koti would respond with sworn answers. (April 10, 2019 correspondence attached as Exhibit E.)

11. The Parties have agreed to explore Dr. Koti's suggestion and to submit written questions to him to be answered under oath. However, Frontier has reserved its right to take Dr. Koti's deposition after it receives Dr. Koti's sworn answers to the Parties' written questions.

12. The Parties had reserved May 17, 2019 for Dr. Koti's deposition, if needed. On April 23, 2019, counsel for Dr. Koti informed the Parties that Dr. Koti is no longer available on

May 17, 2019, but can be available for deposition on May 31, 2019. (April 23, 2019 correspondence attached as Exhibit F.)

13. Thus, despite the Parties' best efforts, and to accommodate the requests and schedule of a non-party witness, the Parties require additional time to complete Dr. Koti's deposition.

14. Accordingly, Frontier respectfully requests that this Honorable Court grant its Motion and extend the discovery deadline by 60 days, until June 25, 2019, to allow the Parties to submit written questions to Dr. Koti and potentially take his deposition thereafter, if needed.

15. Dr. Koti's deposition testimony will affect a potential motion for summary judgment. Therefore, Frontier further requests that this Court extend all subsequent deadlines by 60 days such that dispositive motions shall be due on August 7, 2019, *Daubert* and *Markman* motions shall be due on August 7, 2019, the in-person meeting to prepare joint final pretrial statement shall be completed by September 19, 2019, the joint final pretrial statement shall be due on September 30, 2019, all other motions including Motions *in Limine* shall be due on October 21, 2019, and this case will be ready for jury trial on December 2, 2019.

16. Concurrently, the Parties are engaging in settlement negotiations.

17. This is the Parties' first request for an extension of time. No party will be prejudiced by the granting of this motion.

WHEREFORE, Defendant FRONTIER AIRLINES, INC. respectfully requests that this Honorable Court extend the discovery deadline by 60 days, until June 25, 2019 for the limited purpose of taking Dr. Koti's deposition, extend all subsequent deadlines by 60 days, and order any further relief this Court deems necessary and proper.

*Defendant Frontier Airlines, Inc.'s*
*Memorandum in Support of Unopposed Motion to Extend Discovery Deadline*

1. "District courts have broad discretion when managing their cases in order to ensure that the cases move to a timely and orderly conclusion." *E-Ventures Worldwide, LLC v. Google, Inc.*, No. 2:14-cv-646-FtM-29CM, 2016 U.S. Dist. LEXIS 138267, at *6 (M. D. Fla. Oct. 5, 2016).

2. "A schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "This good cause standard precludes modification unless the schedule cannot be met despite the diligence of the party seeking the extension." *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998).

3. Here, Frontier has been extremely diligent in seeking Dr. Koti's deposition. As discussed above, Frontier first served Dr. Koti with a Notice of Deposition on December 10, 2018, more than four months before the discovery deadline. (Exhibit A.) Thereafter, in order to accommodate requests from Dr. Koti and the Parties' attorneys' schedules, Frontier twice rescheduled Dr. Koti's deposition. (Exhibits C, D.) Frontier has also agreed to submit written questions to Dr. Koti to determine whether Dr. Koti's deposition can be avoided altogether.

4. "The diligence of the moving party should be considered in determining whether there is good cause to extend a deadline." *Blue Heron Commercial Grp., Inc., v. Webber*, No. 2:18-cv-467-FtM-29CM, 2018 U.S. LEXIS 196365, at *15 (M.D. Fla. Nov. 19, 2018). "In other words, the moving party must demonstrate it could not meet the deadline despite its diligent efforts." *Id.*

5. Frontier has made every effort and has tenaciously pursued Dr. Koti's deposition for over four months. However, due to circumstances not within Frontier's control, it has not been able to complete Dr. Koti's deposition before the April 26, 2019 discovery deadline.

6. Accordingly, Frontier respectfully requests that this Honorable Court grant its Motion and extend the discovery deadline by 60 days, until June 25, 2019, to allow the Parties to submit written questions to Dr. Koti and potentially take his deposition thereafter, if needed.

7. Frontier also requests that this Court extend all subsequent deadlines by 60 days such that dispositive motions will be due on August 7, 2019, *Daubert* and *Markman* motions will be due on August 7, 2019, the in-person meeting to prepare joint final pretrial statement shall be completed by September 19, 2019, the joint final pretrial statement will be due on September 30, 2019, all other motions including Motions *in Limine* will be due on October 21, 2019, and this case will be ready for jury trial on December 2, 2019.

8. This is the Parties' first request for an extension of time. No party will be prejudiced by the granting of this motion.

9. Additionally, the Parties are currently engaged in settlement negotiations.

***Defendant Frontier Airlines, Inc.'s Statement of Compliance with Local Rule 3.01(g)***

10. Pursuant to L.R. 3.01(g), on April 22, 2019, April 23, 2019, April 24, 2019, and April 25, 2019, counsel for Frontier conferred with counsel for Plaintiff regarding this motion. Counsel for Plaintiff has no objection to this Motion.

WHEREFORE, Defendant FRONTIER AIRLINES, INC. respectfully requests that this Honorable Court extend the discovery deadline by 60 days, until June 25, 2019, for the limited purpose of deposing Dr. Ravi Koti, extend all subsequent deadlines by 60 days, and order any further relief this Court deems necessary and proper.

Date: April 25, 2019                                  Respectfully submitted,

                                                      **FRONTIER AIRLINES, INC.**

                                                      By: */s/ Tara Shelke*
                                                      One of Its Attorneys

Brian T. Maye (admitted *pro hac vice*)
Tara Shelke (admitted *pro hac vice*)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Email: bmaye@amm-law.com
tshelke@amm-law.com

AND

Dennis R. O'Connor (FBN: 376574)
Derek J. Angell (FBN: 73449)
O'CONNOR & O'CONNOR, LLC
800 North Magnolia Avenue, Suite 1350
Orlando, Florida 32803
Phone: (407) 843-2100
Email: doconnor@oconlaw.com
dangekk@oconlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2019, I caused the foregoing to be electronically filed with the United States District Court for the Middle District of Florida, Orlando Division, using the CM/ECF System.

By: */s/ Tara Shelke*
One of the attorneys for Defendant
FRONTIER AIRLINES, INC.
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603