# ESTES, INGRAM, FOELS & GIBBS, P.A.

ATTORNEYS AT LAW
2600 Lake Lucien Drive, Suite 330, Maitland, FL 32751
Telephone: 407-481-9449
Fax: 407-481-2199

Craig S. Foels
csf@eifg-law.com

December 11, 2018

Katelyn B. Macholan
Adler, Murphy & McQuillen, LLP                                    **EMAIL**
20 South Clark Street, Suite 2500
Chicago, IL 60603

Re:   Vanessa Newport v Frontier Airlines, Inc. (Depo Only - Ravi K. Koti, M.D.)
      Our File No.: 145-139

Dear Ms. Macholan:

The following will confirm receipt of your office's Notice and Subpoena for Dr. Koti's deposition in the above matter. We are not available on December 21st and have requested alternate dates from Dr. Koti. It is my understanding that your deadline for this deposition is the beginning of February, so we have requested January dates from the doctor which we will provide upon receipt.

Also, as Dr. Koti is located in Ocala, Florida, we would request that the deposition be rescheduled to that city once a new date is coordinated.

Sincerely,

Craig S. Foels
(Signed electronically to avoid delay)

CSF/nld
cc (email):   Tara Shelke, Esq.