UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| VANESSA NEWPORT, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. 6:18- CV-536-0RL-18GJK |
| ) | |
| FRONTIER AIRLINES, INC., ) | |
| ) | |
| *Defendant.* ) | |

### AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF DR. RAVI KOTI

TO:   Christina Figueroa
       HOGAN, P.A.
       5734 S. Semoran Blvd.
       Orlando, FL 32822

   PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, Defendant FRONTIER AIRLINES, INC. will take the videotaped deposition upon oral examination of Ravi Koti, M.D., before an officer authorized to administer oaths on April 19, 2019 at Central Florida Cancer & Blood Center, P.A., 2494 SW 19th Avenue Road, Ocala, FL 34471 at 10:00 A.M. Said deposition will be recorded by stenographic and videographic means and will continue until it is adjourned.

DATED:   February 14, 2019          */s/ Brian T. Maye*
                                     One of the Attorneys for
                                     Defendant Frontier Airlines, Inc.

Brian T. Maye
Tara Shelke
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Tel: (312) 345 – 0700

-AND-

Dennis R. O'Connor
O'CONNOR & O'CONNOR, LLC
800 North Magnolia Ave., Suite 1350
Orlando, FL 32803

## CERTIFICATION OF SERVICE

I, Katelyn B. Macholan, a non-attorney, hereby certify under penalties of perjury that this Certificate of Service and foregoing NOTICE OF VIDEOTAPED DEPOSITION were served on the below named individuals by electronic mail before 5:00 p.m. on February 14, 2019.

**ATTORNEY FOR PLAINTIFF**
Christina Figueroa
HOGAN, P.A.
5734 S. Semoran Blvd.
Orlando, FL 32822

*/s/ Katelyn Macholan*

Brian T. Maye
Tara Shelke
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Tel: (312) 345 – 0700

-AND-

Dennis R. O'Connor
O'CONNOR & O'CONNOR, LLC
800 North Magnolia Ave., Suite 1350
Orlando, FL 32803