# ESTES, INGRAM, FOELS & GIBBS, P.A.

ATTORNEYS AT LAW
2600 Lake Lucien Drive, Suite 330, Maitland, FL 32751
Telephone: 407-481-9449
Fax: 407-481-2199

Craig S. Foels
csf@eifg-law.com

April 10, 2019

**VIA EMAIL**

Christina Figueroa
Hogan Frick, P.A.
5626 Curry Ford Road
Orlando, FL  32822

Re:   Vanessa Newport v. Frontier Airlines, Inc.
      Our File No.: 145-139

Dear Ms. Figueroa:

As you know, we represent Dr. Koti for his upcoming deposition. Dr. Koti is inquiring as to whether the deposition can be avoided. In that regard, please advise if the parties are agreeable to submission of written questions which we will respond to by sworn answers. Additionally, we are going to need to move the deposition to an alternate date. We have inquired of the doctor and will provide those dates when they are received.

Sincerely,

Craig S. Foels
(Signed electronically to avoid delay)

CSF:rp

cc:   Brian Maye, Adler, Murphy & McQuillen, LLP
      Dennis R. O'Connor, O'Connor & O'Connor, LLC