# ESTES, INGRAM, FOELS & GIBBS, P.A.

ATTORNEYS AT LAW
2600 Lake Lucien Drive, Suite 330, Maitland, FL 32751
Telephone: 407-481-9449
Fax: 407-481-2199

Craig S. Foels
csf@eifg-law.com

April 23, 2019

**VIA E-MAIL**

Brian Maye
Adler, Murphy & McQuillen, LLP
20 South Clark Street, Suite 2500
Chicago, IL  60603

Re:   Vanessa Newport v Frontier Airlines, Inc. (Depo Only - Ravi K. Koti, M.D.)
      Our File No.: 145-139

Dear Mr. Maye:

We have received a call from Dr. Koti's office advising that he cannot be available for deposition (if needed) on May 17, 2019, at 9:30 a.m.  However, he can be available on May 31, 2019, at 1:00 p.m.  Please advise if the parties would like us to hold this date.  Please also advise as to the status of the written questions.

Sincerely,

Craig S. Foels
(Signed electronically to avoid delay)

CSF:rp

cc:   Christina Figueroa, Hogan Frick, P.A.
      Dennis R. O'Connor, O'Connor & O'Connor, LLC