VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

```
 1              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
 2                  ORLANDO DIVISION
 3
 4  VANESSA NEWPORT,
 5      Plaintiff,
 6  vs                   Case No.: 6:18-CV-00536-GKS-GJK
 7  FRONTIER AIRLINES, INC.,
 8      Defendant.
 9
    _____/
10

11  DEPOSITION OF:     VANESSA NEWPORT

12  DATE:              TUESDAY, NOVEMBER 13, 2018

13  TIME:              10:14 A.M. - 11:59 A.M.

14  PLACE:             ORANGE LEGAL
                       JOHN T. DRISCOLL, CPA
15                     825 SE 3RD AVENUE
                       OCALA, FLORIDA 34471
16
    STENOGRAPHICALLY
17  REPORTED BY:       BETH BUNN, RPR

18

19

20

21

22

23

24

25
```



**Orange Legal**
**800-275-7991**

**EXHIBIT C**

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

2..5

Page 2

```
1   A P P E A R A N C E S :
2   BRIAN C. HOGAN, ESQUIRE
    OF:  HOGAN LAW
3        5734 SOUTH SEMORAN BOULEVARD
         ORLANDO, FLORIDA 32822
4        (407) 377-0700
         WWW.HOGANPA.COM
5        APPEARING ON BEHALF OF THE PLAINTIFF
6   TARA SHELKE, ESQUIRE
    OF:  ADLER MURPHY & MCQUILLEN, LLP
7        20 SOUTH CLARK STREET
         SUITE 2500
8        CHICAGO, ILLINOIS 60603
         (312) 345-0700
9        WWW.AMM-LAW.COM
         APPEARING ON BEHALF OF THE DEFENDANT
10
11  ALSO PRESENT:
12  STEVEN GRESSER - VIDEOGRAPHER
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1              ------
2          S T I P U L A T I O N S
3        It is hereby stipulated and agreed by and
4   between the counsel for the respective parties and
5   the deponent that the reading and signing of the
6   deposition transcript be waived.
7              ------
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1              I N D E X
2   TESTIMONY OF VANESSA NEWPORT
3        DIRECT EXAMINATION BY MS. SHELKE..............05
4        CROSS-EXAMINATION BY MR. HOGAN..............105
5   CERTIFICATE OF OATH...............................106
6   CERTIFICATE OF DEPOSITION TRANSCRIPT.............107
7
8            INDEX OF EXHIBITS
9   DEFENDANT'S EXHIBITS
10  EXHIBIT 1 - ANSWERS TO INTERROGATORIES...........84
11  EXHIBIT 2 - EMAIL................................101
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
1          P R O C E E D I N G S
2          *********
3        THE VIDEOGRAPHER:  Here begins the
4   videotaped deposition of Vanessa Newport taken in
5   the matter of Case NO. 6:18-CV-00536-GKS-GJK
6   entitled Vanessa Newport vs. Frontier Airlines,
7   Inc., to be heard in the United States District
8   Court, Middle District of Florida, Orlando.
9        Deposition is being held at Offices
10  of John Driscoll, CPA, 825 SE 3rd Avenue, Suite 200,
11  Ocala Florida.  Today's date is November 13th, 2018.
12  The time is 10:14 a.m.
13        The Court Reporter is Beth Bunn and
14  the Videographer is Steven Gresser on behalf of
15  Orange Legal.
16        Counsel, please state your
17  appearances and the Court Reporter will swear in the
18  witness.
19        MR. HOGAN:  Brian Hogan for the
20  Plaintiff.
21        MS. SHELKE:  Tara Shelke, and the
22  last name's spelled S-H-E-L-K-E, on behalf of
23  Defendant Frontier Airlines.
24        COURT REPORTER:  Will you raise your
25  right hand, please.
```



VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT                                                                    6..9

Page 6

1        Do you swear or affirm the evidence
2   that you're about to give will be the truth, the
3   whole truth and nothing but the truth?
4        THE WITNESS:  I do.
5           DIRECT EXAMINATION
6   BY MS. SHELKE:
7       Q.  Would you state your full name, please.
8       A.  Vanessa Renee Newport.
9       Q.  Let the record reflect that this is the
10   deposition of Plaintiff, Vanessa Renee Newport taken
11   pursuant to notice and set for today's date by
12   agreement of the parties.
13           This deposition shall be conducted in
14   accordance with the Federal Rules of Civil Procedure
15   and the local rules of the United States District
16   Court for the Middle District of Florida.
17           Mrs. Newport, my name is Tara Shelke.  I
18   represent the Defendant Frontier Airlines in this
19   matter.  I'm going to be asking you some questions
20   about an incident that occurred on February 14th of
21   2016 on Frontier Flight 1220 from Las Vegas to
22   Florida, which is the subject of your lawsuit
23   against Frontier.
24           Have you ever given a deposition before?
25       A.  Not to my -- that I remember, no.

Page 7

1       Q.  Fair enough.  Okay.  A few things to keep
2   in mind through this deposition.  First, we do have
3   a court reporter taking down everything that is said
4   today.  She can only take one person speaking at a
5   time.  So if you'll wait for me to finish my
6   question before you answer, and then I'll be sure to
7   wait for you to finish your answer before I ask you
8   another question.  Okay?
9       A.  Okay.
10       Q.  Second, your answers all do need to be
11   verbal "yes", "no", "I don't know" is fair as well,
12   but things like nods or shrugs, things like "uh-huh"
13   just don't show up too well later on a transcript.
14   Okay?
15       A.  Okay.
16       Q.  If I ask you question and you don't
17   understand it, let me know and I'll ask it
18   differently or rephrase it.  If I ask you a question
19   and you answer it, I'm going to assume you
20   understood the question.  Fair?
21       A.  Fair.
22       Q.  And, finally, if you need to take a break
23   at any time or if you need some water, need to
24   stand, just let me know.  We can take care of that.
25   I only ask that if there is a question pending, you

Page 8

1   answer the question before we take the break.  Okay?
2       A.  Okay.
3       Q.  What is your date of birth?
4       A.  February 13th, 1956.
5       Q.  And what is your address?
6       A.  625 SE 52nd Court, Ocala, Florida 34471.
7       Q.  How long have you lived at that address?
8       A.  Since 2002.
9       Q.  Are you married?
10       A.  Yes.
11       Q.  What is your husband's name?
12       A.  Danny.
13       Q.  D-A-N-N-Y?
14       A.  Correct.  K. Newport.
15       Q.  Does Danny Newport live at that address
16   with you?
17       A.  Yes.
18       Q.  Do you and Danny have any children?
19       A.  Yes.
20       Q.  How many children?
21       A.  We have two children that are ours.  I
22   have two other children.  So a total of four.
23       Q.  Okay.  The two children that you and Danny
24   have together, what are their names?
25       A.  Jennifer and Patrick.

Page 9

1       Q.  Where does Jennifer live?
2       A.  She lives here in Ocala.
3       Q.  Does she live with you?
4       A.  No.
5       Q.  How old is Jennifer?
6       A.  She's 32.
7       Q.  And where does Patrick live?
8       A.  Orlando.
9       Q.  How old is Patrick?
10       A.  Patrick is 30.
11       Q.  And then you have two other children as
12   well?
13       A.  Yes.
14       Q.  What are their names?
15       A.  Amy Toms.
16       Q.  T-H --
17       A.  T-O-M-S.
18       Q.  T-O-M-S, okay.  And the other child?
19       A.  Gary Toms.
20       Q.  G-A --
21       A.  R-Y.
22       Q.  Where does Amy live?
23       A.  Amy lives in Ocala.
24       Q.  And how old is Amy?
25       A.  Forty-four.

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT                                                                      10..13

Page 10

1    Q.   Where does Gary live?
2    A.   He lives in Las Vegas.
3    Q.   And how old is Gary?
4    A.   Gary's 42.
5    Q.   Is Gary married?
6    A.   Yes.
7    Q.   Does he have any children?
8    A.   Yes.
9    Q.   How many children?
10   A.   One.
11   Q.   What is your highest level of education?
12   A.   I graduated from high school and had some
13   college.
14   Q.   Where did you attend college?
15   A.   Locally, here in Ocala.
16   Q.   Was it a community college?
17   A.   Yes, ma'am.
18   Q.   And what years would you have attended
19   community college?
20   A.   About -- probably about 30 years ago.
21   Q.   Okay.  So roughly 1980s?
22   A.   That would be correct.
23   Q.   And what sorts of classes did you take?
24   A.   I took English, Astronomy, Psychology.
25   Seems like I took something else, but I'm -- I don't

Page 11

1    recollect.
2    Q.   Okay.  Any other education beyond high
3    school and the college classes we discussed?
4    A.   No.
5    Q.   Are you currently employed?
6    A.   Yes.
7    Q.   Where do you work?
8    A.   Solar, S-O-L-A-R, Shield Industries, Inc.
9    Q.   What is Solar Shield Industries, Inc.?
10   A.   A metal roof company.
11   Q.   And what do you do there?
12   A.   I'm the office manager.
13   Q.   As the office manager, what do you do
14   there?
15   A.   Well, I actually pretty much am a girl
16   Friday.  I do the bookkeeping.  I answer the phones.
17   I do the payroll, payroll and taxes and permitting
18   and, you know, a lot more stuff.
19   Q.   How many employees, roughly, does Solar
20   Shield Industries have?
21   A.   It has an average of ten or less --
22   Q.   Okay.
23   A.   -- typically, and right now it's less.
24   Q.   Okay.  How long have you worked for Solar
25   Shield?

Page 12

1    A.   For about ten years.
2    Q.   Have you been the office manager the
3    entire time?
4    A.   No.
5    Q.   What were you --
6    A.   But --
7    Q.   -- before you were the office manager?
8    A.   Prior to that, I just came in and did some
9    -- did the bookkeeping.
10   Q.   Okay.
11   A.   And since 2011, I've been the office
12   manager.
13   Q.   Nice.  So in February of 2016, you would
14   have been working at Solar Shield Industries as the
15   office manager.
16   A.   Correct.
17   Q.   At Solar Shield Industries, is it a
18   nine-to-five type position?
19   A.   Yes.  I usually get in earlier, like,
20   seven to four.
21   Q.   Okay.
22   A.   Yes.
23   Q.   And do you work Monday through Friday?
24   A.   Yes.
25   Q.   And on a typical day at the office, are

Page 13

1    you in a cubicle?  Or in the office?  Or at a desk?
2    A.   An office and a desk.
3    Q.   Okay.  And is most of your work done at a
4    computer?
5    A.   Correct.
6    Q.   How far is your office from your house?
7    A.   I believe it's about three and a half to
8    four miles.
9    Q.   Do you drive yourself?
10   A.   Yes.
11   Q.   Have you ever worked in a food service
12   position?
13   A.   I did work at McDonalds.
14   Q.   When?
15   A.   As a teenager.
16   Q.   Okay.
17   A.   In high school.
18   Q.   For roughly how long did you work at
19   McDonalds?
20   A.   I would say that -- six months to a year.
21   It's a long time.  I don't really recollect.
22   Q.   That's fair.
23       Has your husband Danny ever worked in food
24   service?
25   A.   No.



Page 14

1    Q.  Have any of the four children, Jennifer,
2 Patrick, Gary, or Amy ever worked in food service?
3    A.  Patrick worked in food service.
4    Q.  Where did he work?
5    A.  Carraba's.
6    Q.  Do you recall roughly when?
7    A.  I would say that -- I wouldn't really know
8 exactly when.  It was probably just before he got
9 out of college and a little bit after.
10    Q.  Okay.  But -- so about ten plus years or
11 so.
12    A.  Yeah.
13    Q.  Okay.  When you're not working, what do
14 you do?
15    A.  Well, I spend a lot of time with my
16 grandsons.
17    Q.  How old are your grandsons?
18    A.  They're twins.  They're three.
19    Q.  And are these Jennifer's children?
20    A.  They are Jennifer's children, her only
21 children.
22    Q.  Okay.  What do you do?
23    A.  Just activities with the children.  I'm
24 very family oriented and that's pretty much what I
25 do.

