UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VANESSA NEWPORT,

       *Plaintiff*,

v.                                               Case No.: 6:18-cv-00536-Orl 18GJK

FRONTIER AIRLINES, INC.,              Honorable G. Kendall Sharp
                                                           Magistrate Judge Karla R. Spaulding

       *Defendant*.
_____/

## DECLARATION OF RAVI KOTI, M.D.

I, Dr. RAVI KOTI, declare and state:

    1. I am a medical doctor, board certified medical oncologist, and board certified hematologist;

    2. I am affiliated with Ocala Regional Medical Center, West Marion Community Hospital, and Munroe Regional Medical Center;

    3. This declaration is based on my personal knowledge and/or information contained in medical records that I have reviewed;

    4. The answers provided below are based on my personal knowledge and/or information contained in medical records I reviewed;

    5. Any opinions below are based on a reasonable degree of medical certainty;

    6. A copy of my curriculum vitae is attached to this Declaration;

    7. A copy of my treatment records (CFCBC 001-066) of Vanessa Newport is also attached to this Declaration;

    8. I provide the following answers to the questions presented:

    a)    *Did you treat Ms. Newport on March 17, 2016, March 24, 2016, May 12, 2016, August 10, 2016, November 17, 2016 and August 1, 2017?*

**ANSWER:**    Yes.

    b)     *For what condition did you treat Ms. Newport on March 17, 2016?*

**ANSWER:**     **Left femoral deep vein thrombosis.**

    c)     *Have you treated Ms. Newport since August 1, 2017?*

**ANSWER:**     **No.**

    d)     *Does Ms. Newport have any future appointments currently scheduled with you?*

**ANSWER:**     **No.**

    e)     *Do you have any knowledge of an alleged hot water spill on February 14, 2016, onboard Frontier Airlines Flight 1220, Las Vegas, Nevada to Orlando, Florida, other than what Ms. Newport may have told you?*

**ANSWER:**     **No.**

    f)     *What were the results of the March 16, 2016 ultrasound of Ms. Newport's bilateral lower limbs? (See CFCBC 011)*

**ANSWER:**     **As per my consultation note of March 17, 2016, the ultrasound of March 16, 2016, showed left femoral deep vein thrombosis.**

    g)     *Did a repeat ultrasound on March 22, 2016 of Ms. Newport's left lower extremity show no evidence of deep vein thrombosis ("DVT")? (See CFCBC 009-010)*

**ANSWER:**     **The repeat ultrasound on March 22, 2016, showed no evidence of deep vein thrombosis.**

    h)     *Did a repeat ultrasound on November 9, 2016 of Ms. Newport's left lower extremity show no evidence of DVT? (See CFCBC 048)*

**ANSWER:**     **The repeat ultrasound on November 9, 2016, showed no evidence of deep vein thrombosis.**

    i)     *Did testing ordered by you reveal that Ms. Newport had decreased Antithrombin III ("AT III") activity or AT III deficiency? (See CFCBC 001-066)*

**ANSWER:**     **Yes, it was decreased at 66 with a normal reference rate of 77 - 123.**

**EXHIBIT D**

j) In a record dated March 24, 2016, did you note that "[t]he partial hypercoagulable workup showed some decreased AT III activity?

**ANSWER: Yes.**

k) What is AT III deficiency?

**ANSWER: Lower than normal level of Anti-Thrombin III.**

l) What medical condition(s) can be caused by AT III deficiency?

**ANSWER: Blood clots.**

m) In a record dated March 24, 2016, did you note that the plan was for Ms. Newport to treat with anticoagulation medication for six months? (See CFCBC 015-024)

**ANSWER: Yes.**

n) Is anticoagulant medicine used in patients to prevent blood clots from forming in the veins, arteries, heart, and brain of a patient?

**ANSWER: Yes.**

o) Are you aware of Ms. Newport ever having been diagnosed with DVT after March 16, 2016?

**ANSWER: No.**

p) Did you note in your August 10, 2016, November 17, 2016 and August 1, 2017, treatment records that you recommended "repeat Antithrombin III activity and further hypercoagulable workup[, b]ut patient refused"? (See CFBC 038-040; CFCBC 055-057; CFCBC 059-061)

**ANSWER: Yes.**

q) What is the purpose of the tests referenced in sub-paragraph 8(p) above?

**ANSWER: To detect abnormalities that could pre-dispose the patient to blood clots.**

r) Do you know what caused Ms. Newport's DVT diagnosed on March 16, 2016?

**ANSWER: I am unable to state the cause with a reasonable degree of medical probability.**

**EXHIBIT D**

    s)    *Have you ever opined that Ms. Newport's DVT diagnosed on March 16, 2016 was caused by the alleged hot water spill on February 14, 2016, onboard Frontier Airlines Flight 1220, Las Vegas, Nevada to Orlando, Florida?*

**ANSWER:** **As per my note of March 17, 2016, she reported decreased activity in the last several weeks, which could have contributed to the DVT, but I am unable to state that this was the cause with a reasonable degree of medical probability.**

I declare under penalty of perjury under the laws of the United States that the foregoing statements and answers to questions are true and correct to the best of my knowledge.

Date: May ___15___, 2019

_____
DR. RAVI KOTI

**EXHIBIT D**