UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VANESSA NEWPORT,

        **Plaintiff,**

v.                                        **Case No:  6:18-cv-536-Orl-18GJK**

FRONTIER AIRLINES, INC.,

        **Defendant.**

_____

## ORDER

This case is before the Court on Defendant's Motion for Summary Judgment (Doc. No. 33), filed on June 7, 2019.  Plaintiff will be allowed until July 10, 2019, to file her responsive memoranda and any materials in opposition to the motion, including affidavits and other documents within the purview of Federal Rules of Civil Procedure 56.  Failure to oppose any motion for summary judgment may result in the entry of a judgment for the movant without further proceedings.  *Milburn v. United States,* 734 F.2d 762, 765 (11th Cir. 1984); See *Griffith v. Wainwright,* 772 F.2d 822, 825 (11th Cir. 1985)(per curiam); Fed.R.Civ.P. 56(e).  Defendant may file a reply brief, not exceeding ten (10) pages, within fourteen (14) days after the response is served.  A hearing will **not** be held on Motion for Summary Judgment.

        **DONE AND ORDERED** at Orlando, Florida, this 10th  day of June, 2019.

S:/ *G. Kendall Sharp*
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record