UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISOIN

VANESSA NEWPORT

CASE NO: 6:18-CV-536-Orl-18GJK

    Plaintiffs,

vs.

FRONTIER AIRLINES, INC.,

    Defendant.
_____/

## PLAINTIFF'S AMENDED WITNESS LIST

COMES NOW the Plaintiff, VANESSA NEWPORT, by and through their undersigned counsel and pursuant to the Amended Order Scheduling Cause for Pre Trial Conference and Jury Trial, dated June 11, 2018, hereby submit the following list of witnesses anticipated to be called during the trial of this case:

1. Vanessa Newport, 625 South East 52 Ct., Ocala, Fl 34471;
2. Jennifer Balitz, 85 Pecan Course Circle, Ocala, FL 34472;
3. Danny Newport, 625 SE 52nd Court, Ocala, FL 34471;
4. Frank H. Mckinney, 1955 SW 87 Place, Ocala, FL 34476.

## CERTIFICATE OF SERVICE

**I CERTIFY** that on this July 30th, 2019, I electronically filed the foregoing with the e-filing portal which will furnish a true and correct copy via e-mail to Tara Shelke from Adler Murphy and McQuillen, LLP, Attorney for Defendant, FRONTIER AIRLINES, INC.

    **/s/ Christina Figueroa**
    CHRISTINA FIGUEROA, ESQ.
    Florida Bar No.: 120248
    Hogan Law, P.A.
    5734 S. Semoran Blvd
    Orlando, FL 32822
    Tel: (407) 377-0700
    Fax: (407) 377-0701
    *Attorneys for Plaintiff*