Page 15

1    Q.  Okay.  So --
2    A.  So local activities.  We went to Ocala
3 Days -- Ocali Days this weekend.
4    Q.  Okay.  And that's a fair or something like
5 that?
6    A.  It's -- actually Ocala was Ocali and you
7 go and you see old houses and they have things set
8 up for the kids to do to see what they did back
9 before they had air conditioning and, you know.
10    Q.  Yeah.
11    A.  And they get to show them how to make --
12 they make syrup and all kinds of stuff.  So it's
13 really interesting, educational.
14    Q.  Oh, very fun.  Since the twins are three,
15 they would have been born roughly three years ago,
16 so after this incident; is that correct?
17    A.  They -- it's hard to believe, yes.
18    Q.  Okay.
19    A.  They were born in 2015, October 1st.
20    Q.  Does Jennifer have any children --
21 oh, Jennifer has the two boys.
22    A.  Amy has no children.
23    Q.  No children.  And Patrick?
24    A.  Has no children.  He's engaged.
25    Q.  When you're hanging out with the twin

Page 16

1 boys, do you tend to drive them around as well?
2    A.  I don't really drive the twins around too
3 much.  It's more my husband and I when we pick them
4 up.  But mainly they come and visit us.
5    Q.  Okay.  Are you a member of a gym?
6    A.  No.
7    Q.  What do you do for exercise?
8    A.  Well, I run around with twin boys.  I
9 don't have specifically any exercise.  I like to
10 walk.
11    Q.  When you say "walk", is that something you
12 and Danny will do together?
13    A.  We have done that together.  I have walked
14 with friends.  So I'm, you know -- and, like I said,
15 with working five days a week and we have weekends,
16 we do a lot of activities with the children that all
17 require walking, too.
18    Q.  Okay.
19    A.  And, plus, they come and we live on
20 property and exercise, running around with them.
21    Q.  Nice.  When the twins were younger, so
22 either, you know, still in strollers and that sort
23 of thing, what would you do for exercise then?
24    A.  Some walking and -- you know, I get out
25 and about.  I'm not a gym person.

Page 17

1    Q.  Fair enough.  Now, in February of 2016,
2 you took a trip to Las Vegas, correct?
3    A.  Correct.
4    Q.  And what was the occasion for that trip?
5    A.  It was for my 60th birthday.
6    Q.  And you were going to go visit Gary?
7    A.  Yes.
8    Q.  Were you going to stay with Gary?
9    A.  Yes.  He treated me for my 60th birthday.
10    Q.  Very nice.  How did you come to --
11    A.  I have to get up.
12    Q.  Oh, absolutely.
13    A.  I apologize.  I'll just stand a couple
14 minutes.
15    Q.  Okay.
16         MS. SHELKE:  Is that fine on the
17 camera?
18         THE VIDEOGRAPHER:  (Shaking head
19 yes.)
20         MS. SHELKE:  Okay.  Don't get caught
21 in the wires.
22 BY MS. SHELKE:
23    Q.  How did you come to fly with Frontier
24 Airlines?
25    A.  My son purchased a ticket for me.



VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

18..21

Page 18

1    Q.   Okay.  Had you flown Frontier Airlines
2  before this particular trip?
3    A.   I don't think so.
4    Q.   Have you flown Frontier Airlines since
5  this trip?
6    A.   No.
7    Q.   Did you fly out to Las Vegas and back with
8  anyone?
9    A.   No.
10   Q.   Before this trip in February of 2016, how
11  often would you go out to Las Vegas?
12   A.   I never went to Las Vegas prior to my son
13  moving there.
14   Q.   When --
15   A.   That was my first trip.
16   Q.   Okay.  When did he move out there?
17   A.   I would say most likely 2015.
18   Q.   Since this particular trip in February of
19  2016, have you been back out to Las Vegas?
20   A.   I did go my birthday 2017.
21   Q.   Okay.  Did you also go in 2018 for your
22  birthday?
23   A.   No.
24   Q.   And for this particular trip, I understand
25  you flew out on a Thursday and came home on a

Page 19

1  Sunday; does that sound about right?
2    A.   I do believe so.
3    Q.   And then the incident that is the subject
4  of this lawsuit occurred on the return flight,
5  correct?
6    A.   Correct.
7    Q.   On the morning of February 14th, how were
8  you feeling?
9    A.   I had, like, a cold, you know, runny nose,
10  congestion, sore throat.
11   Q.   Never the best conditions to fly.
12        Had you woken up with the runny nose, sore
13  throat, congestion?
14   A.   I actually did, just prior to flying, got
15  a little bit of cold-like symptoms prior to leaving
16  for my -- my trip.
17   Q.   Okay.  So this would have been late
18  Wednesday or sometime on Thursday?
19   A.   Correct.
20   Q.   Okay.  On the morning of Sunday, February
21  14th, 2016, do you recall what the weather was in
22  Las Vegas before you left?
23   A.   On which date?
24   Q.   Sunday, February 14th.
25   A.   No.

Page 20

1    Q.   On the same day, Sunday, February 14th.
2    A.   Oh, the day that I came back?
3    Q.   Correct.
4    A.   It was cool, but it was not really cold;
5  probably high 50s, around 60, but I -- I'm not sure.
6    Q.   That's fair.
7        Same question with respect to the weather
8  in Orlando.  Do you know what it was on that Sunday?
9    A.   I think that they had about average
10  temperatures, about the same or a little warmer in
11  Orlando.
12   Q.   Now, since you live in Ocala, when you are
13  flying somewhere, do you always fly in and out of
14  Orlando?
15   A.   Yes.
16   Q.   For that particular trip, when you were
17  coming home, do you recall if you had checked
18  luggage?  Or if you only had a carry-on bag?
19   A.   I want to say I had checked luggage.  I'm
20  not positive.
21   Q.   Okay.  Do you recall what you were wearing
22  for that return trip home?
23   A.   I had a pair of black slacks that were
24  soft material.  I had a white shirt and I had a, I
25  think, a little bit of a sweater or something over

Page 21

1  that.
2    Q.   For that return flight home, do you recall
3  what you brought with you for entertainment:  A
4  book?  A magazine?  Work?
5    A.   I do believe I did a book.  I could have
6  also travelled with my iPad Mini.
7    Q.   Okay.  And for that return flight home on
8  Sunday, February 14th, do you recall what your seat
9  number was?
10   A.   No.
11   Q.   Do you recall if it was an aisle, window,
12  or middle seat?
13   A.   Well, I have to sit close because I'm
14  claustrophobic.  So it would be towards the front
15  and I want to say it was an aisle seat.
16   Q.   So since you're claustrophobic, do you
17  always call the airline and ask for a seat as close
18  to the front?
19   A.   Usually, they let you purchase the seat
20  for additional money.
21   Q.   Okay.  Is that what you recall you would
22  have done here?
23   A.   Yes.
24   Q.   Okay.
25   A.   But I'm not positive.



VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT                                                    22..25

Page 22

1    Q.  Okay.  So to the best of your
2  recollection, you were in an aisle seat, correct?
3    A.  Correct.
4    Q.  Was there a passenger in both the middle
5  seat and the window seat next to you?
6    A.  Yes.
7    Q.  Were these passengers to your right or to
8  your left?
9    A.  To my left.
10    Q.  Okay.  Do you recall whether they were a
11  male and a female?  Two women?  Two men?
12    A.  The male was beside me, I believe, and the
13  woman was by the window.
14    Q.  Were they a couple, to the best of your
15  knowledge?
16    A.  Yes.
17    Q.  Do you know their names?
18    A.  No.
19    Q.  When you first came to your seat, did you
20  end up chatting with this couple?
21    A.  Not really, no.
22    Q.  Do you know who was sitting across the
23  aisle from you to your right in the three seats?
24    A.  No.
25    Q.  Do you recall anything in particular about

Page 23

1  the boarding process?
2    A.  The -- pardon?
3    Q.  Boarding.  As you were boarding the
4  aircraft, anything stand out?
5    A.  No.
6    Q.  How about the flight attendants?
7    A.  I remember the one, yes.
8    Q.  Okay.  When you say "the one", what are
9  you referring to?
10    A.  To the one who brought the beverage cart
11  and served me and checked on me.
12    Q.  Okay.  But before the incident, before the
13  beverage cart arrives at the aisle near you,
14  anything about the flight attendant stand out in
15  particular?
16    A.  No.
17    Q.  Okay.  The same with respect to any
18  announcements in that early portion of the flight,
19  from the time you boarded until the time of the
20  incident?
21    A.  I remember them, yes.
22    Q.  Okay.  What kinds of announcements were
23  they?
24    A.  Well, we had to stay in our seat.  We did,
25  in the beginning of the trip, have turbulence; and

Page 24

1  the usual how to put your mask and all the safety --
2    Q.  Okay.  When you say "stay in your seat",
3  is that --
4    A.  Seat belt on.
5    Q.  Okay.  And that would have been until the
6  aircraft reached cruising altitude?
7    A.  And a little longer, I do believe.
8    Q.  Okay.  And when you say "a little longer",
9  is was because the aircraft had encountered some
10  turbulence?
11    A.  Correct.  For safety, yes.
12    Q.  Okay.  What kind of turbulence was it?
13    A.  Just typical what you have on an airline.
14    Q.  Okay.
15    A.  A little bit bumpy.
16    Q.  So a little bit bumpy, not something that
17  people are getting thrown out of their seats?
18    A.  No.
19    Q.  Okay.  The kind where there's a little bit
20  of a strain against the seat belt possibly?
21    A.  I couldn't really tell you.  I'm sorry.
22    Q.  Okay.  But if you had an item on the tray
23  table or something, it's not flying across the
24  cabin, correct?
25    A.  No.

Page 25

1    Q.  Okay.  During that time, everybody was
2  asked to remain seated, correct?
3    A.  Correct.
4    Q.  Even including the flight attendants?
5    A.  I believe so; not for sure.
6    Q.  Okay.  Do you have an idea of how long the
7  turbulence lasted?
8    A.  No.
9    Q.  But at some point, the aircraft came out
10  of turbulence and it was smooth sailing, correct?
11    A.  It was -- they said, Now you can get --
12  you know, release your seat belts, go to the
13  bathroom and stuff, yes.
14    Q.  Okay.  And beverage service only began
15  after that announcement was made --
16    A.  After that announcement, yes.
17    Q.  Okay.  Do you have an idea of how long you
18  were in flight before that announcement was made?
19  Half hour?  Forty-five minutes?
20    A.  I didn't time it.  I'm sorry.
21    Q.  Okay.  After that announcement was made
22  but before this incident, did you get up to use the
23  lavatory?
24    A.  No.
25    Q.  When the flight attendant started beverage



EXHIBIT C

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT                                                                    26..29

Page 26

1  service, did they start from the front of the
2  aircraft and work their way back?
3      A.  Correct.
4      Q.  Okay.
5      A.  To the best of my knowledge.
6      Q.  Okay.  During the time that you remember
7  the flight attendant serving beverages, before they
8  reached your seat, were there -- was there any
9  turbulence in that time?
10     A.  I don't know that.  I couldn't remember
11  that --
12     Q.  Okay.
13     A.  -- specifically.
14     Q.  Were there any announcements to the best
15  of your recollection about turbulence during that
16  time?
17     A.  Not that I remember, no.
18     Q.  Okay.  And then the next thing that
19  happened is the beverage cart arrives near you,
20  correct?
21     A.  Correct.
22     Q.  Was it one flight attendant?  Or two?
23     A.  I believe there was two.
24     Q.  Okay.  Were they women?  Or men?  Or both?
25     A.  Women, I believe.

Page 27

1      Q.  Okay.  Do you happen to know either of
2  their names?
3      A.  No.
4      Q.  Tell me about it.  So they asked you what
5  kind of beverage you would like?
6      A.  Correct.
7      Q.  What did you ask for?
8      A.  I asked for hot tea.  I didn't feel well.
9  I wanted to get something to soothe my throat.
10     Q.  Did they ask you how many creams or sugars
11  you'd like with that?
12     A.  They asked me did I want sugar and I said,
13  yes.  I don't believe I wanted cream.
14     Q.  Okay.  And then what were you given?
15     A.  Well, I was expecting them to, you know,
16  put my sugar in and my tea bag and hand it to me,
17  but they didn't.  They handed me a cup with a lid on
18  it with a tea bag on the side that I had to open and
19  the sugar.  And I've never had to do that before.
20     Q.  So you've been on other airplanes where
21  you've asked for tea?
22     A.  I usually always get coffee.
23     Q.  Okay.
24     A.  I got the tea because I didn't feel well.
25  I just thought it would soothe me.

Page 28

1      Q.  When you take your coffee, do you take it
2  black?
3      A.  Yes.
4      Q.  Okay.  Do you put sugar in your coffee?
5      A.  No, never.
6      Q.  So you were served a cup that was closed
7  with a lid.  And on the side, you were given a tea
8  bag still in the paper wrapping?
9      A.  Correct.
10     Q.  And sugar in a little packet?
11     A.  Correct, yes.
12     Q.  Were you given a little plastic cup to
13  dispose of the items?
14     A.  Not to my recollection.  I don't remember
15  that.  I'm sorry.
16     Q.  Okay.  Were you given a cup -- a stirrer,
17  cocktail stirrer?
18     A.  I don't remember that either, but I would
19  think.  But I don't remember.
20     Q.  Okay.  Now, did the flight attendant hand
21  the item to you?  Or did she place it on your tray
22  table?
23     A.  She handed it to me as far as I know.
24     Q.  Okay.  And so before you accepted the
25  beverage, you had already moved your tray table

Page 29

1  down, correct?
2      A.  Correct.
3      Q.  Okay.  And did you place the cup in the
4  drink holder on the tray table?  Or on the tray
5  table itself?
6      A.  I believe I put it on the drink holder.
7      Q.  And the cup itself was closed with a
8  plastic lid that you could drink from, correct?
9      A.  Correct.
10     Q.  Was the cup double cupped?  Or did it have
11  a cardboard sleeve around it?
12     A.  No, it was just a single cup.
13     Q.  Was it hot to touch?
14     A.  It was, like, an insulated, like, that you
15  couldn't really -- I really didn't pay attention.
16     Q.  Okay.
17     A.  I didn't remember feeling heat.
18     Q.  Okay.  What's the next thing that happens
19  after you take the cup and you place it on your tray
20  table?
21     A.  Well, I have to remove the lid.  And I
22  remember that I removed the lid and then something
23  jerked and then it just -- I lost control of it and
24  it came, you know, flying and pouring into my lap.
25     Q.  Okay.  When you say "something jerked",



VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT                                                      30..33

Page 30

1  you think it was the aircraft itself?
2     A.  Yes.
3     Q.  Okay.
4     A.  Like, turbulence, I believe.
5     Q.  Okay.  What happened when the hot water
6  spilled on you?
7     A.  It was the most horrible pain I've ever
8  felt in my life and I made a groan and the, you
9  know, the stewardess then tried to get some paper
10 towels and she was trying to blot them.  But I was
11 sitting in water that excruciating pain and I had to
12 ask her to stop, that she's burning me up.  I had to
13 undo my seatbelt and get out, which I did.
14    Q.  So you were still in your seat with the
15 tray table down and she was reaching in between --
16    A.  She was doing -- yeah, she was worried
17 more about that I got wet.
18    Q.  Okay.  Okay.
19    A.  And I was more worried that, you know,
20 that I was literally sitting in extremely hot water.
21    Q.  So the water fell onto your lap?  Or did
22 it fall between your legs?
23    A.  It came and the cup scooted.  It hit my
24 leg, went down the side, and the water just poured
25 into my lap.

Page 31

1     Q.  When you say it "hit your leg," did it hit
2  your left leg?  Or your right?
3     A.  Left.
4     Q.  Okay.  And then it just poured down --
5     A.  Yes.
6     Q.  -- in front of you?
7     A.  I couldn't, you know -- I was, like, in
8  shock, couldn't, you know --
9     Q.  React in time?
10    A.  Well, I -- yes, and I just -- I don't
11 remember exactly.  It just seems like a blur, but it
12 just -- I remember the excruciating pain and that it
13 was the worst -- I just can't even explain how hot
14 that water was.
15    Q.  When this happened -- so the flight
16 attendant had already given you your beverage and
17 maybe serving somebody else at the time?
18    A.  I think that she was moving on, but she
19 did come back.  But like I told you, after the pain
20 and the hot water, there's a lot of cloudiness,
21 like, I was, like, in shock.  I wish I could give
22 you more details, but I can't.
23       I do know that I had to ask her to stop,
24 to let me get out of my seat belt.
25    Q.  So she came in with paper towels and

Page 32

1  napkins?
2     A.  Yes.
3     Q.  Okay.  Once you got out of your seat, what
4  did you do?
5     A.  She -- we -- she blotted up as much water
6  as she could and everything.
7     Q.  From your clothing?
8     A.  From the seat.
9     Q.  Okay.
10    A.  Because it was a lot of water.
11    Q.  While the flight attendant was mopping up
12 your, seat what were you doing?  Were you standing
13 next to her in the aisle.
14    A.  I was standing up in front of, you know,
15 my seat, the tray was up and I was standing there,
16 yes.
17    Q.  Okay.  After the flight attendant cleaned
18 up your seat, what happened next?
19    A.  I sat down.
20    Q.  Okay.  You didn't -- did you at any time
21 after that go to the lavatory?
22    A.  No.
23    Q.  Okay.
24    A.  I had soaking wet clothes and basically,
25 you know, had been burnt and just did nothing.

Page 33

1  Nobody offered to help me or do anything and I was
2  just in bad pain and shock.
3     Q.  So the flight attendant came and dabbed
4  with you some paper towels?
5     A.  Yes.
6     Q.  Did she leave any more with you so you
7  could clean up further?
8     A.  I don't remember.
9     Q.  Did she give you any ice?
10    A.  No.
11    Q.  Did you ask for any ice?
12    A.  No.
13    Q.  Okay.
14    A.  She didn't offer any kind of assistance at
15 all besides paper towels.
16    Q.  So besides -- after the flight attendant
17 mopped you up, cleaned up your seat, what did she
18 do?
19    A.  Went on with her distributing beverages.
20    Q.  Okay.  And did the flight attendant ever
21 come back to check on you?
22    A.  Yes.
23    Q.  When -- approximately, how much after she
24 cleaned up your seat and left did she come back?
25    A.  She'd done all the beverage carts and was



VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT
34..37

Page 34

1  coming back by.
2    Q.  Okay.
3    A.  All the beverage towards the back.
4    Q.  And when she came back to check on you,
5  what did she say?
6    A.  She said, "How are you doing?"
7       I said, "I'm in excruciating pain, but I'm
8  going to live," is the comment I made.
9    Q.  Okay.
10   A.  I do remember that.
11   Q.  Okay.  Besides asking you how you're
12  doing, did she offer you anything?
13   A.  Nothing.
14   Q.  Okay.  Did you, at that second time when
15  you told her you were in pain, ask for any ice?
16   A.  Did I ask?  No.
17   Q.  Okay.
18   A.  I've never had a severe burn.  I wouldn't
19  know what would be the appropriate treatment for it.
20   Q.  Okay.  Did you have any pain killers with
21  you, Tylenol or anything, that you may have taken on
22  the flight?
23   A.  No.
24   Q.  Okay.
25   A.  I sat there.

Page 35

1    Q.  Okay.  When this incident happened, to the
2  best of your knowledge, did either the passenger --
3  the two passengers seated to your left, did they see
4  this happen?
5    A.  The guy -- some water splashed on the guy
6  beside me.  He had a couple spots on his pants leg,
7  his jeans.
8    Q.  Okay.
9    A.  He made a comment, "I can't believe how
10  hot that water was."  And he had splashes.
11   Q.  On his --
12   A.  Just dots, yes.
13   Q.  -- pants?
14   A.  Yes.
15   Q.  Do you know if the passenger seated next
16  to you, the male, was injured in any way?
17   A.  He never -- only mentioned that he
18  couldn't believe how hot the water was from the
19  couple little splashes that he had.
20   Q.  Okay.  Apart from the comment about not
21  believing how hot the water was, did that passenger
22  engage in any conversation with respect to this
23  incident?
24   A.  No.
25   Q.  Did the passenger in the window engage in

Page 36

1  any conversation with you with respect to the
2  incident?
3    A.  Not that I can remember, no.
4    Q.  Okay.  So after the flight attendant
5  checked on you and went wherever she went, what did
6  you do next?
7    A.  I sat there the rest of the flight silent.
8    Q.  Were you still either reading or --
9    A.  No.
10   Q.  -- working on your iPad?
11   A.  No, nothing --
12   Q.  Okay.
13   A.  -- that I can remember.
14   Q.  Did you ever get another beverage?
15   A.  No.
16   Q.  Did you get a snack when the flight
17  attendant first handed you the cup of water?
18   A.  Not to my recollection.  But after the
19  burn, I remember basically nothing but sitting
20  there.
21   Q.  Okay.  Do you happen to know how long you
22  sat in the seat?
23   A.  About four hours.
24   Q.  So until --
25   A.  Yes, until the -- the flight was finished.

Page 37

1    Q.  Apart from the turbulence that caused you
2  to spill your drink, was the flight bumpy after that
3  at all?
4    A.  I couldn't tell you.  I'm -- I think I was
5  in shock.  I -- I'm not going to be able to give you
6  details after that.  I'm so sorry.
7    Q.  That's okay.
8       Did your clothing stick to you?
9    A.  I don't believe my clothing stuck to me.
10  I just sat in a wet, cold seat and I really didn't
11  do anything with my clothing.  I sat there.
12   Q.  Okay.  So you never -- you never asked to
13  be moved to a different seat that --
14   A.  She said there were no more seats.
15   Q.  Okay.  And she didn't give you a towel or
16  anything to place on your seat?
17   A.  No.
18      I need to stand up.
19   Q.  Go ahead.  When you're standing and
20  sitting, do you know what causes the discomfort
21  today?
22   A.  On my bottom, it's never healed.
23   Q.  Okay.
24   A.  I'm going to need surgery, most likely
25  skin grafting, and I haven't arranged that yet.



**Orange Legal**
**800-275-7991**

**EXHIBIT C**

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

38..41

Page 38

1    Q.   So standing will alleviate --
2    A.   No. I just -- it -- the seat is kind of
3  rough and it actually causes me some pain.
4    Q.   Okay.
5    A.   It irritates my injuries.
6    Q.   And would this be typical for you when
7  you're at the office that you sit and stand?
8    A.   I do sit and stand, and we worked with
9  several seats to give me the one that I would be
10  most comfortable in.  But, yes, I do get up and walk
11  around and stuff.  I do that every couple of
12  minutes.
13    Q.   And what kind of a seat is it that gives
14  you the most comfort?
15    A.   I have like a -- kind of like a fake
16  leather padded, but it's -- it's, you know, more
17  comfortable than -- like, this is kind of rough.
18  And if it's a hard surface it also causes me
19  discomfort, if it's really not soft.
20    Q.   Okay.  So if it's a softer surface, you're
21  able to sit for longer?
22    A.   Yes.  It's just this is kind of not the
23  best seat I could be sitting in.
24    Q.   Okay.  Now, you've described being in pain
25  and in shock for the remainder of the flight.

Page 39

1    A.   I -- I can -- I don't remember a lot.  I
2  was just basically I believe really in shock.
3    Q.   So really more shock than pain?
4    A.   Well, I -- I know the excruciating pain
5  and I know I had the pain.  But everything kind of
6  -- if you want, like, recollections, they're not
7  quite there.
8    Q.   Okay.  Apart from the one time that one
9  flight attendant checked on you, did that flight
10  attendant check on you anymore?
11    A.   No.
12    Q.   Did any of the other flight attendants
13  check on you?
14    A.   No.
15    Q.   The particular flight attendant that we've
16  been speaking about is the one who also served you
17  your beverage?
18    A.   Correct.
19    Q.   Do you know her name?
20    A.   No.
21    Q.   Would you be able to describe her at all?
22    A.   Not really.  I'm not really good in --
23    Q.   Okay.
24    A.   -- describing people.
25    Q.   Caucasian?  African-American?

Page 40

1    A.   She had darker skin, very attractive.
2    Q.   Okay.  Petite?
3    A.   I don't want to say she was like -- if
4  you're talking about height or -- she, you know, she
5  was of --
6    Q.   Average?
7    A.   -- average.
8    Q.   Okay.  Did you ask for paramedics to meet
9  the flight?
10    A.   No. I had -- I had no idea of anything.
11    Q.   Okay.  So then the flight lands in
12  Orlando, correct?  And you exit the aircraft?
13    A.   Yes.
14    Q.   As you're exiting, do you tell somebody
15  else about this incident; meaning --
16    A.   My husband, but not anyone there.
17    Q.   Okay.
18    A.   I did change my clothing because it was
19  wet.
20    Q.   Okay.  So just sticking with you're
21  exiting the aircraft, you're on a jet bridge moving
22  into the terminal.  Did you tell the captain, the
23  gate agents, any other airline type personnel about
24  this incident?
25    A.   Not that I remember.

Page 41

1    Q.   Okay.
2    A.   All I remember is wanting not to have wet
3  clothing while walking through an airline -- an
4  airport with people seeing me.
5    Q.   Okay.  So -- and at this point, your --
6  your clothes were still wet.  And is it correct that
7  it was your trousers that were wet?
8    A.   Correct.
9    Q.   Was your shirt also wet?
10    A.   Not to my recollection but it could have
11  been.
12    Q.   Okay.  So the majority of the liquid
13  spilled on your lap in between --
14    A.   On my leg and then ran down and, like, hit
15  my leg and then went underneath of me, yes.
16    Q.   Okay.  Did it go between your knees and
17  your ankles?
18    A.   No.
19    Q.   Okay.  So it's concentrated between your
20  lap and your knees; is that fair?
21    A.   It's probably, you know, above my knee and
22  then it went -- the scars are like, you know -- the
23  line of the water going down, it left scars, and
24  then it went underneath.
25    Q.   And when you say "underneath", it's moving



VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

42..45

Page 42

1 towards your back and towards your bottom?
2     A.  Yes.
3     Q.  Okay.
4     A.  The bottom is where I got it the worst.
5     Q.  Okay.  Did you sustain any burns from your
6 waist up or from your navel up?
7     A.  No.
8     Q.  Were either of your hands burned?
9     A.  No.
10    Q.  Did you have a change of clothing in a bag
11 that was on the aircraft with you, meaning the
12 cabin?
13    A.  Yes.
14    Q.  Okay.  So after you exit the aircraft, you
15 change once you're inside the terminal; is that
16 correct?
17    A.  Yes.
18    Q.  Okay.  But you did not change while on the
19 aircraft?
20    A.  No.
21    Q.  Okay.  Any reason why you did not change
22 on the aircraft?
23    A.  Well, nobody offered to get my luggage
24 down or offered me any assistance.  And I don't
25 think you can just get in and -- you know, I just

Page 43

1 didn't think to do it.  And, plus, I was, like, in
2 shock.  It's just all the normal things, you know,
3 it just -- nobody assisted me in anything and I just
4 sat there just basically staring blank and --
5     Q.  When you boarded the aircraft, were you
6 able to lift your bag into the overhead bin?
7     A.  No.
8     Q.  Do you recall who assisted you with
9 lifting your bag into the overhead bin when you
10 boarded?
11    A.  Usually one of the flight attendants
12 helped me.
13    Q.  Okay.  You say "usually", but do you have
14 any specific recollection for this flight?
15    A.  I couldn't tell you which one that lifted.
16 It wasn't like something, you know, embedded in my
17 mind.
18    Q.  Okay.  But it would have been a flight
19 attendant and not another passenger?
20    A.  It could have been a passenger.
21    Q.  Okay.  Do you always ask for assistance
22 getting your bag in the overhead bin?
23    A.  Yes.
24    Q.  And the bag, would it have been an
25 overhead -- a suitcase, a roller suitcase?

Page 44

1     A.  I would think that it was a little bit of
2 a roller suitcase, yes.
3     Q.  Okay.  Who assisted you with getting your
4 bag out of the overhead bin when the flight landed
5 in Orlando?
6     A.  I would think another passenger helped me.
7     Q.  Okay.  And you would have asked this
8 person to assist you?
9     A.  Yes, I would have asked, "Would you mind
10 helping me."
11    Q.  Okay.  But during the flight, you didn't
12 think to ask this -- any person to help you?
13    A.  No.  I was basically in shock.
14    Q.  Okay.  So the aircraft lands in Orlando,
15 you exit, and you go to a lavatory to change, is
16 that correct?
17    A.  Correct.
18    Q.  And you change all your -- what do you
19 change?
20    A.  I changed my pants and my underwear.
21    Q.  Okay.  What did you do next?
22    A.  I went to meet my husband who picked me up
23 at the gate.
24    Q.  Okay.  Did he park and come inside?
25    A.  No.  He parked outside and I walked out.

Page 45

1     Q.  Okay.  So you were able to walk yourself
2 out, take the little train to the main terminal, and
3 then you met your husband out on the street level?
4     A.  I met my husband at the street level, yes.
5     Q.  Okay.  What did you tell him?
6     A.  I told him that I got, you know, hot water
7 and got burnt on the plane.  I can't really tell you
8 a lot of details because they're not there.
9     Q.  That's fair.  I just want to know --
10    A.  I wish I could say that I just remember
11 every -- you know, the conversation and everything
12 but I think I'm more -- did not remember that.
13    Q.  Okay.  No, that's absolutely fair.  When
14 you were walking from the aircraft to the lavatory
15 and out into the street, were you in pain?
16    A.  To be honest with you, it seems like I --
17 I never understood it -- but it was like that I had
18 -- I didn't even know my bottom was burnt.  I've
19 been told it was the degree of the nerve damage, so
20 I did not feel that pain.
21    Q.  Okay.
22    A.  So the -- the burns were so bad that I was
23 very blessed that I didn't feel that pain.
24    Q.  Okay.  So, both in your wet clothes before
25 you changed and in your dry clothes after you



**Orange Legal**
**800-275-7991**

**EXHIBIT C**

Page 46

1 changed, there was no sense of friction between your
2 skin and the clothes?
3    A.  I have no recollection of having any
4 severe pain at that -- that point.
5    Q.  Okay.
6    A.  I did have severe pain, I know, when the
7 water -- but I don't -- it was excruciating pain,
8 but I don't remember any of the pain.  I don't know
9 if I was in shock.  I was explained that there was a
10 degree of nerve damage from the burns, but I don't
11 -- you know, that's all I could tell you.
12    Q.  Okay.  So your husband picked you up and
13 did you go to the hospital -- a hospital in Orlando?
14    A.  No, I did not.
15    Q.  Okay.  He drove you straight home?
16    A.  We did stop and get something to eat.
17    Q.  Okay.  Did you stop and go into a
18 restaurant?
19    A.  Yes.
20    Q.  Do you recall what restaurant?
21    A.  No.
22    Q.  Would it have been fast food or a sit
23 down?
24    A.  It would have been a sit down.
25    Q.  Okay.  When you were changing your clothes

Page 47

1 at the airport, did you have occasion to examine
2 yourself in a mirror?
3    A.  I didn't really -- I probably looked in
4 the mirror, but I'm going to tell you again, there
5 isn't a lot of detailed recollection that I have.
6    Q.  Okay.  And --
7    A.  The day after the burns.
8    Q.  Okay.  Even when you took off your wet
9 pants to put on dry pants, did you examine yourself?
10    A.  I saw that my skin was pink.
11    Q.  Okay.
12    A.  Very bright pink.
13    Q.  Okay.
14    A.  And I did see that.
15    Q.  But there was nothing that you would
16 describe as a blister?
17    A.  They had little blisters there, too, yes.
18    Q.  Okay.  Did you put any Vaseline or cream
19 or anything on your burns before you changed
20 clothes?
21    A.  Not to my recollection did I have any.
22    Q.  Okay.  And you did not stop at a
23 convenient store or anything at the airport to
24 purchase anything?
25    A.  I -- no.

Page 48

1    Q.  Do you recall using the restroom at the
2 restaurant you went to?
3    A.  No.
4    Q.  Do you recall what time you would have
5 finally gotten home?
6    A.  It's about an hour and 45 minute trip, so
7 it was probably, like, 9 o'clock or later.  I -- I
8 don't know.
9    Q.  Okay.
10    A.  That -- that's a guess.
11    Q.  Fair enough.
12    A.  I'm sorry.
13    Q.  Once you got home, did you take off your
14 clothes and examine yourself?
15    A.  I did.
16    Q.  Okay.
17    A.  I saw my leg.  At this time, I had no idea
18 that I had the -- the issue on my bottom.  But my
19 leg was pink and had little blisters all over it.
20    Q.  And when you say "leg", is it your left or
21 your right?
22    A.  My left.
23    Q.  So once you got home on the day of the
24 incident, your left leg was pink and was starting to
25 blister or had blisters?

Page 49

1    A.  Had little blisters, little tiny blisters
2 all over it, yes.
3    Q.  Was this between your knee and your --
4 your waist?
5    A.  It's actually -- it's above my knee and it
6 goes -- it was quite a big area, so it was probably
7 four inches above my knee and then it was about a
8 four- or five-inch span of pink skin or more.
9    Q.  And when you say "four- or five-inch
10 span", is it sort of circular?
11    A.  It's -- no, it was all the way -- it was
12 across and down the side of my leg.
13    Q.  Okay.  And you never turned around to see
14 what the back looked like?
15    A.  No.  And if you know where my burns are,
16 you saw the pictures, there'd be no way I'd be able
17 to see them even if I looked.
18    Q.  Okay.
19    A.  It's like underneath of me.
20    Q.  Uh-huh.  Okay.  Once you got home, did you
21 do anything in terms of medical or self care;
22 meaning ice, cream, Vaseline, anything like that?
23    A.  To tell you the truth, I don't have a
24 recollection of a lot.  I do remember looking at my
25 pants.  I did remember that I tried to look up about



VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

50..53

Page 50

1 burns. And there is a possibility that I did
2 something that isn't -- you know, would be best.
3 The next day I did get ointments and stuff as I read
4 on the internet that I should.
5    Q.  And when you say "the internet", probably
6 Web MD or something like that?
7    A.  Correct.
8    Q.  Okay.  And the next day was a Monday, I
9 believe?
10    A.  I believe so.
11    Q.  Okay.  When you say "ointments", do you
12 happen to know what you would have gotten?
13    A.  I would have actually gotten burn
14 ointments --
15    Q.  Okay.
16    A.  -- gauze.  Did follow the directions of --
17 you know, I had no idea of what I was going through.
18 And the pain wasn't really there at that time.
19    Q.  Okay.  So the night that you returned
20 home, Sunday night, did you have any trouble
21 sleeping?  Were you in pain?
22    A.  I think that I was traumatized and I don't
23 think that I had a little bit of fear and I don't
24 think I had a good night's sleep.
25    Q.  Okay.  Would you have gone on the internet

Page 51

1 to look up burn treatment that night?  Or the
2 following morning?
3    A.  That night, yes.
4    Q.  Okay.  Did you go back out to the pharmacy
5 that night to buy --
6    A.  No.
7    Q.  Okay.  So the next morning, would you have
8 gone to the pharmacy before going to work?
9    A.  I don't remember.  I did go the next day.
10 As best as I know, I got something for it, you know.
11    Q.  Okay.  So the items that you got, you got
12 the burn cream, gauze, et cetera, you started using
13 those at some point after the accident, correct?
14    A.  Correct.
15    Q.  Did they offer any relief?
16    A.  I -- for some reason, I didn't experience
17 a lot of pain.  I was explained that was from nerve
18 damage, the severity of the burn.  So I just
19 remember that, you know, I did what it said.  I was
20 protecting my body.  I had no idea of the severity of
21 what I -- had happened.
22    Q.  Okay.  So as I understand it from your
23 medical records, the first medical treatment that
24 you received from a doctor for this incident was on
25 Wednesday, February 24th; does that sound correct?

Page 52

1    A.  That is correct.
2    Q.  Okay.  What was it that led to you going
3 to the doctor that day?
4    A.  Because I was -- although I was buying the
5 ointment, the burn treatment stuff, I wasn't seeing,
6 you know, the -- I saw what I was reading was a
7 healing process going on, but it alarmed me and I
8 thought that by this time that it was out of -- I
9 should have it looked at.
10    Q.  Okay.  Between the day of the incident,
11 February 14th, and when you went to the doctor on
12 February 24th, the burns that were visible to you on
13 your left leg, had the blisters subsided?
14    A.  I don't remember.  I do believe they were
15 to what -- from there and going to the doctor, they
16 had -- yes, they were opening up and coming -- you
17 know, the skin was kind of, like, raw, like, a part
18 of the process.
19    Q.  So it looked like the burns were sort of
20 -- I mean, excuse me.  It looked like the blisters
21 were opening up and getting worse?
22    A.  It looked like they were -- the skin was
23 coming off more.
24    Q.  Okay.  So were you pealing?
25    A.  I guess that's what you would call it.  I

Page 53

1 don't know.  It just was like the -- there's more of
2 a raw skin look which --
3    Q.  Okay.
4    A.  -- I was trying to keep on the internet to
5 see that -- making sure that I was doing what I
6 should do.
7    Q.  Okay.  Between February 14th, 2016 and
8 February 24th, when you went to the doctor, did you
9 ever have to take time off of work because of the
10 burns?
11    A.  I'm the only one in my office.  I would
12 lose my job if I didn't go to work.
13    Q.  Okay.
14    A.  I actually wore PJ bottoms to work.  And I
15 work in an office by myself, it's not a customer
16 office, so I did go to work.
17    Q.  Why did you wear PJ bottoms, on the days
18 that you did, to work?
19    A.  I -- I tried to keep something very soft
20 on me, nothing that would rub, nothing that was
21 tight, stuff that was baggy.
22    Q.  During this time, from February 14th, 2016
23 through February 24th, 2016, how was your cold
24 doing?
25    A.  Oh, I had recovered.



VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

54..57

Page 54

1    Q.   Okay.  So on February 24th, 2016, you went
2    to visit Express Care of Ocala?
3       A.   Correct.
4       Q.   Okay.  Is that typically where you go?
5       A.   Yes.  Our doctor quit accepting our
6    insurance and that was highly recommended and, yes,
7    that's where my husband and I both go for all of our
8    medical treatments.
9       Q.   Is it a clinic?  Is it a hospital?
10      A.   Well, it's like a clinic but it has an ER
11   doctor who's the one that was there and who I saw
12   so...
13      Q.   And would that be Dr. Frank Reisner?
14      A.   Correct.
15      Q.   Is he your doctor?  Or is he just the
16   person that happens to be there when you go?
17      A.   He -- he basically oversaw all this, so I
18   considered him my doctor.
19      Q.   Had you treated with Dr. Reisner before
20   February 24th, 2016?
21      A.   Yes.
22      Q.   Did you go to Express Care looking for
23   him?
24      A.   No.
25      Q.   Okay.  On February 24th when you went to

Page 55

1    Express Care of Ocala, what did you complain of?
2       A.   I wanted him to take a look at my burns.
3       Q.   Okay.
4       A.   And the healing process.
5       Q.   Okay.  Did you complain of anything else?
6       A.   I don't know.
7       Q.   Okay.
8       A.   I do have a history of kidney infections
9    but all I remember is I went in to have him look at
10   the burns.
11      Q.   Okay.  And the kidney infections typically
12   manifest as UTI; is that correct?
13      A.   Correct.
14      Q.   So Dr. Reisner examined you, correct?
15      A.   Correct.
16      Q.   Okay.  What did he say?
17      A.   He said that, I'll give you some
18   prescription burn treatment and see you in a week or
19   ten days, whatever the time was.
20      Q.   Okay.  When you saw Dr. Reisner, did you
21   still only believe that you had burns on your left
22   leg in the front?
23      A.   I don't really -- I believe that I had
24   found the ones on my bottom --
25      Q.   Okay.

Page 56

1       A.   -- by that time, yes.
2       Q.   Okay.  So Dr. Reisner was able to examine
3    the ones on your leg and also the ones on your
4    bottom in between your legs as well?
5       A.   Yes.
6       Q.   Okay.  And apart from the prescription
7    burn treatment that Dr. Reisner prescribed, was
8    there anything you were supposed to do?  Not do?
9       A.   Of course, I was supposed to keep
10   everything clean -- which, of course, I would know
11   as an adult -- and, you know, clean it off and keep
12   it bandaged and follow his directions.
13      Q.   Okay.  I saw in your treatment notes that
14   you also take Xanax for anxiety; is that correct?
15      A.   I did.  I don't anymore.
16      Q.   Okay.  So you are not on Xanax today,
17   correct?
18      A.   No.
19      Q.   Okay.  Were you on Xanax at the time of
20   this incident, February 14th, 2016?
21      A.   No.
22      Q.   Okay.  Since this incident through today,
23   have you ever experienced any anxiety that's caused
24   you to take Xanax?
25      A.   No. I mean, I have -- I have anxiety, but

Page 57

1    I don't take anything for it.  I don't like
2    medications.
3       Q.   Okay.  So then you returned to Express
4    Care of Ocala on March 2nd of 2016 about eight or
5    ten days later?
6       A.   As he told me to do, yes.
7       Q.   Okay.  And I believe that when you went
8    back you requested more burn cream, prescription
9    burn cream; is that correct?
10      A.   No, I just went for him to check it.
11      Q.   Okay.
12      A.   He said that he wanted to see me back and
13   see how I was doing, that I had been taking good
14   care of it.  He wanted to check it.
15      Q.   Okay.  And what did -- what happened when
16   Dr. Reisner checked you?
17      A.   He said that he was going to send me for
18   burn treatment.  It wasn't -- he -- it hadn't
19   improved as much as he wanted and I needed burn
20   treatment.  Because in the beginning he said he
21   didn't think I needed burn treatment.  When I
22   returned, he said, I'm going to have you have burn
23   treatment.
24      Q.   When you say "burn treatment", what did he
25   refer you to?



VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

58..61

Page 58

1     A.   The burn unit at Munroe Regional Hospital.
2     Q.   Is Munroe Regional Hospital here in town?
3     A.   Yes.
4     Q.   Did Dr. Reisner also give you what they
5  call a donut to sit on?
6     A.   He said that that wouldn't work for me so,
7  no.
8     Q.   Okay.
9     A.   I would be sitting on my burns.
10    Q.   Okay.  And all through this time, from the
11 date of the incident through March 2016, you were
12 having trouble sitting; is that correct?
13    A.   Yes, I had -- I had wounds so I was doing,
14 you know, padding or something that I would take a
15 pillow and -- just a regular pillow that it would be
16 soft.
17    Q.   Okay.  And were you doing the same thing
18 both at the office and at home?
19    A.   Yes.
20    Q.   When you went to the burn unit, what did
21 they do for you?
22    A.   Well, they take this, like, hose thing
23 that squirts water out to clean everything and then
24 rebandaged it with ointments and stuff.  And then I
25 would have to go home and clean it and, you know.

Page 59

1  And -- but it allowed the fact that the bottom
2  burns, when I urinated, it would get on it.  It was
3  really nice to have them wrapped up so that it
4  didn't burn me and stuff.  So they would do that.
5     Q.   How many times did you go to the burn
6  clinic?
7     A.   I want to say I at least went a couple,
8  sometimes maybe three times a week, at least two and
9  -- until I got my blood clot.
10    Q.   Okay.
11    A.   Diagnosed with my blood clot.
12    Q.   So did you go for at least a couple of
13 weeks to the --
14    A.   I want to say I was in my third -- my
15 third week and maybe even the first of my fourth
16 week.
17    Q.   Okay.
18    A.   And I didn't feel well.  And I told them I
19 didn't -- I wasn't feeling well.
20    Q.   Okay.  And when you say you told them, you told
21 them at the burn clinic?
22    A.   Yes.
23    Q.   Okay.  I'm sorry.  You said about three to
24 four weeks at the burn treatment --
25    A.   Yes.

Page 60

1     Q.   -- at the burn clinic?
2     Okay.  And when you said you weren't
3  feeling well, what do you mean by that?
4     A.   Well, I just didn't feel well and it just
5  was a feeling of not feeling well and didn't
6  understand why.  And I just -- I felt really weak
7  and stuff.  I went straight from the burn unit to
8  Dr. Reisner's office, which is not very far from
9  there.
10    Q.   Okay.  Did the burn unit send you to Dr.
11 Reisner?
12    A.   They just said I should go to the doctor.
13 Dr. Reisner's my doctor.
14    Q.   Okay.  Until this particular day when you
15 were not feeling well at the burn unit, was the burn
16 unit treatment helping?
17    A.   Yes.  They were clearing all the skin off
18 and, yes, especially my leg was doing better.  My
19 bottom burns are -- were more severe, so they were
20 still in the stages of needing more treatment.
21    Q.   Okay.  Were you able to sit for longer
22 periods of time while you were undergoing your burn
23 treatment?
24    A.   Well, sitting was never a comfortable
25 thing because I had open wounds on my bottom.

Page 61

1     Q.   Okay.
2     A.   And going to the bathroom made it worse,
3  so I had to constantly clean.  When they were
4  bandaged was the best time.
5     Q.   Where -- when you would go to the burn
6  clinic, would your wounds get bandaged for the full
7  day?  A 24-hour period?
8     A.   Well, they let me, I think, the first
9  time, keep them on, but when you go to the bathroom
10 and you have tape on, it's not something that sticks
11 really well.  But I also had to continue cleaning
12 them at home.
13    Q.   And after you cleaned at home, were you
14 able to bandage yourself?
15    A.   Somewhat, but not as good.
16    Q.   Did your husband ever assist you with
17 bandaging yourself?
18    A.   Maybe once or twice, but not -- I'm not
19 sure.
20    Q.   Okay.  So you have no recollection of
21 things with respect to your bottom with the ability
22 to sit improving during the time that you were being
23 treated by the burn clinic?
24    A.   No. I didn't have, you know, a lot of
25 improvement there.  And it's like raw skin, so it



VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT                                                                62..65

Page 62

1  wasn't a very comfortable situation.
2      Q.  Okay.  So then you experienced some
3  weakness.  Munroe Regional Burn Unit told you to go
4  see Dr. Reisner.  Were you able to see Dr. Reisner?
5      A.  They didn't suggest Dr. Reisner.  They
6  just said I probably should see someone.
7      Q.  Should see someone.  Sorry.  Okay.  Were
8  you able to see Dr. Reisner right away?
9      A.  I was.  I was a few blocks from his
10  office.
11     Q.  And what did you tell Dr. Reisner?
12     A.  I told him that I didn't feel good, that,
13  you know, I was having anxiety because I didn't feel
14  good and that gave me a little nervousness in my
15  chest and stuff and so I was just feeling really
16  weak and didn't feel well at all.
17     Q.  Had you experienced symptoms like that
18  before?
19     A.  No.  Not like I was feeling, no.
20     Q.  Okay.  The medical records describe it as
21  chest pain.  Is that what you would call it?
22     A.  I had -- yeah, I thought that was from me
23  being so stressed.
24     Q.  Okay.
25     A.  But, yes.  And, you know, I was like

Page 63

1  getting pains, like, nerve -- you know, that's one
2  of the things, but it was the way that I felt so
3  weak and I just didn't feel well.
4      Q.  Did you think you were having a heart
5  attack?
6      A.  I don't think so.  I probably wouldn't
7  have left the hospital had I thought that.  I just
8  didn't really know what was wrong.
9      Q.  Okay.  Did Dr. Reisner do any tests for
10  you?
11     A.  He did.  He did check.  EKG was fine.
12     Q.  Okay.  What else did he do?
13     A.  He did blood work.
14     Q.  Okay.  And do you recall the results of
15  the blood work?
16     A.  My D-dimer was elevated.
17     Q.  Okay.  And do you know what D-dimer is an
18  indication of?
19     A.  That you could have a blood clot.
20     Q.  Okay.  Anything else that you recall from
21  the tests that he performed?
22     A.  No.
23     Q.  Okay.  What did Dr. Reisner do next?
24     A.  "Call someone.  You cannot drive.  You
25  have to go straight to the hospital."

Page 64

1      Q.  Who did you call?
2      A.  I called my husband.
3      Q.  Does your husband work?
4      A.  Yes, my husband did work.
5      Q.  Okay.  You said "did", so he does not
6  currently?
7      A.  He does work, yes.
8      Q.  Okay.
9      A.  He did work that day and he worked.
10     Q.  Okay.  So he left work and came and got
11  you?
12     A.  Yes.
13     Q.  And took you back to Munroe Regional?
14     A.  Correct, to the emergency room.
15     Q.  Okay.  On this particular day, which I
16  believe is March 16th, 2016, did you attribute the
17  chest pains and the other symptoms that you were
18  feeling to the hot tea spill on February 14th?
19     A.  I did not attribute -- I just didn't know
20  what was wrong.  I didn't feel well.
21     Q.  Okay.
22     A.  And it didn't just start that day.  It was
23  just, I was feeling that that was the worst of it.
24     Q.  Okay.  So you had -- do you recall when
25  you started feeling that way?

Page 65

1      A.  Probably at least, you know, maybe five
2  days or something that it was elevated.  But, again,
3  that's a guesstimate.
4      Q.  Okay.  Since that particular day,
5  March 16th of 2016, have you experienced that sort
6  of -- those chest pains or those symptoms again?
7      A.  No.
8      Q.  Prior --
9          Sorry.  Go ahead.
10     A.  No, nothing.
11     Q.  Prior to this incident in 2016, did you
12  ever have any trouble with clotting?
13     A.  No.
14     Q.  Blood clotting?
15     A.  No.
16     Q.  Okay.  In 2013, you once experienced some
17  palpitations and some fatigue; would that be
18  correct?
19     A.  I don't remember.
20     Q.  Okay.
21     A.  I mean, I have -- I get bronchitis.  I'm
22  asthmatic and stuff.
23     Q.  Okay.
24     A.  So a lot of times I get, you know, chest
25  stuff.



EXHIBIT C

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

66..69

Page 66

1    Q.   Okay.
2    A.   And sometimes they check into a little bit
3  of everything.
4    Q.   Uh-huh.
5    A.   So...
6    Q.   Okay.  Have you always had asthma since
7  you were a child?
8    A.   No.  I was diagnosed as an adult in my 30s.
9    Q.   Okay.  And that leads to recurring
10  bronchitis issues for you?
11    A.   It did.  I've not been having any -- I
12  feel very blessed, haven't had any lately.
13    Q.   Okay.  So your medical records indicate
14  that sometime in 2013 you were checked for heart
15  palpations and also some kidney issues.  The
16  symptoms that you would have experienced then you
17  believe are different from the ones that you
18  experienced in 2016?
19    A.   I wouldn't be able to even remember or
20  relate.  I do get more when I'm sick and stuff and
21  congested.  I'll get -- I've had costochondritis,
22  which is in your chest from the bronchitis and
23  stuff.
24    Q.   Okay.
25    A.   So nothing that I feel was any kind of a

Page 67

1  heart issue or anything.
2    Q.   Okay.
3    A.   Not -- it's not my issues.
4    Q.   Okay.  And you also had a D timer test
5  done in 2015.  Do you happen to know why that would
6  be done?
7    A.   Not at all.
8    Q.   Okay.  But to the best of your knowledge,
9  you would relate it to --
10    A.   I didn't even know I had it.
11    Q.   Okay.  Fair enough.
12       Do you know whether you were checked for a
13  heart attack in September of 2015?
14    A.   Well, no.  I mean, I don't remember
15  anything specifically.  Like I said, I'll have chest
16  pains from asthma stuff and usually they do a lot of
17  testing to make sure.
18    Q.   Okay.  And how long have you gone to Dr.
19  Reisner?  Do you know when you started treating with
20  him?
21    A.   Not exactly, no.  But once my doctor no
22  longer took our insurance, I started going there.
23    Q.   Okay.  And when did that happen that your doctor
24  no longer took your insurance?
25    A.   I would say 2013/14.

Page 68

1    Q.   Okay.
2    A.   But I'm not positive.
3    Q.   Fair enough.  And who was your doctor
4  before Dr. Reisner?
5    A.   Isn't that awful?  I should know.  I can't
6  think right at the moment.  I'm so sorry.
7    Q.   Okay.
8    A.   Glenn Morgan.
9    Q.   G-L-E-N-N Morgan?
10    A.   I think it's one N, but it could be two,
11  Morgan, yes.
12    Q.   Okay.  And was he here in Ocala?
13    A.   Yes.
14    Q.   And what kind of doctor was he?
15    A.   A family physician.
16    Q.   So Dr. Morgan was your physician who you
17  would go to for your asthma and asthma-related
18  issues?
19    A.   Yes.  When I had bronchitis, I had
20  pneumonia, yes.
21    Q.   Okay.  And then once Dr. Morgan's office
22  stopped accepting your insurance, you started going
23  to see Dr. Reisner, correct?
24    A.   As far as -- yes.  Best recollection, I
25  started going to a clinic.

Page 69

1    Q.   Okay.  Besides Dr. Reisner, do you treat
2  with anybody else at Express Care?
3    A.   I have seen -- when he's not there, I have
4  seen different people.
5    Q.   Okay.  Apart from Dr. Morgan and Express
6  Care, have you treated anywhere else in the last
7  five years?
8    A.   What is it?
9    Q.   '18, so since 2013?
10    A.   Not that I remember, but I could have.
11    Q.   Okay.  Now in March of 2016 when you went
12  to the hospital with the chest pains and they did
13  the D-dimer test, they ended up admitting you for
14  the weekend; is that correct?
15    A.   I went there specifically because they
16  said my D-dimer was elevated.
17    Q.   Okay.
18    A.   So I didn't go specifically for chest
19  pains but --
20    Q.   Okay.
21    A.   -- Dr. Reisner sent me there for that
22  reason.  He thought I might have a blood clot.
23    Q.   Okay.  And then is it correct that you
24  were admitted for the weekend?
25    A.   Yes.  All the way through Sunday, yes.



**Orange Legal**
**800-275-7991**

**EXHIBIT C**

Page 70

1   Q.   Okay.  What was your treatment at the
2   hospital?
3       A.   Well, once they located the blood clot at
4   my thigh by my burns, they -- they put me on blood
5   thinners.
6       Q.   Was the blood clot located using a doppler
7   unit?
8       A.   They did, like, an ultrasound type of
9   thing.
10      Q.   Okay.
11      A.   Yes.  They did -- they checked, you know,
12  lungs and stuff and then they checked my legs and
13  they found it there --
14      Q.   Okay.
15      A.   -- by my burns.
16      Q.   By your burns, on your left-hand side,
17  correct?
18      A.   Correct.
19      Q.   Okay.
20      A.   Right -- it was excruciating pain because
21  they had to press around the burn area to find it.
22      Q.   Okay.
23      A.   Yes.
24      Q.   And then they put you on blood thinners.
25  Would those have been IV blood thinners?

Page 71

1       A.   Yes.
2       Q.   Okay.  And is it Dr Koti, K-O-T-I --
3       A.   Correct.
4       Q.   -- that you treated with?
5       A.   That's who the hospital -- I didn't have
6   anyone, so they --
7       Q.   Okay.
8       A.   -- gave.
9       Q.   So that's who they assigned to you?
10      A.   They assigned to me, yes.
11      Q.   And then you ended up treating with him
12  for some time thereafter?
13      A.   I had to be monitored to make sure that
14  my, you know, my blood clotted and, you know, just
15  to be safe.
16      Q.   Okay.  So when you were in the hospital
17  that weekend, your treatment was primarily related
18  to the blood clot; is that correct?
19      A.   Correct.
20      Q.   Okay.  And did the treatment consist of
21  anything besides the IV blood thinner?
22      A.   You mean for my blood clot?
23      Q.   Yes.
24      A.   Not -- I don't know.  I mean they --
25      Q.   Okay.

Page 72

1       A.   -- gave me medicines and stuff and -- but,
2   you know, that's -- they gave it to me --
3       Q.   Okay.
4       A.   -- through an IV and made sure that, you
5   know, they had to check my blood.  I had my blood
6   checked every couple two hours.
7       Q.   Okay.  Did they have you walking around?
8   Lying in bed?  Sitting?
9       A.   I was supposed to be complete bed rest, no
10  moving.  But I had raw burns on my bottom.  I
11  couldn't sit on a bed pan because it was too
12  painful.  So they just let me get up to sit on --
13  beside my bed.  But I was supposed to be on complete
14  bed rest for that.
15      Q.   Okay.  So were you sitting in a chair
16  beside the bed?
17      A.   It was like a chair body, yes.
18      Q.   Okay.  And apart from the blood thinners,
19  what was your understanding of the treatment that
20  was to be prescribed for the blood clot?
21      A.   That's all I know of, blood being checked
22  to make sure that it was free -- you know,
23  something, my blood was okay and the blood thinners.
24      Q.   Okay.  Did they ever tell you what caused
25  the blood clot?

Page 73

1       A.   No.
2       Q.   Have you ever heard your blood clot and
3   your condition to be referred to as a spontaneous
4   blood clot?
5       A.   No, I didn't really hear anything.  All I
6   know is I was treated and they found a blood clot.
7       Q.   Okay.  Do you have any idea what caused
8   the blood clot?
9       A.   I thought it was contributed to my burns
10  and sitting on the plane and not being immobile and
11  how immobile I was during my burn treatment.
12      Q.   Okay.  When you say "immobile", tell me
13  about what that was.
14      A.   Well, you know, I was -- had burns, so I
15  wasn't as active.
16      Q.   But you were able to sit up and stand and
17  go to work during this time?
18      A.   Yes.
19      Q.   Okay.  So in your mind, at least, the
20  blood clot was related to the hot water spill on the
21  plane?
22      A.   Yes.
23      Q.   Okay.  Did you discuss that with any of
24  your doctors?
25      A.   Dr. Reisner, yes.



VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT                                                    74..77

Page 74

1    Q.   Dr. Reisner?
2    A.   Yes.
3    Q.   Okay.  And what did Dr. Reisner say about
4 that?
5    A.   He pretty much agreed.
6    Q.   How about Dr. Koti?
7    A.   Dr. Koti said most likely that was it, but
8 he did other testing to make sure.  As a doctor, he
9 would have to make sure that I didn't have some
10 underlying.  But he said most likely it was the
11 burns, too.
12   Q.   Okay.  And neither Dr. Koti nor Dr.
13 Reisner ever described the blood clot as
14 spontaneous?
15   A.   Not that I ever heard that word, no.
16   Q.   Okay.  For the time that you described
17 being immobile because of the burn, what were you
18 doing?  And what were you not able to do?
19   A.   Well, I went to work and I sat in a chair
20 and I went home and I pretty much -- you know, it
21 was -- I went to my burn treatments and I basically
22 didn't do any form of exercise or walking or doing
23 anything additional to that.
24        Also, they said my blood clot could
25 travel, so I didn't want to be mobile afterwards too

Page 75

1 much either.
2    Q.   Okay.  After they told you your blood clot
3 could travel and to remain as immobile as possible,
4 did you ever take any time off work because of that?
5    A.   Well, I was in the hospital.  When I got
6 home from the hospital, I had to wake my husband up
7 and tell him that I didn't -- that I was very, very
8 ill and I was scared.  And he worked from home the
9 rest of that week.
10        And I was very, very weak for at least
11 three weeks and he would drive me to work to do a
12 few things.  My boss worked with me.  And I would
13 come home.
14   Q.   So you would not put in a full day, you
15 would only be there --
16   A.   Right.  Sometimes maybe an hour.
17   Q.   Okay.
18   A.   And I -- I was very limited because I was
19 very weak and did not feel good for weeks.
20   Q.   Okay.  Do you have the ability to work
21 from home?
22   A.   Not at this time, no.
23   Q.   Okay.  And you did not in 2016 either?
24   A.   No.
25   Q.   Does your husband have the flexibility to

Page 76

1 work from home?
2    A.   My husband did arrange to stay home with
3 me because he was concerned for my health.
4    Q.   Okay.  What does your husband do?
5    A.   He works at Lockheed Martin.
6    Q.   As an engineer?
7    A.   No, he is -- actually, he works on where
8 they bid for projects and stuff, sort of like a
9 comptroller or something.  He does the figures and
10 stuff.
11   Q.   Okay.  During this time, so roughly March
12 of 2016, when you were home a lot and so was your
13 husband, was Jennifer also in the house a lot?
14   A.   No.  She was not in the house a lot.  She
15 did come see me but, you know, she had twins and
16 they were a year old so...
17   Q.   How about Amy?
18   A.   I know that Amy came to see me in the
19 hospital when I got home.  But, no, there wasn't
20 anyone that was really, you know, coming and staying
21 there or anything.  My husband stayed with me.
22   Q.   Okay.  Same with Patrick.  Did he come in?
23   A.   Patrick, you know, didn't live in Ocala
24 so, no.  But he, you know, checked on me regularly.
25   Q.   Okay.  And before you were diagnosed with

Page 77

1 the blood -- sorry.
2    A.   Sorry.  I tried.
3    Q.   Go ahead.  Before you were diagnosed --
4 after the burns, but before you were diagnosed with
5 the blood clot, you described not being immobile
6 yourself.  What did that mean?  Were you not walking
7 as much?  Or --
8    A.   I'm sorry.
9    Q.   After the burns on February 20 -- February
10 14th of 2016 until the time when you were diagnosed
11 with the blood clot, you discussed how you were
12 immobile during that time.
13   A.   Well, correct, I had burns on my bottom.
14 They were bandaged and the bandages and the tape
15 would come loose, so I wasn't really mobile, didn't
16 exercise or anything.  You know, I got up and went
17 to the bathroom and walked to the kitchen and stuff.
18 When I was at work, I had water in the refrigerator
19 but, you know, I didn't -- I didn't really do much
20 of anything.
21   Q.   Okay.  And when we talked earlier that
22 most of your exercise comes from stuff around the
23 house, you know, not going to the gym.  So when you
24 say you weren't exercising, can you tell me what it
25 is that you weren't doing?



EXHIBIT C

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT
78..81

Page 78

1    A.   When I had my -- I basically was pretty
2  much bed rest and to a chair unless I needed
3  something or sitting, you know --
4    Q.   Okay.  And --
5    A.   -- at work.
6    Q.   -- this was in a chair that you found
7  comfortable for you?
8    A.   Yes.  We got every chair in the building
9  to see which -- and I took a pillow, like, a down
10  pillow and sat on it.
11    Q.   Okay.  And then after the weekend where
12  you were diagnosed with the blood clot, you
13  continued to treat with Dr. Koti, correct?
14    A.   Correct.
15    Q.   Do you know what kind of doctor he is?
16    A.   He's a blood and cancer doctor.
17    Q.   Okay.  But you were treating with him
18  specifically for blood issues, not cancer?
19    A.   Correct.  He would do blood tests.  I'd
20  have to go in and have blood work done, yes.
21    Q.   Okay.  And what did his treatment consist
22  of?
23    A.   Just making sure that I was okay and
24  checking my blood and making sure I was taking my
25  medicine.

Page 79

1    Q.   And what medicine has he prescribed to
2  you?
3    A.   Eliquis, I think.
4    Q.   Okay.  Is that a blood thinner?
5    A.   Yes.
6    Q.   Okay.  Had he prescribed any other
7  medication for you?
8    A.   Not to my recollection, no.
9    Q.   Okay.  So to the best of your recollection
10  he prescribed, of course, medication, you took as
11  prescribed, and you would go in periodically for
12  testing, correct?
13    A.   Correct.  To make sure that there was no
14  signs of --
15    Q.   Okay.
16    A.   -- anything else.
17    Q.   I have one of Dr. Koti's treatment notes
18  from August 10th of 2016 and at the very end he has
19  a treatment plan where he says, "We will plan on
20  anticoagulation for at least six months and then
21  reassess in middle of 9/16."  I think he means
22  September of 2016.
23       Then he says, "I recommended repeat
24  antithrombin three activity and further
25  hypercoagulable workout.  Patient refused."

Page 80

1    A.   He wanted to do some cancer testing is
2  what I refused to do because he had done some
3  testing of my stomach and he said it could be -- he
4  was doing all this additional testing, which we have
5  a particular insurance and that stuff is expensive.
6    Q.   Okay.
7    A.   I discussed that with him, just how
8  really, you know, was that important.  He was just
9  looking.  And I was doing well and everything.  I
10  just didn't want to have testing just to run bills
11  up.
12    Q.   Okay.
13    A.   That's all.
14    Q.   Is your insurance with Aetna?
15    A.   It was, yes.
16    Q.   Okay.  In 2016, was your insurance with
17  Aetna?
18    A.   I believe so, yes.
19    Q.   And today in 2018, who is your health
20  insurance with?
21    A.   I really couldn't tell you.  We have a
22  card now of some kind.  Whatever Lockheed Martin
23  has.
24    Q.   Okay.
25    A.   Sorry.  I can't really tell you.

Page 81

1    Q.   And it was the Aetna insurance that you
2  thought was expensive and would not cover certain
3  diagnostic tests?
4    A.   Well, I was getting bills left and right
5  from everything and testing and everything that was
6  done.
7    Q.   Okay.
8    A.   I just -- he was a cancer doctor saying he
9  wanted to do a bunch of these cancer testings and I
10  didn't have any symptoms or anything, so I just --
11    Q.   Okay.
12    A.   If I -- I want to be healthy.  I want to
13  live.  It was just he was doing -- wanting to do
14  some stuff that he agreed wasn't a hundred percent
15  necessary.
16    Q.   Okay.
17    A.   If it was, he would have insisted.
18    Q.   Okay.  So it was only diagnostic options
19  with respect to cancer that you refused; is that
20  correct?
21    A.   That's -- yes.  Yes.
22    Q.   Okay.  The last treatment note that I have
23  for Dr. Koti is August 10th of 2016.  Have you seen
24  him since then?
25    A.   I was released the last time that I saw



VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

82..85

Page 82

1 him.
2    Q.  Okay.
3    A.  And no more medication or anything.  I
4 could go off of it.
5    Q.  Okay.  So you have not taken the Eliquis
6 since August of 2016?
7    A.  My last visit, correct.
8    Q.  Okay.  And when Dr. Koti released you,
9 what did he say with respect to your blood clot
10 condition?
11    A.  That I was doing really good and
12 everything.
13    Q.  Had the clot dissolved?
14    A.  I had -- I had to go have a test and make
15 sure -- he wouldn't release me.  I had to go back to
16 the hospital and they could not find it.  Yes.
17    Q.  Okay.
18    A.  It dissolved.
19    Q.  So once they could not find the clot, you
20 were released from his treatment?
21    A.  Correct.
22    Q.  And you have not treated with Dr. Koti or
23 anybody else related to the blood clot since August
24 of 2016?
25    A.  Whatever was the last visit with him and

Page 83

1 after the -- the blood clot, yes --
2    Q.  Okay.
3    A.  -- was checked.
4    Q.  Okay.  Did Dr. Koti treat you with respect
5 to your burns?
6    A.  No.
7    Q.  Okay.  So all that treatment was with Dr.
8 Reisner?
9    A.  Correct.
10    Q.  Okay.  And my treatment -- my notes of Dr.
11 Reisner go through May of 2016.  When was the last
12 time you treated for your burns?
13    A.  I would say that I saw him after that.  I
14 had him look at the burns, but I wasn't in there
15 specifically for the burns.  But I had noticed,
16 because I took a picture, that it didn't -- they
17 didn't look like my leg had completely healed.
18    Q.  Okay.
19    A.  That's when he told me those are really
20 bad burns, there's nothing else you can do but
21 surgery.
22    Q.  Okay.  I'm going to put in front of you
23 your Answers to your Interrogatories.  I'll give
24 your attorney a copy as well.
25        MS. SHELKE:  Can we mark this as an

Page 84

1 exhibit?
2        (Whereupon, Exhibit No. 1 was marked for
3 identification.)
4        MS. SHELKE:  Thank you.
5 BY MS. SHELKE:
6    Q.  I'm putting in front of you what we've
7 marked as Deposition Exhibit No. 1 and this is a
8 document that we call Answers to Interrogatories.
9 It's a series of questions and answers.  I wrote the
10 questions, your attorneys may have gone -- prepared
11 these answers with you.  Does this document look
12 familiar to you?
13    A.  I know that I did answer this stuff.
14    Q.  Okay.
15    A.  Yes.
16    Q.  Okay.
17        MS. SHELKE:  And, Brian, I'll just
18 tell you that our file doesn't have a signed version
19 of the Interrogatories, so if afterwards we can get
20 a verification from you.
21        MR. HOGAN:  Okay.  I'll get back to
22 the office and find out why that wasn't sent to you.
23        MS. SHELKE:  Okay.
24 BY MS. SHELKE:
25    Q.  If you'll turn to its the Question No. 9,

Page 85

1 it's about four pages in.  And this particular
2 question asks about your personal injuries that
3 you're claiming in this lawsuit and the answer --
4 would you go ahead and just take a look at that one,
5 please.
6    A.  Okay.
7    Q.  Okay.  Now the -- starting with -- so it
8 says -- it says, "Answer:  Burns and left and right
9 buttock and left leg."  And then it has treatment
10 dates February 24th, 2016 through March 17th, 2016
11 with Dr. Reisner.
12        Have you treated with Dr. Reisner since
13 March 17th, 2016 for the burns that you relate to
14 this incident?
15    A.  I did not have specific any kind of
16 treatment from him after I was released from the
17 hospital, no.
18    Q.  Okay.  And then the next part of that
19 answer is March 4th, 2016 through March 22nd, of
20 2016 at Munroe Regional Medical Center.  Is that the
21 extent of your treatment related to your burns or
22 your blood clot?
23    A.  My burn treatment had to be stopped
24 because I was admitted to the hospital.
25    Q.  Okay.  Was your burn treatment resumed



VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

86..89

Page 86

1 after you were released from the hospital?
2    A. No.
3    Q. Why was that not resumed?
4    A. I have no idea.
5    Q. Okay. And Dr. Reisner is the one who
6 prescribed the burn treatment, correct?
7    A. Correct.
8    Q. Okay. And when you saw him after this
9 incident, he never suggested resuming that course of
10 treatment?
11    A. He never did resume. He did make it make
12 a comment that all I could do from here would be
13 surgery.
14    Q. Okay. And then the third part of that
15 ques -- that answer was March 24th, 2016 through
16 August 1st of 2017. So did you treat with Dr. Koti
17 for about 18 months?
18    A. I had to do a follow up because he had me
19 on a treatment for so long. So whatever it says
20 there. Since the 2 to the 8 -- 3/24, he had me on
21 blood thinners and he kept saying that I had to stay
22 on for a certain time.
23    Q. Okay. So this would have been --
24    A. But I didn't have really treatment. I
25 just went in and had my blood work done.

Page 87

1    Q. Okay. So this period of time through
2 August 1st of 2017 would have been the time that you
3 were on blood thinners; is that correct?
4    A. Correct.
5    Q. Since August 1st of 2017, have you had any
6 treatment related to the blood clot?
7    A. Not to my recollection.
8    Q. Since August 1st of 2017 have you had any
9 treatment related to the burn?
10    A. Not that -- not to my recollection, no.
11    Q. Okay. And beyond the two dates in March,
12 March 17, 2016 at Express Care and March 22, 2016 at
13 Munroe Regional Medical Center, have you had any
14 further treatment related to the burns?
15    A. No. Not that -- to my recollection.
16    Q. Okay.
17    A. I do plan to have some more treatment.
18    Q. What is the treatment that you plan to
19 have?
20    A. Well, since they told me that it would be
21 -- that, you know, all I can do is surgery at this
22 point because my bottom's never completely healed, I
23 would want to pursue getting the surgery.
24    Q. What kind of surgery would it be?
25    A. He didn't -- I would think some skin

Page 88

1 grafting or something would be necessary, but I
2 don't know. I'm not a medical doctor.
3    Q. Okay.
4    A. He said it would require surgery.
5    Q. And "he" being Dr. Reisner?
6    A. Correct.
7    Q. Okay. And Dr. Reisner told you in 2016,
8 March, that you would require surgery, correct?
9    A. The last -- one of the last visits that I
10 was there, yes.
11    Q. Okay. And since that time in 2016 until
12 today, you have not scheduled a surgery?
13    A. I have not.
14    Q. Okay. Do you have an upcoming appointment
15 where you plan to schedule surgery?
16    A. I have not made an appointment, no.
17    Q. When do you intend to, if you do, make
18 this appointment?
19    A. I would plan to do it in the near future.
20 I can't give you a specific date.
21    Q. Okay. Would you plan on doing it before
22 the end of this calendar year?
23        MR. HOGAN: I'm going to object. All
24 of these questions have been speculation, but I've
25 allowed her to try and answer to the best of your

Page 89

1 ability.
2        THE WITNESS: I really don't -- I
3 don't want to give her a date when I'm not really
4 sure. It's almost the end of the year already.
5 BY MS. SHELKE:
6    Q. Okay. Fair enough.
7        When you were released from Dr. Reisner's
8 care with respect to the burn in March of 2016, are
9 you -- what was the -- visually, what did your burn
10 look like?
11    A. Well, my leg was pretty much healed.
12    Q. Okay.
13    A. And my bottom was still an open wound when
14 I was in the hospital for my blood clot. So it
15 just, you know, it eventually has a thin layer of
16 skin over still red, you know, pinkish and a little
17 -- it's just a discomfort. (Sic)
18    Q. Okay. So the discomfort on your bottom
19 remains through today?
20    A. Correct.
21    Q. Okay. Is it still an open wound on your
22 bottom through today?
23    A. It doesn't look like an exact open wound.
24 It just never healed completely.
25    Q. Okay.



**Orange Legal**
**800-275-7991**

EXHIBIT C

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT
90..93

Page 90

1    A.  Like my leg is white, you know, the scars.
2  It's still pink and reddish.
3    Q.  Okay.
4    A.  And so it just hasn't completely healed
5  like my leg.
6    Q.  So your leg has healed but it is now
7  white?
8    A.  Yes.  It's scarred now.
9    Q.  Okay.
10    A.  Everywhere the water went it's just white.
11    Q.  Okay.
12    A.  Just, you know, completely --
13    Q.  Discolored skin?
14    A.  Yes.
15    Q.  Okay.  But your leg, if someone were to
16  touch you or if you were to touch yourself, it does
17  not hurt to touch?
18    A.  It does.  I -- I can't let my
19  grandchildren sit on my lap or, you know, have any
20  pressure.  And sometimes it just hurts.  I talked to
21  Dr. Reisner about that and he said that it's nerve
22  damage.  So, yes, I do have pain in my leg.
23    Q.  Okay.  And do you still have discomfort
24  with respect to sitting?
25    A.  Yes.  And it, you know, I -- this chair,

Page 91

1  particularly, is a little bit rough.  I'm scooting
2  and I'm sorry but -- and, yes, I still have
3  discomfort there.
4    Q.  Okay.  And would the same be true if you
5  were out with family for dinner or something like
6  that?
7    A.  I always sit in a booth and get a
8  comfortable seat.  I don't sit in chairs or
9  anything, yes.
10    Q.  Okay.
11    A.  And, yes, I have discomfort.  It doesn't
12  matter where I'm at or what I do.
13    Q.  Okay.  But you are not presently, as of
14  today, treating for either your blood clot or your
15  burns, correct?
16    A.  That is correct.
17    Q.  Okay.  I believe you were in an auto
18  accident in 2012?
19    A.  Correct.
20    Q.  What -- and you suffered a knee injury?
21    A.  I -- my knee hit the dashboard.
22    Q.  Was it your left knee or your right knee?
23    A.  It's my left knee.
24    Q.  Okay.  Did you file a lawsuit for that
25  accident?

Page 92

1    A.  No, I did not.
2    Q.  Were you the driver for that accident?
3    A.  I was a driver and someone pulled out in
4  front of me, yes.
5    Q.  Okay.  Did you undergo surgery for the
6  injury you suffered in the 2012 incident?
7    A.  No.  It's cellular damage.  Nothing can be
8  done for it.
9    Q.  And was all of your treatment at Munroe
10  Regional Medical Center for the 2012 --
11    A.  I went to an orthopedic, like, surgeon
12  doctor who looked at my knee.
13    Q.  At Munroe Regional?  Or somewhere else?
14    A.  No, at this doctor's office.  He was
15  referred, yes.
16    Q.  Okay.  Do you know his name?
17    A.  I'm not going to remember his name.
18  Canon.  Dr. Canon.  I guess I can come up with it.
19    Q.  Then you also had a worker's compensation
20  claim years and years ago?
21    A.  Yes, back when I was young.
22    Q.  Okay.  Who was your employer back then?
23    A.  Weis Supermarkets.
24    Q.  Okay.
25    A.  Up in Maryland.

Page 93

1    Q.  Okay.  And what happened?
2    A.  Well, we had a break room and I came out
3  of the break room and they had a pallet on top of it
4  of stuff and it fell and hit my back.
5    Q.  Okay.  Have you sought any treatment in
6  Florida related to your back related to that
7  incident?
8    A.  Not to my recollection.
9    Q.  Since we have this exhibit in front of
10  you, we'll just finish up with this.  If you'll
11  actually turn forward to No. 3, please.  It's the
12  other way.
13    A.  Oh, this is backwards.
14    Q.  I'm sorry.
15       Question No. 3 asks if you had any
16  conversations with any person related to this
17  incident.  And you identified your husband Danny
18  Newport, your daughter Jennifer Newport, and your
19  son Gary Thompson?
20    A.  It's Gary Toms, T-O-M-S.
21    Q.  And it's Gary with one --
22    A.  G -- one R, yes.
23    Q.  Okay.  Now we talked about Danny because
24  he picked you up from the airport, took you out for
25  diner, and took you home and he also assisted you



EXHIBIT C

Page 94

1 with your treatment and stayed home from work,
2 correct?
3    A. Yes, that is correct.
4    Q. Okay. Now, Jennifer did not pick you up
5 from the airport?
6    A. No.
7    Q. And she did not take time off from work
8 and help you when you were --
9    A. She has children, so --
10    Q. Okay.
11    A. Correct. She's around me the most because
12 of my grandchildren and living close by.
13    Q. Okay. And what have you told her about
14 this incident?
15    A. Well, she was able to see my burns, not --
16 I don't really show my bottom too much to anybody.
17 And, you know, she knows I'm in pain. She knows
18 that I have to tell my grandchildren to be safe
19 around my leg and, you know, that I have ongoing
20 pain because she's around me quite a bit.
21    Q. Okay. And how about Gary? What have you
22 told him about this incident?
23    A. Well, Gary's the one that flew me there
24 and, of course, I told him because, you know, I
25 checked in when I got, you know, landed and stuff

Page 95

1 and I told him about, you know, my burns.
2    Q. Okay.
3    A. It's not like we have big long
4 conversations or anything, but he knows that it
5 happened.
6    Q. Did you show Gary your scars when you went
7 out to see him the following year?
8    A. I don't really think so.
9    Q. Okay. Question No. 4 on that same page in
10 deposition Exhibit No. 1 asks about statements made
11 by any other person relating to the incident and you
12 say, "The person sitting to your left commented on
13 how hot the water was."
14       We already talked about this. It was a
15 male passenger but you don't know his name?
16    A. No. I didn't know his name.
17    Q. Okay. And you didn't exchange phone
18 numbers or --
19    A. No, nothing like that, no.
20    Q. Okay. And you've not spoken to him since?
21    A. No, ma'am.
22    Q. Your attorney sent us some photographs of
23 your burns and your scars. When were those taken;
24 do you know?
25    A. Well, I took some in the beginning. I

Page 96

1 also took some just recently when this was coming
2 up.
3    Q. Okay.
4    A. I also took some today.
5    Q. So when you say "in the beginning", would
6 that have been in February of 2016?
7    A. Yes.
8    Q. Do you know if you took them on the day of
9 the incident, February 14th? Or --
10    A. I did take some and I did send them a
11 picture and I think it shows a little pink.
12    Q. Okay.
13    A. And blisters on my leg, I believe.
14    Q. Okay. For all of the photographs that you
15 have provided to your attorney who has provided to
16 us, if we wanted to get the dates that they were
17 taken, is that something you would be able to do?
18    A. Well, I had that all in our
19 correspondence. I got a new phone and my husband,
20 when he set it up, he wiped everything out on my
21 phone.
22    Q. Okay.
23    A. So, before, I would have had specific
24 dates. But I did write that in the communication.
25    Q. Okay.

Page 97

1    A. And I kept a track of that -- those dates.
2    Q. Okay. And you do not have a copy of your
3 communication any longer?
4    A. Yes. It's in my e-mail on my phone I
5 have --
6    Q. Okay.
7    A. -- pictures and I forwarded it to them,
8 yes.
9    Q. Okay. Who took all the photographs that
10 your attorney has produced to us? Meaning, did you
11 take them yourself or did --
12    A. Yes --
13    Q. -- someone else take them?
14    A. -- I took them myself.
15    Q. Okay. And then you said you took some
16 photographs today?
17    A. I did.
18    Q. Okay. And then you also took some
19 photographs recently?
20    A. I believe so.
21    Q. Okay.
22    A. I believe I sent them when this was coming
23 up and showed them my bottom, yes.
24    Q. Okay. When you say "this was coming up",
25 what do you mean?



VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

98..101

Page 98

1    A.  Well, when they were talking about, I
2  think, this -- setting this appointment up, I
3  believe.
4    Q.  The deposition?
5    A.  Yes, the deposition.
6    Q.  Okay.  Okay.
7    A.  But a lot of times someone will write me
8  and say -- and I'll -- you know, I'll forward them
9  the pictures, so...
10    Q.  Fair enough.
11    A.  I want to be honest, I can't know for
12  exactly.
13    Q.  That's fair.  No, just if you have a
14  timeline or something that shows the progression, I
15  would, you know, through your attorney, we would ask
16  for that.
17      If you'll turn to No. 14, please?
18    A.  Okay.
19    Q.  So this one asks about any exercise,
20  physical activity.  We talked about this a little
21  bit.  You say in your answer that for ten years
22  prior to the incident you were able to go for walks
23  and ride a bike, and since this incident you have
24  not been able to ride a bike?
25    A.  That is correct.

Page 99

1    Q.  Okay.
2    A.  And I really haven't tried lately because
3  my knee isn't as bad as it was, but it's sore to
4  touch.  It's just a cellular damage, like a
5  soreness.
6    Q.  Okay.  When you say "your knee", is that
7  related to the auto accident?
8    A.  That's my auto accident, yes.
9    Q.  Okay.
10    A.  It's nothing to do with the --
11    Q.  Nothing to do with this?
12    A.  Right.
13    Q.  Okay.  Gotcha.  Fair enough.  Okay.  We
14  can put away that exhibit.  I'll give it back to the
15  court reporter.
16      Okay.  We talked that you have scars on
17  the front part of your left thigh; is that correct?
18    A.  It's -- it's like right in here.  So my
19  thigh would be up here, right?  So it's more down in
20  the middle --
21    Q.  Okay.
22    A.  -- of my leg and on the side where the
23  water travelled.
24    Q.  Okay.
25    A.  It left a white --

Page 100

1      MS. SHELKE:  And for the record, the
2  witness is gesturing for about four inches above her
3  left knee through mid thigh and going in between her
4  legs.
5    A.  Yes.
6    Q.  Is that correct?
7    A.  Yes.
8    Q.  Okay.  And then do you have scars anywhere
9  except the left thigh?
10    A.  On my bottom.
11    Q.  Okay.  Anywhere else?
12    A.  Not to my recollection.  I don't -- I
13  think it goes behind my leg a little bit, but it's
14  hard for me to take a picture and it's not as -- the
15  front of my leg got the worst injury.
16    Q.  Okay.  And what is the impact that these
17  scars have had on your leg?
18    A.  The impact is mainly that I still suffer
19  pain, not as much as the scars.
20    Q.  Okay.  Is there anything that you cannot
21  do because of the scars?
22    A.  I don't think that it would limit me from
23  doing anything, the scars, in general.
24    Q.  Okay.  And you do plan to get some skin
25  grafting treatment for the scars?

Page 101

1    A.  I'm -- yes, I'm considering it, yes.
2    Q.  Okay.  We talked a little bit about your
3  medical bills and your insurance.  Do you know if
4  all the medical bills for injuries that you've
5  sustained in this incident, have they been paid?
6    A.  There may be some out there that my
7  husband is still questioning about if they're valid
8  or whatever.  But, yes, the insurance company paid
9  the majority of them.
10    Q.  Okay.  And if there were any co-pays or
11  patient payments, you or your husband would have
12  paid those?
13    A.  Yes.
14    Q.  Okay.  I'm next going to show you what
15  we'll mark as Deposition Exhibit No. 2.
16      (Whereupon, Exhibit No. 2 was marked for
17  identification.)
18  BY MS. SHELKE:
19    Q.  And this is a copy of the e-mail that --
20  you had an e-mail exchange with Frontier Airlines --
21    A.  Correct.
22    Q.  -- with respect to this incident.  You
23  forwarded it to your attorney, who then produced it
24  to us.
25      MS. SHELKE:  Brian, I did not bring



EXHIBIT C

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

102..105

Page 102

1  copies, but I'll show it to you before I show it to
2  Ms. Newport.
3          MR. HOGAN: It's okay. I did bring
4  a --
5          MS. SHELKE: It's not bates numbered
6  but it's just the two e-mails.
7          MR. HOGAN: Okay.
8  BY MS. SHELKE:
9      Q. Okay. So you -- did you fill out some
10  sort of customer -- well, sorry, go ahead and take a
11  look at it to make sure we know what we're talking
12  about.
13      A. Yes, I do know.
14      Q. Okay. So you returned home from this
15  incident and then you contacted Frontier Airlines to
16  let them know there had been an incident; is that
17  correct?
18      A. That is correct.
19      Q. Okay. And did you send them an e-mail?
20  Or fill out an online form? Do you recall what you
21  did?
22      A. I would think that they had something on a
23  form that you -- if you had an issue.
24      Q. Okay.
25      A. On the flight.

Page 103

1      Q. Okay. And if you'll turn to Page No. 2,
2  there's a paragraph. Would you be able to read that
3  for the record for us?
4      A. Okay. I requested a hot tea as a
5  beverage. I was given a cup of hot water --
6          THE COURT REPORTER: You've got to
7  slow down a little bit.
8          THE WITNESS: I'm sorry.
9          THE COURT REPORTER: It's okay.
10          THE WITNESS: "I requested hot tea as
11  a beverage. I was given a cup of hot water, a
12  tea bag packet, and a sugar packet.
13      "   I removed the lid of the cup to place the
14  tea bag and sugar in the cup and before I got
15  the lid on, turbulence brought the plane and
16  threw the cup filled with scalding hot water
17  into my lap.
18      "   I have severe burns and blisters, mainly
19  on my left leg, from up -- from my -- above my
20  knee and wrapping the side of my legs to the
21  middle of my leg to the top of my right inner
22  thigh.
23      "   I had to sit for hours in pain on the
24  flight. Flight attendant was very nice and
25  concerned and checked me and I told her that I

Page 104

1  was in a lot of pain, but I would live. My
2  pants were wet for the entire flight.
3      "   I was not able to see the severity of the
4  burns until I arrived home, but could feel the
5  pain. I have taken pictures."
6      Q. Okay. And then Frontier Airlines
7  responded to your e-mail, correct?
8      A. Correct.
9      Q. Okay. And that incident, as you read
10  today, is the same incident that we talked about?
11      A. Correct.
12      Q. Okay. When you sent this e-mail to
13  Frontier Airlines, what were you looking for them to
14  do?
15      A. Well, I felt they were negligent serving
16  such hot water and wanted to let them know of my
17  flight experience and the way that I was treated,
18  that I received no kind of treatment.
19      Q. Okay.
20      A. So I was upset with my flight --
21      Q. Uh-huh.
22      A. -- and the fact that I, you know, had
23  scalding hot water on me.
24          MS. SHELKE: Okay. I think that's
25  all the questions that I have.

Page 105

1          CROSS-EXAMINATION
2  BY MR. HOGAN:
3      Q. All right. Have you answered the
4  questions to the best of your memory today?
5      A. To the best of my memory, yes.
6          MR. HOGAN: I have no other
7  questions. We're going to waive reading.
8          THE VIDEOGRAPHER: The time is 11:58.
9  Off record.
10          THE COURT REPORTER: Would you like
11  to order the transcript?
12          MS. SHELKE: Yes, please, and a copy
13  of the video as well. Could we do E-tran with
14  exhibits linked?
15          THE COURT REPORTER: Yes, ma'am.
16  And would you like a copy, sir?
17          MR. HOGAN: I'm going to hold off
18  right now.
19          THE COURT REPORTER: Okay.
20          MR. HOGAN: On both. I'll let you
21  know.
22          THE COURT REPORTER: Perfect. Thank
23  you.
24
25



Orange Legal
800-275-7991

EXHIBIT C

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT                                                                    106..107

Page 106

```
 1              CERTIFICATE OF OATH
 2
 3    STATE OF FLORIDA:
 4    COUNTY OF MARION:
 5
 6         I, Beth Bunn, Notary Public, State of Florida,
 7    do hereby certify that VANESSA NEWPORT personally
 8    appeared before me on November 13, 2018 and was duly
 9    sworn and produced a Florida driver's license as
10    identification.
11         Signed this 26th day of November, 2018.
12
13
14
15
16              Beth Bunn
                Beth Bunn, RPR
17              Registered Professional Reporter
                Notary Public, State of Florida
18              My Commission No.: 952300
                Expires: 1/25/2020
19
20
21
22
23
24
25
```

Page 107

```
 1              CERTIFICATE OF REPORTER
 2
 3    STATE OF FLORIDA:
 4    COUNTY OF MARION:
 5
 6         I, Beth Bunn, Notary Public, State of Florida,
 7    certify that I was authorized to and did
 8    stenographically report the deposition of VANESSA
 9    NEWPORT; that a review of the transcript was not
10    requested; and that the foregoing transcript, pages
11    05 through 105, is a true and accurate record of my
12    stenographic notes.
13         I further certify that I am not a relative,
14    employee, or attorney, or counsel of any of the
15    parties, nor am I a relative or employee of any of
16    the parties' attorneys or counsel connected with the
17    action, nor am I financially interested in the
18    action.
19
20         DATED this 26th day of November, 2018.
21
22
23    Beth Bunn
24
      Beth Bunn
25
```



**Orange Legal**
**800-275-7991**

**EXHIBIT C**