VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

```
 1                UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
 2                      ORLANDO DIVISION
 3
 4   VANESSA NEWPORT,
 5        Plaintiff,
 6   vs                        Case No.: 6:18-CV-00536-GKS-GJK
 7   FRONTIER AIRLINES, INC.,
 8        Defendant.
 9
     _____/
10
```

11   DEPOSITION OF:       VANESSA NEWPORT

12   DATE:                TUESDAY, NOVEMBER 13, 2018

13   TIME:                10:14 A.M. - 11:59 A.M.

14   PLACE:               ORANGE LEGAL
                          JOHN T. DRISCOLL, CPA
15                        825 SE 3RD AVENUE
                          OCALA, FLORIDA 34471
16
     STENOGRAPHICALLY
17   REPORTED BY:         BETH BUNN, RPR

18

19

20

21

22

23

24

25

ORANGELEGAL

**Orange Legal
800-275-7991**

**EXHIBIT A**

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

2..5

Page 2

```
 1   A P P E A R A N C E S:
 2   BRIAN C. HOGAN, ESQUIRE
     OF:  HOGAN LAW
 3        5734 SOUTH SEMORAN BOULEVARD
          ORLANDO, FLORIDA 32822
 4        (407) 377-0700
          WWW.HOGANPA.COM
 5        APPEARING ON BEHALF OF THE PLAINTIFF
 6   TARA SHELKE, ESQUIRE
     OF:  ADLER MURPHY & MCQUILLEN, LLP
 7        20 SOUTH CLARK STREET
          SUITE 2500
 8        CHICAGO, ILLINOIS 60603
          (312) 345-0700
 9        WWW.AMM-LAW.COM
          APPEARING ON BEHALF OF THE DEFENDANT
10
11   ALSO PRESENT:
12   STEVEN GRESSER - VIDEOGRAPHER
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1                ------
 2          S T I P U L A T I O N S
 3        It is hereby stipulated and agreed by and
 4   between the counsel for the respective parties and
 5   the deponent that the reading and signing of the
 6   deposition transcript be waived.
 7                ------
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1                I N D E X
 2   TESTIMONY OF VANESSA NEWPORT
 3        DIRECT EXAMINATION BY MS. SHELKE.............05
 4        CROSS-EXAMINATION BY MR. HOGAN..............105
 5   CERTIFICATE OF OATH.............................106
 6   CERTIFICATE OF DEPOSITION TRANSCRIPT............107
 7
 8           INDEX OF EXHIBITS
 9   DEFENDANT'S EXHIBITS
10   EXHIBIT 1 - ANSWERS TO INTERROGATORIES..........84
11   EXHIBIT 2 - EMAIL..............................101
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1        P R O C E E D I N G S
 2            *********
 3        THE VIDEOGRAPHER:  Here begins the
 4   videotaped deposition of Vanessa Newport taken in
 5   the matter of Case NO. 6:18-CV-00536-GKS-GJK
 6   entitled Vanessa Newport vs. Frontier Airlines,
 7   Inc., to be heard in the United States District
 8   Court, Middle District of Florida, Orlando.
 9        Deposition is being held at Offices
10   of John Driscoll, CPA, 825 SE 3rd Avenue, Suite 200,
11   Ocala Florida.  Today's date is November 13th, 2018.
12   The time is 10:14 a.m.
13        The Court Reporter is Beth Bunn and
14   the Videographer is Steven Gresser on behalf of
15   Orange Legal.
16        Counsel, please state your
17   appearances and the Court Reporter will swear in the
18   witness.
19        MR. HOGAN:  Brian Hogan for the
20   Plaintiff.
21        MS. SHELKE:  Tara Shelke, and the
22   last name's spelled S-H-E-L-K-E, on behalf of
23   Defendant Frontier Airlines.
24        COURT REPORTER:  Will you raise your
25   right hand, please.
```

ORANGE LEGAL

**Orange Legal
800-275-7991**

**EXHIBIT A**

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

6..9

**Page 6**

1         Do you swear or affirm the evidence
2   that you're about to give will be the truth, the
3   whole truth and nothing but the truth?
4         THE WITNESS:  I do.
5         DIRECT EXAMINATION
6   BY MS. SHELKE:
7   Q.   Would you state your full name, please.
8   A.   Vanessa Renee Newport.
9   Q.   Let the record reflect that this is the
10  deposition of Plaintiff, Vanessa Renee Newport taken
11  pursuant to notice and set for today's date by
12  agreement of the parties.
13        This deposition shall be conducted in
14  accordance with the Federal Rules of Civil Procedure
15  and the local rules of the United States District
16  Court for the Middle District of Florida.
17        Mrs. Newport, my name is Tara Shelke.  I
18  represent the Defendant Frontier Airlines in this
19  matter.  I'm going to be asking you some questions
20  about an incident that occurred on February 14th of
21  2016 on Frontier Flight 1220 from Las Vegas to
22  Florida, which is the subject of your lawsuit
23  against Frontier.
24        Have you ever given a deposition before?
25  A.   Not to my -- that I remember, no.

**Page 7**

1   Q.   Fair enough.  Okay.  A few things to keep
2   in mind through this deposition.  First, we do have
3   a court reporter taking down everything that is said
4   today.  She can only take one person speaking at a
5   time.  So if you'll wait for me to finish my
6   question before you answer, and then I'll be sure to
7   wait for you to finish your answer before I ask you
8   another question.  Okay?
9   A.   Okay.
10  Q.   Second, your answers all do need to be
11  verbal "yes", "no", "I don't know" is fair as well,
12  but things like nods or shrugs, things like "uh-huh"
13  just don't show up too well later on a transcript.
14  Okay?
15  A.   Okay.
16  Q.   If I ask you question and you don't
17  understand it, let me know and I'll ask it
18  differently or rephrase it.  If I ask you a question
19  and you answer it, I'm going to assume you
20  understood the question.  Fair?
21  A.   Fair.
22  Q.   And, finally, if you need to take a break
23  at any time or if you need some water, need to
24  stand, just let me know.  We can take care of that.
25  I only ask that if there is a question pending, you

**Page 8**

1   answer the question before we take the break.  Okay?
2   A.   Okay.
3   Q.   What is your date of birth?
4   A.   February 13th, 1956.
5   Q.   And what is your address?
6   A.   625 SE 52nd Court, Ocala, Florida 34471.
7   Q.   How long have you lived at that address?
8   A.   Since 2002.
9   Q.   Are you married?
10  A.   Yes.
11  Q.   What is your husband's name?
12  A.   Danny.
13  Q.   D-A-N-N-Y?
14  A.   Correct.  K. Newport.
15  Q.   Does Danny Newport live at that address
16  with you?
17  A.   Yes.
18  Q.   Do you and Danny have any children?
19  A.   Yes.
20  Q.   How many children?
21  A.   We have two children that are ours.  I
22  have two other children.  So a total of four.
23  Q.   Okay.  The two children that you and Danny
24  have together, what are their names?
25  A.   Jennifer and Patrick.

**Page 9**

1   Q.   Where does Jennifer live?
2   A.   She lives here in Ocala.
3   Q.   Does she live with you?
4   A.   No.
5   Q.   How old is Jennifer?
6   A.   She's 32.
7   Q.   And where does Patrick live?
8   A.   Orlando.
9   Q.   How old is Patrick?
10  A.   Patrick is 30.
11  Q.   And then you have two other children as
12  well?
13  A.   Yes.
14  Q.   What are their names?
15  A.   Amy Toms.
16  Q.   T-H --
17  A.   T-O-M-S.
18  Q.   T-O-M-S, okay.  And the other child?
19  A.   Gary Toms.
20  Q.   G-A --
21  A.   R-Y.
22  Q.   Where does Amy live?
23  A.   Amy lives in Ocala.
24  Q.   And how old is Amy?
25  A.   Forty-four.

**EXHIBIT A**

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

10..13

Page 10

1   Q.  Where does Gary live?
2   A.  He lives in Las Vegas.
3   Q.  And how old is Gary?
4   A.  Gary's 42.
5   Q.  Is Gary married?
6   A.  Yes.
7   Q.  Does he have any children?
8   A.  Yes.
9   Q.  How many children?
10  A.  One.
11  Q.  What is your highest level of education?
12  A.  I graduated from high school and had some
13  college.
14  Q.  Where did you attend college?
15  A.  Locally, here in Ocala.
16  Q.  Was it a community college?
17  A.  Yes, ma'am.
18  Q.  And what years would you have attended
19  community college?
20  A.  About -- probably about 30 years ago.
21  Q.  Okay.  So roughly 1980s?
22  A.  That would be correct.
23  Q.  And what sorts of classes did you take?
24  A.  I took English, Astronomy, Psychology.
25  Seems like I took something else, but I'm -- I don't

Page 11

1   recollect.
2   Q.  Okay.  Any other education beyond high
3   school and the college classes we discussed?
4   A.  No.
5   Q.  Are you currently employed?
6   A.  Yes.
7   Q.  Where do you work?
8   A.  Solar, S-O-L-A-R, Shield Industries, Inc.
9   Q.  What is Solar Shield Industries, Inc.?
10  A.  A metal roof company.
11  Q.  And what do you do there?
12  A.  I'm the office manager.
13  Q.  As the office manager, what do you do
14  there?
15  A.  Well, I actually pretty much am a girl
16  Friday.  I do the bookkeeping.  I answer the phones.
17  I do the payroll, payroll and taxes and permitting
18  and, you know, a lot more stuff.
19  Q.  How many employees, roughly, does Solar
20  Shield Industries have?
21  A.  It has an average of ten or less --
22  Q.  Okay.
23  A.  -- typically, and right now it's less.
24  Q.  Okay.  How long have you worked for Solar
25  Shield?

Page 12

1   A.  For about ten years.
2   Q.  Have you been the office manager the
3   entire time?
4   A.  No.
5   Q.  What were you --
6   A.  But --
7   Q.  -- before you were the office manager?
8   A.  Prior to that, I just came in and did some
9   -- did the bookkeeping.
10  Q.  Okay.
11  A.  And since 2011, I've been the office
12  manager.
13  Q.  Nice.  So in February of 2016, you would
14  have been working at Solar Shield Industries as the
15  office manager.
16  A.  Correct.
17  Q.  At Solar Shield Industries, is it a
18  nine-to-five type position?
19  A.  Yes.  I usually get in earlier, like,
20  seven to four.
21  Q.  Okay.
22  A.  Yes.
23  Q.  And do you work Monday through Friday?
24  A.  Yes.
25  Q.  And on a typical day at the office, are

Page 13

1   you in a cubicle?  Or in the office?  Or at a desk?
2   A.  An office and a desk.
3   Q.  Okay.  And is most of your work done at a
4   computer?
5   A.  Correct.
6   Q.  How far is your office from your house?
7   A.  I believe it's about three and a half to
8   four miles.
9   Q.  Do you drive yourself?
10  A.  Yes.
11  Q.  Have you ever worked in a food service
12  position?
13  A.  I did work at McDonalds.
14  Q.  When?
15  A.  As a teenager.
16  Q.  Okay.
17  A.  In high school.
18  Q.  For roughly how long did you work at
19  McDonalds?
20  A.  I would say that -- six months to a year.
21  It's a long time.  I don't really recollect.
22  Q.  That's fair.
23  Has your husband Danny ever worked in food
24  service?
25  A.  No.

ORANGELEGAL

Orange Legal
800-275-7991

EXHIBIT A

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

14..17

Page 14

1    Q.   Have any of the four children, Jennifer,
2  Patrick, Gary, or Amy ever worked in food service?
3    A.  Patrick worked in food service.
4    Q.   Where did he work?
5    A.  Carraba's.
6    Q.   Do you recall roughly when?
7    A.  I would say that -- I wouldn't really know
8  exactly when.  It was probably just before he got
9  out of college and a little bit after.
10   Q.   Okay.  But -- so about ten plus years or
11  so.
12   A.  Yeah.
13   Q.   Okay.  When you're not working, what do
14  you do?
15   A.  Well, I spend a lot of time with my
16  grandsons.
17   Q.   How old are your grandsons?
18   A.  They're twins.  They're three.
19   Q.   And are these Jennifer's children?
20   A.  They are Jennifer's children, her only
21  children.
22   Q.   Okay.  What do you do?
23   A.  Just activities with the children.  I'm
24  very family oriented and that's pretty much what I
25  do.

Page 15

1    Q.   Okay.  So --
2    A.  So local activities.  We went to Ocala
3  Days -- Ocali Days this weekend.
4    Q.   Okay.  And that's a fair or something like
5  that?
6    A.  It's -- actually Ocala was Ocali and you
7  go and you see old houses and they have things set
8  up for the kids to do to see what they did back
9  before they had air conditioning and you, know.
10   Q.   Yeah.
11   A.  And they get to show them how to make --
12  they make syrup and all kinds of stuff.  So it's
13  really interesting, educational.
14   Q.   Oh, very fun.  Since the twins are three,
15  they would have been born roughly three years ago,
16  so after this incident; is that correct?
17   A.  They -- it's hard to believe, yes.
18   Q.   Okay.
19   A.  They were born in 2015, October 1st.
20   Q.   Okay.  Does Jennifer have any children --
21  oh, Jennifer has the two boys.
22   A.  Amy has no children.
23   Q.   No children.  And Patrick?
24   A.  Has no children.  He's engaged.
25   Q.   When you're hanging out with the twin

Page 16

1  boys, do you tend to drive them around as well?
2    A.  I don't really drive the twins around too
3  much.  It's more my husband and I when we pick them
4  up.  But mainly they come and visit us.
5    Q.   Okay.  Are you a member of a gym?
6    A.  No.
7    Q.   What do you do for exercise?
8    A.  Well, I run around with twin boys.  I
9  don't have specifically any exercise.  I like to
10  walk.
11   Q.   When you say "walk", is that something you
12  and Danny will do together?
13   A.  We have done that together.  I have walked
14  with friends.  So I'm, you know -- and, like I said,
15  with working five days a week and we have weekends,
16  we do a lot of activities with the children that all
17  require walking, too.
18   Q.   Okay.
19   A.  And, plus, they come and we live on
20  property and exercise, running around with them.
21   Q.   Nice.  When the twins were younger, so
22  either, you know, still in strollers and that sort
23  of thing, what would you do for exercise then?
24   A.  Some walking and -- you know, I get out
25  and about.  I'm not a gym person.

Page 17

1    Q.   Fair enough.  Now, in February of 2016,
2  you took a trip to Las Vegas, correct?
3    A.  Correct.
4    Q.   And what was the occasion for that trip?
5    A.  It was for my 60th birthday.
6    Q.   And you were going to go visit Gary?
7    A.  Yes.
8    Q.   Were you going to stay with Gary?
9    A.  Yes.  He treated me for my 60th birthday.
10   Q.   Very nice.  How did you come to --
11   A.  I have to get up.
12   Q.   Oh, absolutely.
13   A.  I apologize.  I'll just stand a couple
14  minutes.
15   Q.   Okay.
16        MS. SHELKE:  Is that fine on the
17  camera?
18        THE VIDEOGRAPHER:  (Shaking head
19  yes.)
20        MS. SHELKE:  Okay.  Don't get caught
21  in the wires.
22  BY MS. SHELKE:
23   Q.   How did you come to fly with Frontier
24  Airlines?
25   A.  My son purchased a ticket for me.

ORANGELEGAL

Orange Legal
800-275-7991

**EXHIBIT A**

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

18..21

Page 18

1    Q.   Okay.  Had you flown Frontier Airlines
2  before this particular trip?
3    A.   I don't think so.
4    Q.   Have you flown Frontier Airlines since
5  this trip?
6    A.   No.
7    Q.   Did you fly out to Las Vegas and back with
8  anyone?
9    A.   No.
10    Q.   Before this trip in February of 2016, how
11  often would you go out to Las Vegas?
12    A.   I never went to Las Vegas prior to my son
13  moving there.
14    Q.   When --
15    A.   That was my first trip.
16    Q.   Okay.  When did he move out there?
17    A.   I would say most likely 2015.
18    Q.   Since this particular trip in February of
19  2016, have you been back out to Las Vegas?
20    A.   I did go my birthday 2017.
21    Q.   Okay.  Did you also go in 2018 for your
22  birthday?
23    A.   No.
24    Q.   And for this particular trip, I understand
25  you flew out on a Thursday and came home on a

Page 19

1  Sunday; does that sound about right?
2    A.   I do believe so.
3    Q.   And then the incident that is the subject
4  of this lawsuit occurred on the return flight,
5  correct?
6    A.   Correct.
7    Q.   On the morning of February 14th, how were
8  you feeling?
9    A.   I had, like, a cold, you know, runny nose,
10  congestion, sore throat.
11    Q.   Never the best conditions to fly.
12        Had you woken up with the runny nose, sore
13  throat, congestion?
14    A.   I actually did, just prior to flying, got
15  a little bit of cold-like symptoms prior to leaving
16  for my -- my trip.
17    Q.   Okay.  So this would have been late
18  Wednesday or sometime on Thursday?
19    A.   Correct.
20    Q.   Okay.  On the morning of Sunday, February
21  14th, 2016, do you recall what the weather was in
22  Las Vegas before you left?
23    A.   On which date?
24    Q.   Sunday, February 14th.
25    A.   No.

Page 20

1    Q.   On the same day, Sunday, February 14th.
2    A.   Oh, the day that I came back?
3    Q.   Correct.
4    A.   It was cool, but it was not really cold;
5  probably high 50s, around 60, but I -- I'm not sure.
6    Q.   That's fair.
7        Same question with respect to the weather
8  in Orlando.  Do you know what it was on that Sunday?
9    A.   I think that they had about average
10  temperatures, about the same or a little warmer in
11  Orlando.
12    Q.   Now, since you live in Ocala, when you are
13  flying somewhere, do you always fly in and out of
14  Orlando?
15    A.   Yes.
16    Q.   For that particular trip, when you were
17  coming home, do you recall if you had checked
18  luggage?  Or if you only had a carry-on bag?
19    A.   I want to say I had checked luggage.  I'm
20  not positive.
21    Q.   Okay.  Do you recall what you were wearing
22  for that return trip home?
23    A.   I had a pair of black slacks that were
24  soft material.  I had a white shirt and I had a, I
25  think, a little bit of a sweater or something over

Page 21

1  that.
2    Q.   For that return flight home, do you recall
3  what you brought with you for entertainment:  A
4  book?  A magazine?  Work?
5    A.   I do believe I did a book.  I could have
6  also travelled with my iPad Mini.
7    Q.   Okay.  And for that return flight home on
8  Sunday, February 14th, do you recall what your seat
9  number was?
10    A.   No.
11    Q.   Do you recall if it was an aisle, window,
12  or middle seat?
13    A.   Well, I have to sit close because I'm
14  claustrophobic.  So it would be towards the front
15  and I want to say it was an aisle seat.
16    Q.   So since you're claustrophobic, do you
17  always call the airline and ask for a seat as close
18  to the front?
19    A.   Usually, they let you purchase the seat
20  for additional money.
21    Q.   Okay.  Is that what you recall you would
22  have done here?
23    A.   Yes.
24    Q.   Okay.
25    A.   But I'm not positive.

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

22..25

Page 22

1    Q.   Okay.  So to the best of your
2  recollection, you were in an aisle seat, correct?
3    A.   Correct.
4    Q.   Was there a passenger in both the middle
5  seat and the window seat next to you?
6    A.   Yes.
7    Q.   Were these passengers to your right or to
8  your left?
9    A.   To my left.
10    Q.   Okay.  Do you recall whether they were a
11  male and a female?  Two women?  Two men?
12    A.   The male was beside me, I believe, and the
13  woman was by the window.
14    Q.   Were they a couple, to the best of your
15  knowledge?
16    A.   Yes.
17    Q.   Do you know their names?
18    A.   No.
19    Q.   When you first came to your seat, did you
20  end up chatting with this couple?
21    A.   Not really, no.
22    Q.   Do you know who was sitting across the
23  aisle from you to your right in the three seats?
24    A.   No.
25    Q.   Do you recall anything in particular about

Page 23

1  the boarding process?
2    A.   The -- pardon?
3    Q.   Boarding.  As you were boarding the
4  aircraft, anything stand out?
5    A.   No.
6    Q.   How about the flight attendants?
7    A.   I remember the one, yes.
8    Q.   Okay.  When you say "the one", what are
9  you referring to?
10    A.   To the one who brought the beverage cart
11  and served me and checked on me.
12    Q.   Okay.  But before the incident, before the
13  beverage cart arrives at the aisle near you,
14  anything about the flight attendant stand out in
15  particular?
16    A.   No.
17    Q.   Okay.  The same with respect to any
18  announcements in that early portion of the flight,
19  from the time you boarded until the time of the
20  incident?
21    A.   I remember them, yes.
22    Q.   Okay.  What kinds of announcements were
23  they?
24    A.   Well, we had to stay in our seat.  We did,
25  in the beginning of the trip, have turbulence; and

Page 24

1  the usual how to put your mask and all the safety --
2    Q.   Okay.  When you say "stay in your seat",
3  is that --
4    A.   Seat belt on.
5    Q.   Okay.  And that would have been until the
6  aircraft reached cruising altitude?
7    A.   And a little longer, I do believe.
8    Q.   Okay.  And when you say "a little longer",
9  is was because the aircraft had encountered some
10  turbulence?
11    A.   Correct.  For safety, yes.
12    Q.   Okay.  What kind of turbulence was it?
13    A.   Just typical what you have on an airline.
14    Q.   Okay.
15    A.   A little bit bumpy.
16    Q.   So a little bit bumpy, not something that
17  people are getting thrown out of their seats?
18    A.   No.
19    Q.   Okay.  The kind where there's a little bit
20  of a strain against the seat belt possibly?
21    A.   I couldn't tell you.  I'm sorry.
22    Q.   Okay.  But if you had an item on the tray
23  table or something, it's not flying across the
24  cabin, correct?
25    A.   No.

Page 25

1    Q.   Okay.  During that time, everybody was
2  asked to remain seated, correct?
3    A.   Correct.
4    Q.   Even including the flight attendants?
5    A.   I believe so; not for sure.
6    Q.   Okay.  Do you have an idea of how long the
7  turbulence lasted?
8    A.   No.
9    Q.   But at some point, the aircraft came out
10  of turbulence and it was smooth sailing, correct?
11    A.   It was -- they said, Now you can get --
12  you know, release your seat belts, go to the
13  bathroom and stuff, yes.
14    Q.   Okay.  And beverage service only began
15  after that announcement was made --
16    A.   After that announcement, yes.
17    Q.   Okay.  Do you have an idea of how long you
18  were in flight before that announcement was made?
19  Half hour?  Forty-five minutes?
20    A.   I didn't time it.  I'm sorry.
21    Q.   Okay.  After that announcement was made
22  but before this incident, did you get up to use the
23  lavatory?
24    A.   No.
25    Q.   When the flight attendant started beverage

ORANGELEGAL

Orange Legal
800-275-7991

EXHIBIT A

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

26..29

Page 26

1  service, did they start from the front of the
2  aircraft and work their way back?
3      A.  Correct.
4      Q.  Okay.
5      A.  To the best of my knowledge.
6      Q.  Okay.  During the time that you remember
7  the flight attendant serving beverages, before they
8  reached your seat, were there -- was there any
9  turbulence in that time?
10     A.  I don't know that.  I couldn't remember
11  that --
12     Q.  Okay.
13     A.  -- specifically.
14     Q.  Were there any announcements to the best
15  of your recollection about turbulence during that
16  time?
17     A.  Not that I remember, no.
18     Q.  Okay.  And then the next thing that
19  happened is the beverage cart arrives near you,
20  correct?
21     A.  Correct.
22     Q.  Was it one flight attendant?  Or two?
23     A.  I believe there was two.
24     Q.  Okay.  Were they women?  Or men?  Or both?
25     A.  Women, I believe.

Page 27

1      Q.  Okay.  Do you happen to know either of
2  their names?
3      A.  No.
4      Q.  Tell me about it.  So they asked you what
5  kind of beverage you would like?
6      A.  Correct.
7      Q.  What did you ask for?
8      A.  I asked for hot tea.  I didn't feel well.
9  I wanted to get something to soothe my throat.
10     Q.  Did they ask you how many creams or sugars
11  you'd like with that?
12     A.  They asked me did I want sugar and I said,
13  yes.  I don't believe I wanted cream.
14     Q.  Okay.  And then what were you given?
15     A.  Well, I was expecting them to, you know,
16  put my sugar in and my tea bag and hand it to me,
17  but they didn't.  They handed me a cup with a lid on
18  it with a tea bag on the side that I had to open and
19  the sugar.  And I've never had to do that before.
20     Q.  So you've been on other airplanes where
21  you've asked for tea?
22     A.  I usually always get coffee.
23     Q.  Okay.
24     A.  I got the tea because I didn't feel well.
25  I just thought it would soothe me.

Page 28

1      Q.  When you take your coffee, do you take it
2  black?
3      A.  Yes.
4      Q.  Okay.  Do you put sugar in your coffee?
5      A.  No, never.
6      Q.  So you were served a cup that was closed
7  with a lid.  And on the side, you were given a tea
8  bag still in the paper wrapping?
9      A.  Correct.
10     Q.  And sugar in a little packet?
11     A.  Correct, yes.
12     Q.  Were you given a little plastic cup to
13  dispose of the items?
14     A.  Not to my recollection.  I don't remember
15  that.  I'm sorry.
16     Q.  Okay.  Were you given a cup -- a stirrer,
17  cocktail stirrer?
18     A.  I don't remember that either, but I would
19  think.  But I don't remember.
20     Q.  Okay.  Now, did the flight attendant hand
21  the item to you?  Or did she place it on your tray
22  table?
23     A.  She handed it to me as far as I know.
24     Q.  Okay.  And so before you accepted the
25  beverage, you had already moved your tray table

Page 29

1  down, correct?
2      A.  Correct.
3      Q.  Okay.  And did you place the cup in the
4  drink holder on the tray table?  Or on the tray
5  table itself?
6      A.  I believe I put it on the drink holder.
7      Q.  And the cup itself was closed with a
8  plastic lid that you could drink from, correct?
9      A.  Correct.
10     Q.  Was the cup double cupped?  Or did it have
11  a cardboard sleeve around it?
12     A.  No, it was just a single cup.
13     Q.  Was it hot to touch?
14     A.  It was, like, an insulated, like, that you
15  couldn't really -- I really didn't pay attention.
16     Q.  Okay.
17     A.  I didn't remember feeling heat.
18     Q.  Okay.  What's the next thing that happens
19  after you take the cup and you place it on your tray
20  table?
21     A.  Well, I have to remove the lid.  And I
22  remember that I removed the lid and then something
23  jerked and then it just -- I lost control of it and
24  it came, you know, flying and pouring into my lap.
25     Q.  Okay.  When you say "something jerked",



Orange Legal
800-275-7991

**EXHIBIT A**

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

30..33

Page 30

1  you think it was the aircraft itself?
2      A.  Yes.
3      Q.  Okay.
4      A.  Like, turbulence, I believe.
5      Q.  Okay.  What happened when the hot water
6  spilled on you?
7      A.  It was the most horrible pain I've ever
8  felt in my life and I made a groan and the, you
9  know, the stewardess then tried to get some paper
10  towels and she was trying to blot them.  But I was
11  sitting in water that excruciating pain and I had to
12  ask her to stop, that she's burning me up.  I had to
13  undo my seatbelt and get out, which I did.
14      Q.  So you were still in your seat with the
15  tray table down and she was reaching in between --
16      A.  She was doing -- yeah, she was worried
17  more about that I got wet.
18      Q.  Okay.  Okay.
19      A.  And I was more worried that, you know,
20  that I was literally sitting in extremely hot water.
21      Q.  So the water fell onto your lap?  Or did
22  it fall between your legs?
23      A.  It came and the cup scooted.  It hit my
24  leg, went down the side, and the water just poured
25  into my lap.

Page 31

1      Q.  When you say it "hit your leg," did it hit
2  your left leg?  Or your right?
3      A.  Left.
4      Q.  Okay.  And then it just poured down --
5      A.  Yes.
6      Q.  -- in front of you?
7      A.  I couldn't, you know -- I was, like, in
8  shock, couldn't, you know --
9      Q.  React in time?
10      A.  Well, I -- yes, and I just -- I don't
11  remember exactly.  It just seems like a blur, but it
12  just -- I remember the excruciating pain and that it
13  was the worst -- I just can't even explain how hot
14  that water was.
15      Q.  When this happened -- so the flight
16  attendant had already given you your beverage and
17  maybe serving somebody else at the time?
18      A.  I think that she was moving on, but she
19  did come back.  But like I told you, after the pain
20  and the hot water, there's a lot of cloudiness,
21  like, I was, like, in shock.  I wish I could give
22  you more details, but I can't.
23          I do know that I had to ask her to stop,
24  to let me get out of my seat belt.
25      Q.  So she came in with paper towels and

Page 32

1  napkins?
2      A.  Yes.
3      Q.  Okay.  Once you got out of your seat, what
4  did you do?
5      A.  She -- we -- she blotted up as much water
6  as she could and everything.
7      Q.  From your clothing?
8      A.  From the seat.
9      Q.  Okay.
10      A.  Because it was a lot of water.
11      Q.  While the flight attendant was mopping up
12  your, seat what were you doing?  Were you standing
13  next to her in the aisle.
14      A.  I was standing up in front of, you know,
15  my seat, the tray was up and I was standing there,
16  yes.
17      Q.  Okay.  After the flight attendant cleaned
18  up your seat, what happened next?
19      A.  I sat down.
20      Q.  Okay.  You didn't -- did you at any time
21  after that go to the lavatory?
22      A.  No.
23      Q.  Okay.
24      A.  I had soaking wet clothes and basically,
25  you know, had been burnt and just did nothing.

Page 33

1  Nobody offered to help me or do anything and I was
2  just in bad pain and shock.
3      Q.  So the flight attendant came and dabbed
4  with you some paper towels?
5      A.  Yes.
6      Q.  Did she leave any more with you so you
7  could clean up further?
8      A.  I don't remember.
9      Q.  Did she give you any ice?
10      A.  No.
11      Q.  Did you ask for any ice?
12      A.  No.
13      Q.  Okay.
14      A.  She didn't offer any kind of assistance at
15  all besides paper towels.
16      Q.  So besides -- after the flight attendant
17  mopped you up, cleaned up your seat, what did she
18  do?
19      A.  Went on with her distributing beverages.
20      Q.  Okay.  And did the flight attendant ever
21  come back to check on you?
22      A.  Yes.
23      Q.  When -- approximately, how much after she
24  cleaned up your seat and left did she come back?
25      A.  She'd done all the beverage carts and was

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

34..37

Page 34

1  coming back by.
2  **Q.  Okay.**
3  A.  All the beverage towards the back.
4  **Q.  And when she came back to check on you,**
5  **what did she say?**
6  A.  She said, "How are you doing?"
7  I said, "I'm in excruciating pain, but I'm
8  going to live," is the comment I made.
9  **Q.  Okay.**
10  A.  I do remember that.
11  **Q.  Okay.  Besides asking you how you're**
12  **doing, did she offer you anything?**
13  A.  Nothing.
14  **Q.  Okay.  Did you, at that second time when**
15  **you told her you were in pain, ask for any ice?**
16  A.  Did I ask?  No.
17  **Q.  Okay.**
18  A.  I've never had a severe burn.  I wouldn't
19  know what would be the appropriate treatment for it.
20  **Q.  Okay.  Did you have any pain killers with**
21  **you, Tylenol or anything, that you may have taken on**
22  **the flight?**
23  A.  No.
24  **Q.  Okay.**
25  A.  I sat there.

Page 35

1  **Q.  Okay.  When this incident happened, to the**
2  **best of your knowledge, did either the passenger --**
3  **the two passengers seated to your left, did they see**
4  **this happen?**
5  A.  The guy -- some water splashed on the guy
6  beside me.  He had a couple spots on his pants leg,
7  his jeans.
8  **Q.  Okay.**
9  A.  He made a comment, "I can't believe how
10  hot that water was."  And he had splashes.
11  **Q.  On his --**
12  A.  Just dots, yes.
13  **Q.  -- pants?**
14  A.  Yes.
15  **Q.  Do you know if the passenger seated next**
16  **to you, the male, was injured in any way?**
17  A.  He never -- only mentioned that he
18  couldn't believe how hot the water was from the
19  couple little splashes that he had.
20  **Q.  Okay.  Apart from the comment about not**
21  **believing how hot the water was, did that passenger**
22  **engage in any conversation with respect to this**
23  **incident?**
24  A.  No.
25  **Q.  Did the passenger in the window engage in**

Page 36

1  any conversation with you with respect to the
2  incident?
3  A.  Not that I can remember, no.
4  **Q.  Okay.  So after the flight attendant**
5  **checked on you and went wherever she went, what did**
6  **you do next?**
7  A.  I sat there the rest of the flight silent.
8  **Q.  Were you still either reading or --**
9  A.  No.
10  **Q.  -- working on your iPad?**
11  A.  No, nothing --
12  **Q.  Okay.**
13  A.  -- that I can remember.
14  **Q.  Did you ever get another beverage?**
15  A.  No.
16  **Q.  Did you get a snack when the flight**
17  **attendant first handed you the cup of water?**
18  A.  Not to my recollection.  But after the
19  burn, I remember basically nothing but sitting
20  there.
21  **Q.  Okay.  Do you happen to know how long you**
22  **sat in the seat?**
23  A.  About four hours.
24  **Q.  So until --**
25  A.  Yes, until the -- the flight was finished.

Page 37

1  **Q.  Apart from the turbulence that caused you**
2  **to spill your drink, was the flight bumpy after that**
3  **at all?**
4  A.  I couldn't tell you.  I'm -- I think I was
5  in shock.  I -- I'm not going to be able to give you
6  details after that.  I'm so sorry.
7  **Q.  That's okay.**
8  **Did your clothing stick to you?**
9  A.  I don't believe my clothing stuck to me.
10  I just sat in a wet, cold seat and I really didn't
11  do anything with my clothing.  I sat there.
12  **Q.  Okay.  So you never -- you never asked to**
13  **be moved to a different seat that --**
14  A.  She said there were no more seats.
15  **Q.  Okay.  And she didn't give you a towel or**
16  **anything to place on your seat?**
17  A.  No.
18  I need to stand up.
19  **Q.  Go ahead.  When you're standing and**
20  **sitting, do you know what causes the discomfort**
21  **today?**
22  A.  On my bottom, it's never healed.
23  **Q.  Okay.**
24  A.  I'm going to need surgery, most likely
25  skin grafting, and I haven't arranged that yet.



**Orange Legal**
**800-275-7991**

EXHIBIT A

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

38..41

Page 38

1    Q.  So standing will alleviate --
2    A.  No. I just -- it -- the seat is kind of
3  rough and it actually causes me some pain.
4    Q.  Okay.
5    A.  It irritates my injuries.
6    Q.  And would this be typical for you when
7  you're at the office that you sit and stand?
8    A.  I do sit and stand, and we worked with
9  several seats to give me the one that I would be
10  most comfortable in.  But, yes, I do get up and walk
11  around and stuff.  I do that every couple of
12  minutes.
13    Q.  And what kind of a seat is it that gives
14  you the most comfort?
15    A.  I have like a -- kind of like a fake
16  leather padded, but it's -- it's, you know, more
17  comfortable than -- like, this is kind of rough.
18  And if it's a hard surface it also causes me
19  discomfort, if it's really not soft.
20    Q.  Okay.  So if it's a softer surface, you're
21  able to sit for longer?
22    A.  Yes.  It's just this is kind of not the
23  best seat I could be sitting in.
24    Q.  Okay.  Now, you've described being in pain
25  and in shock for the remainder of the flight.

Page 39

1    A.  I -- I can -- I don't remember a lot.  I
2  was just basically I believe really in shock.
3    Q.  So really more shock than pain?
4    A.  Well, I -- I know the excruciating pain
5  and I know I had the pain.  But everything kind of
6  -- if you want, like, recollections, they're not
7  quite there.
8    Q.  Okay.  Apart from the one time that one
9  flight attendant checked on you, did that flight
10  attendant check on you anymore?
11    A.  No.
12    Q.  Did any of the other flight attendants
13  check on you?
14    A.  No.
15    Q.  The particular flight attendant that we've
16  been speaking about is the one who also served you
17  your beverage?
18    A.  Correct.
19    Q.  Do you know her name?
20    A.  No.
21    Q.  Would you be able to describe her at all?
22    A.  Not really.  I'm not really good in --
23    Q.  Okay.
24    A.  -- describing people.
25    Q.  Caucasian?  African-American?

Page 40

1    A.  She had darker skin, very attractive.
2    Q.  Okay.  Petite?
3    A.  I don't want to say she was like -- if
4  you're talking about height or -- she, you know, she
5  was of --
6    Q.  Average?
7    A.  -- average.
8    Q.  Okay.  Did you ask for paramedics to meet
9  the flight?
10    A.  No. I had -- I had no idea of anything.
11    Q.  Okay.  So then the flight lands in
12  Orlando, correct?  And you exit the aircraft?
13    A.  Yes.
14    Q.  As you're exiting, do you tell somebody
15  else about this incident; meaning --
16    A.  My husband, but not anyone there.
17    Q.  Okay.
18    A.  I did change my clothing because it was
19  wet.
20    Q.  Okay.  So just sticking with you're
21  exiting the aircraft, you're on a jet bridge moving
22  into the terminal.  Did you tell the captain, the
23  gate agents, any other airline type personnel about
24  this incident?
25    A.  Not that I remember.

Page 41

1    Q.  Okay.
2    A.  All I remember is wanting not to have wet
3  clothing while walking through an airline -- an
4  airport with people seeing me.
5    Q.  Okay.  So -- and at this point, your --
6  your clothes were still wet.  And is it correct that
7  it was your trousers that were wet?
8    A.  Correct.
9    Q.  Was your shirt also wet?
10    A.  Not to my recollection but it could have
11  been.
12    Q.  Okay.  So the majority of the liquid
13  spilled on your lap in between --
14    A.  On my leg and then ran down and, like, hit
15  my leg and then went underneath of me, yes.
16    Q.  Okay.  Did it go between your knees and
17  your ankles?
18    A.  No.
19    Q.  Okay.  So it's concentrated between your
20  lap and your knees; is that fair?
21    A.  It's probably, you know, above my knee and
22  then it went -- the scars are like, you know -- the
23  line of the water going down, it left scars, and
24  then it went underneath.
25    Q.  And when you say "underneath", it's moving

**EXHIBIT A**

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

42..45

Page 42

1   towards your back and towards your bottom?
2       A.  Yes.
3       Q.  Okay.
4       A.  The bottom is where I got it the worst.
5       Q.  Okay.  Did you sustain any burns from your
6   waist up or from your navel up?
7       A.  No.
8       Q.  Were either of your hands burned?
9       A.  No.
10      Q.  Did you have a change of clothing in a bag
11  that was on the aircraft with you, meaning the
12  cabin?
13      A.  Yes.
14      Q.  Okay.  So after you exit the aircraft, you
15  change once you're inside the terminal; is that
16  correct?
17      A.  Yes.
18      Q.  But you did not change while on the
19  aircraft?
20      A.  No.
21      Q.  Okay.  Any reason why you did not change
22  on the aircraft?
23      A.  Well, nobody offered to get my luggage
24  down or offered me any assistance.  And I don't
25  think you can just get in and -- you know, I just

Page 43

1   didn't think to do it.  And, plus, I was, like, in
2   shock.  It's just all the normal things, you know,
3   it just -- nobody assisted me in anything and I just
4   sat there just basically staring blank and --
5       Q.  When you boarded the aircraft, were you
6   able to lift your bag into the overhead bin?
7       A.  No.
8       Q.  Do you recall who assisted you with
9   lifting your bag into the overhead bin when you
10  boarded?
11      A.  Usually one of the flight attendants
12  helped me.
13      Q.  Okay.  You say "usually", but do you have
14  any specific recollection for this flight?
15      A.  I couldn't tell you which one that lifted.
16  It wasn't like something, you know, embedded in my
17  mind.
18      Q.  Okay.  But it would have been a flight
19  attendant and not another passenger?
20      A.  It could have been a passenger.
21      Q.  Okay.  Do you always ask for assistance
22  getting your bag in the overhead bin?
23      A.  Yes.
24      Q.  And the bag, would it have been an
25  overhead -- a suitcase, a roller suitcase?

Page 44

1       A.  I would think that it was a little bit of
2   a roller suitcase, yes.
3       Q.  Okay.  Who assisted you with getting your
4   bag out of the overhead bin when the flight landed
5   in Orlando?
6       A.  I would think another passenger helped me.
7       Q.  Okay.  And you would have asked this
8   person to assist you?
9       A.  Yes, I would have asked, "Would you mind
10  helping me."
11      Q.  Okay.  But during the flight, you didn't
12  think to ask this -- any person to help you?
13      A.  No.  I was basically in shock.
14      Q.  Okay.  So the aircraft lands in Orlando,
15  you exit, and you go to a lavatory to change,
16  correct?
17      A.  Correct.
18      Q.  And you change all your -- what do you
19  change?
20      A.  I changed my pants and my underwear.
21      Q.  Okay.  What did you do next?
22      A.  I went to meet my husband who picked me up
23  at the gate.
24      Q.  Okay.  Did he park and come inside?
25      A.  No.  He parked outside and I walked out.

Page 45

1       Q.  Okay.  So you were able to walk yourself
2   out, take the little train to the main terminal, and
3   then you met your husband out on the street level?
4       A.  I met my husband at the street level, yes.
5       Q.  Okay.  What did you tell him?
6       A.  I told him that I got, you know, hot water
7   and got burnt on the plane.  I can't really tell you
8   a lot of details because they're not there.
9       Q.  That's fair.  I just want to know --
10      A.  I wish I could say that I just remember
11  every -- you know, the conversation and everything
12  but I think I'm more -- did not remember that.
13      Q.  Okay.  No, that's absolutely fair.  When
14  you were walking from the aircraft to the lavatory
15  and out into the street, were you in pain?
16      A.  To be honest with you, it seems like I --
17  I never understood it -- but it was like that I had
18  -- I didn't even know my bottom was burnt.  I've
19  been told it was the degree of the nerve damage, so
20  I did not feel that pain.
21      Q.  Okay.
22      A.  So the -- the burns were so bad that I was
23  very blessed that I didn't feel that pain.
24      Q.  Okay.  So, both in your wet clothes before
25  you changed and in your dry clothes after you



**EXHIBIT A**

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

46..49

Page 46

1  changed, there was no sense of friction between your
2  skin and the clothes?
3     A.  I have no recollection of having any
4  severe pain at that -- that point.
5     Q.  Okay.
6     A.  I did have severe pain, I know, when the
7  water -- but I don't -- it was excruciating pain,
8  but I don't remember any of the pain.  I don't know
9  if I was in shock.  I was explained that there was a
10  degree of nerve damage from the burns, but I don't
11  -- you know, that's all I could tell you.
12     Q.  Okay.  So your husband picked you up and
13  did you go to the hospital -- a hospital in Orlando?
14     A.  No, I did not.
15     Q.  Okay.  He drove you straight home?
16     A.  We did stop and get something to eat.
17     Q.  Okay.  Did you stop and go into a
18  restaurant?
19     A.  Yes.
20     Q.  Do you recall what restaurant?
21     A.  No.
22     Q.  Would it have been fast food or a sit
23  down?
24     A.  It would have been a sit down.
25     Q.  Okay.  When you were changing your clothes

Page 47

1  at the airport, did you have occasion to examine
2  yourself in a mirror?
3     A.  I didn't really -- I probably looked in
4  the mirror, but I'm going to tell you again, there
5  isn't a lot of detailed recollection that I have.
6     Q.  Okay.  And --
7     A.  The day after the burns.
8     Q.  Okay.  Even when you took off your wet
9  pants to put on dry pants, did you examine yourself?
10     A.  I saw that my skin was pink.
11     Q.  Okay.
12     A.  Very bright pink.
13     Q.  Okay.
14     A.  And I did see that.
15     Q.  But there was nothing that you would
16  describe as a blister?
17     A.  They had little blisters there, too, yes.
18     Q.  Okay.  Did you put any Vaseline or cream
19  or anything on your burns before you changed
20  clothes?
21     A.  Not to my recollection did I have any.
22     Q.  Okay.  And you did not stop at a
23  convenient store or anything at the airport to
24  purchase anything?
25     A.  I -- no.

Page 48

1     Q.  Do you recall using the restroom at the
2  restaurant you went to?
3     A.  No.
4     Q.  Do you recall what time you would have
5  finally gotten home?
6     A.  It's about an hour and 45 minute trip, so
7  it was probably, like, 9 o'clock or later.  I -- I
8  don't know.
9     Q.  Okay.
10     A.  That -- that's a guess.
11     Q.  Fair enough.
12     A.  I'm sorry.
13     Q.  Once you got home, did you take off your
14  clothes and examine yourself?
15     A.  I did.
16     Q.  Okay.
17     A.  I saw my leg.  At this time, I had no idea
18  that I had the -- the issue on my bottom.  But my
19  leg was pink and had little blisters all over it.
20     Q.  And when you say "leg", is it your left or
21  your right?
22     A.  My left.
23     Q.  So once you got home on the day of the
24  incident, your left leg was pink and was starting to
25  blister or had blisters?

Page 49

1     A.  Had little blisters, little tiny blisters
2  all over it, yes.
3     Q.  Was this between your knee and your --
4  your waist?
5     A.  It's actually -- it's above my knee and it
6  goes -- it was quite a big area, so it was probably
7  four inches above my knee and then it was about a
8  four- or five-inch span of pink skin or more.
9     Q.  And when you say "four- or five-inch
10  span", is it sort of circular?
11     A.  It's -- no, it was all the way -- it was
12  across and down the side of my leg.
13     Q.  Okay.  And you never turned around to see
14  what the back looked like?
15     A.  No.  And if you know where my burns are,
16  you saw the pictures, there'd be no way I'd be able
17  to see them even if I looked.
18     Q.  Okay.
19     A.  It's like underneath of me.
20     Q.  Uh-huh.  Okay.  Once you got home, did you
21  do anything in terms of medical or self care;
22  meaning ice, cream, Vaseline, anything like that?
23     A.  To tell you the truth, I don't have a
24  recollection of a lot.  I do remember looking at my
25  pants.  I did remember that I tried to look up about



**EXHIBIT A**

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

Page 50

1  burns.  And there is a possibility that I did
2  something that isn't -- you know, would be best.
3  The next day I did get ointments and stuff as I read
4  on the internet that I should.
5      Q.  And when you say "the internet", probably
6  Web MD or something like that?
7      A.  Correct.
8      Q.  Okay.  And the next day was a Monday, I
9  believe?
10     A.  I believe so.
11     Q.  Okay.  When you say "ointments", do you
12  happen to know what you would have gotten?
13     A.  I would have actually gotten burn
14  ointments --
15     Q.  Okay.
16     A.  -- gauze.  Did follow the directions of --
17  you know, I had no idea of what I was going through.
18  And the pain wasn't really there at that time.
19     Q.  Okay.  So the night that you returned
20  home, Sunday night, did you have any trouble
21  sleeping?  Were you in pain?
22     A.  I think that I was traumatized and I don't
23  think that I had a little bit of fear and I don't
24  think I had a good night's sleep.
25     Q.  Okay.  Would you have gone on the internet

Page 51

1  to look up burn treatment that night?  Or the
2  following morning?
3      A.  That night, yes.
4      Q.  Okay.  Did you go back out to the pharmacy
5  that night to buy --
6      A.  No.
7      Q.  Okay.  So the next morning, would you have
8  gone to the pharmacy before going to work?
9      A.  I don't remember.  I did go the next day.
10  As best as I know, I got something for it, yes.
11     Q.  Okay.  So the items that you got, you got
12  the burn cream, gauze, et cetera, you started using
13  those at some point after the accident, correct?
14     A.  Correct.
15     Q.  Did they offer any relief?
16     A.  I -- for some reason, I didn't experience
17  a lot of pain.  I was explained that was from nerve
18  damage, the severity of the burn.  So I just
19  remember that, you know, I did what it said.  I was
20  protecting my body.  I had no idea of the severity of
21  what I -- had happened.
22     Q.  Okay.  So as I understand it from your
23  medical records, the first medical treatment that
24  you received from a doctor for this incident was on
25  Wednesday, February 24th; does that sound correct?

Page 52

1      A.  That is correct.
2      Q.  Okay.  What was it that led to you going
3  to the doctor that day?
4      A.  Because I was -- although I was buying the
5  ointment, the burn treatment stuff, I wasn't seeing,
6  you know, the -- I saw what I was reading was a
7  healing process going on, but it alarmed me and I
8  thought that by this time that it was out of -- I
9  should have it looked at.
10     Q.  Okay.  Between the day of the incident,
11  February 14th, and when you went to the doctor on
12  February 24th, the burns that were visible to you on
13  your left leg, had the blisters subsided?
14     A.  I don't remember.  I do believe they were
15  to what is -- from there and going to the doctor, they
16  had -- yes, they were opening up and coming -- you
17  know, the skin was kind of, like, raw, like, a part
18  of the process.
19     Q.  So it looked like the burns were sort of
20  -- I mean, excuse me.  It looked like the blisters
21  were opening up and getting worse?
22     A.  It looked like they were -- the skin was
23  coming off more.
24     Q.  Okay.  So were you pealing?
25     A.  I guess that's what you would call it.  I

Page 53

1  don't know.  It just was like the -- there's more of
2  a raw skin look which --
3      Q.  Okay.
4      A.  -- I was trying to keep on the internet to
5  see that -- making sure that I was doing what I
6  should do.
7      Q.  Okay.  Between February 14th, 2016 and
8  February 24th, when you went to the doctor, did you
9  ever have to take time off of work because of the
10  burns?
11     A.  I'm the only one in my office.  I would
12  lose my job if I didn't go to work.
13     Q.  Okay.
14     A.  I actually wore PJ bottoms to work.  And I
15  work in an office by myself, it's not a customer
16  office, so I did go to work.
17     Q.  Why did you wear PJ bottoms, on the days
18  that you did, to work?
19     A.  I -- I tried to keep something very soft
20  on me, nothing that would rub, nothing that was
21  tight, stuff that was baggy.
22     Q.  During this time, from February 14th, 2016
23  through February 24th, 2016, how was your cold
24  doing?
25     A.  Oh, I had recovered.



**Orange Legal**
**800-275-7991**

**EXHIBIT A**

Page 54

1    Q.  Okay.  So on February 24th, 2016, you went
2  to visit Express Care of Ocala?
3    A.  Correct.
4    Q.  Okay.  Is that typically where you go?
5    A.  Yes.  Our doctor quit accepting our
6  insurance and that was highly recommended and, yes,
7  that's where my husband and I both go for all of our
8  medical treatments.
9    Q.  Is it a clinic?  Is it a hospital?
10   A.  Well, it's like a clinic but it has an ER
11 doctor who's the one that was there and who I saw
12 so...
13   Q.  And would that be Dr. Frank Reisner?
14   A.  Correct.
15   Q.  Is he your doctor?  Or is he just the
16 person that happens to be there when you go?
17   A.  He -- he basically oversaw all this, so I
18 considered him my doctor.
19   Q.  Had you treated with Dr. Reisner before
20 February 24th, 2016?
21   A.  Yes.
22   Q.  Did you go to Express Care looking for
23 him?
24   A.  No.
25   Q.  Okay.  On February 24th when you went to

Page 55

1  Express Care of Ocala, what did you complain of?
2    A.  I wanted him to take a look at my burns.
3    Q.  Okay.
4    A.  And the healing process.
5    Q.  Okay.  Did you complain of anything else?
6    A.  I don't know.
7    Q.  Okay.
8    A.  I do have a history of kidney infections
9  but all I remember is I went in to have him look at
10 the burns.
11   Q.  Okay.  And the kidney infections typically
12 manifest as UTI; is that correct?
13   A.  Correct.
14   Q.  So Dr. Reisner examined you, correct?
15   A.  Correct.
16   Q.  Okay.  What did he say?
17   A.  He said that, I'll give you some
18 prescription burn treatment and see you in a week or
19 ten days, whatever the time was.
20   Q.  Okay.  When you saw Dr. Reisner, did you
21 still only believe that you had burns on your left
22 leg in the front?
23   A.  I don't really -- I believe that I had
24 found the ones on my bottom --
25   Q.  Okay.

Page 56

1    A.  -- by that time, yes.
2    Q.  Okay.  So Dr. Reisner was able to examine
3  the ones on your leg and also the ones on your
4  bottom in between your legs as well?
5    A.  Yes.
6    Q.  Okay.  And apart from the prescription
7  burn treatment that Dr. Reisner prescribed, was
8  there anything you were supposed to do?  Not do?
9    A.  Of course, I was supposed to keep
10 everything clean -- which, of course, I would know
11 as an adult -- and, you know, clean it off and keep
12 it bandaged and follow his directions.
13   Q.  Okay.  I saw in your treatment notes that
14 you also take Xanax for anxiety; is that correct?
15   A.  I did.  I don't anymore, yes.
16   Q.  Okay.  So you are not on Xanax today,
17 correct?
18   A.  No.
19   Q.  Okay.  Were you on Xanax at the time of
20 this incident, February 14th, 2016?
21   A.  No.
22   Q.  Okay.  Since this incident through today,
23 have you ever experienced any anxiety that's caused
24 you to take Xanax?
25   A.  No. I mean, I have -- I have anxiety, but

Page 57

1  I don't take anything for it.  I don't like
2  medications.
3    Q.  Okay.  So then you returned to Express
4  Care of Ocala on March 2nd of 2016 about eight or
5  ten days later?
6    A.  As he told me to do, yes.
7    Q.  Okay.  And I believe that when you went
8  back you requested more burn cream, prescription
9  burn cream; is that correct?
10   A.  No, I just went for him to check it.
11   Q.  Okay.
12   A.  He said that he wanted to see me back and
13 see how I was doing, that I had been taking good
14 care of it.  He wanted to check it.
15   Q.  Okay.  And what did -- what happened when
16 Dr. Reisner checked you?
17   A.  He said that he was going to send me for
18 burn treatment.  It wasn't -- he -- it hadn't
19 improved as much as he wanted and I needed burn
20 treatment.  Because in the beginning he said he
21 didn't think I needed burn treatment.  When I
22 returned, he said, I'm going to have you have burn
23 treatment.
24   Q.  When you say "burn treatment", what did he
25 refer you to?

**EXHIBIT A**

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

58..61

Page 58

1    A.   The burn unit at Munroe Regional Hospital.
2    **Q.   Is Munroe Regional Hospital here in town?**
3    A.   Yes.
4    **Q.   Did Dr. Reisner also give you what they**
5    **call a donut to sit on?**
6    A.   He said that that wouldn't work for me so,
7    no.
8    **Q.   Okay.**
9    A.   I would be sitting on my burns.
10   **Q.   Okay.  And all through this time, from the**
11   **date of the incident through March 2016, you were**
12   **having trouble sitting; is that correct?**
13   A.   Yes, I had -- I had wounds so I was doing,
14   you know, padding or something that I would take a
15   pillow and -- just a regular pillow that it would be
16   soft.
17   **Q.   Okay.  And were you doing the same thing**
18   **both at the office and at home?**
19   A.   Yes.
20   **Q.   When you went to the burn unit, what did**
21   **they do for you?**
22   A.   Well, they take this, like, hose thing
23   that squirts water out to clean everything and then
24   rebandaged it with ointments and stuff.  And then I
25   would have to go home and clean it and, you know.

Page 59

1    And -- but it allowed the fact that the bottom
2    burns, when I urinated, it would get on it.  It was
3    really nice to have them wrapped up so that it
4    didn't burn me and stuff.  So they would do that.
5    **Q.   How many times did you go to the burn**
6    **clinic?**
7    A.   I want to say I at least went a couple,
8    sometimes maybe three times a week, at least two and
9    -- until I got my blood clot.
10   **Q.   Okay.**
11   A.   Diagnosed with my blood clot.
12   **Q.   So did you go for at least a couple of**
13   **weeks to the --**
14   A.   I want to say I was in my third -- my
15   third week and maybe even the first of my fourth
16   week.
17   **Q.   Okay.**
18   A.   And I didn't feel well.  And I told them I
19   didn't -- I wasn't feeling well.
20   **Q.   And when you say you told them, you told**
21   **them at the burn clinic?**
22   A.   Yes.
23   **Q.   Okay.  I'm sorry.  You said about three to**
24   **four weeks at the burn treatment --**
25   A.   Yes.

Page 60

1    **Q.   -- at the burn clinic?**
2    **Okay.  And when you said you weren't**
3    **feeling well, what do you mean by that?**
4    A.   Well, I just didn't feel well and it just
5    was a feeling of not feeling well and didn't
6    understand why.  And I just -- I felt really weak
7    and stuff.  I went straight from the burn unit to
8    Dr. Reisner's office, which is not very far from
9    there.
10   **Q.   Okay.  Did the burn unit send you to Dr.**
11   **Reisner?**
12   A.   They just said I should go to the doctor.
13   Dr. Reisner's my doctor.
14   **Q.   Okay.  Until this particular day when you**
15   **were not feeling well at the burn unit, was the burn**
16   **unit treatment helping?**
17   A.   Yes.  They were clearing all the skin off
18   and, yes, especially my leg was doing better.  My
19   bottom burns are -- were more severe, so they were
20   still in the stages of needing more treatment.
21   **Q.   Okay.  Were you able to sit for longer**
22   **periods of time while you were undergoing your burn**
23   **treatment?**
24   A.   Well, sitting was never a comfortable
25   thing because I had open wounds on my bottom.

Page 61

1    **Q.   Okay.**
2    A.   And going to the bathroom made it worse,
3    so I had to constantly clean.  When they were
4    bandaged was the best time.
5    **Q.   Where -- when you would go to the burn**
6    **clinic, would your wounds get bandaged for the full**
7    **day?  A 24-hour period?**
8    A.   Well, they let me, I think, the first
9    time, keep them on, but when you go to the bathroom
10   and you have tape on, it's not something that sticks
11   really well.  But I also had to continue cleaning
12   them at home.
13   **Q.   And after you cleaned at home, were you**
14   **able to bandage yourself?**
15   A.   Somewhat, but not as good.
16   **Q.   Did your husband ever assist you with**
17   **bandaging yourself?**
18   A.   Maybe once or twice, but not -- I'm not
19   sure.
20   **Q.   Okay.  So you have no recollection of**
21   **things with respect to your bottom with the ability**
22   **to sit improving during the time that you were being**
23   **treated by the burn clinic?**
24   A.   No. I didn't have, you know, a lot of
25   improvement there.  And it's like raw skin, so it

**EXHIBIT A**

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

62..65

Page 62

1  wasn't a very comfortable situation.
2      Q.  Okay.  So then you experienced some
3  weakness.  Munroe Regional Burn Unit told you to go
4  see Dr. Reisner.  Were you able to see Dr. Reisner?
5      A.  They didn't suggest Dr. Reisner.  They
6  just said I probably should see someone.
7      Q.  Should see someone.  Sorry.  Okay.  Were
8  you able to see Dr. Reisner right away?
9      A.  I was.  I was a few blocks from his
10  office.
11      Q.  And what did you tell Dr. Reisner?
12      A.  I told him that I didn't feel good, that,
13  you know, I was having anxiety because I didn't feel
14  good and that gave me a little nervousness in my
15  chest and stuff and so I was just feeling really
16  weak and didn't feel well at all.
17      Q.  Had you experienced symptoms like that
18  before?
19      A.  No.  Not like I was feeling, no.
20      Q.  Okay.  The medical records describe it as
21  chest pain.  Is that what you would call it?
22      A.  I had -- yeah, I thought that was from me
23  being so stressed.
24      Q.  Okay.
25      A.  But, yes.  And, you know, I was like

Page 63

1  getting pains, like, nerve -- you know, that's one
2  of the things, but it was the way that I felt so
3  weak and I just didn't feel well.
4      Q.  Did you think you were having a heart
5  attack?
6      A.  I don't think so.  I probably wouldn't
7  have left the hospital had I thought that.  I just
8  didn't really know what was wrong.
9      Q.  Okay.  Did Dr. Reisner do any tests for
10  you?
11      A.  He did.  He did check.  EKG was fine.
12      Q.  Okay.  What else did he do?
13      A.  He did blood work.
14      Q.  Okay.  And do you recall the results of
15  the blood work?
16      A.  My D-dimer was elevated.
17      Q.  Okay.  And do you know what D-dimer is an
18  indication of?
19      A.  That you could have a blood clot.
20      Q.  Okay.  Anything else that you recall from
21  the tests that he performed?
22      A.  No.
23      Q.  Okay.  What did Dr. Reisner do next?
24      A.  "Call someone.  You cannot drive.  You
25  have to go straight to the hospital."

Page 64

1      Q.  Who did you call?
2      A.  I called my husband.
3      Q.  Does your husband work?
4      A.  Yes, my husband did work.
5      Q.  Okay.  You said "did", so he does not
6  currently?
7      A.  He does work, yes.
8      Q.  Okay.
9      A.  He did work that day and he worked.
10      Q.  Okay.  So he left work and came and got
11  you?
12      A.  Yes.
13      Q.  And took you back to Munroe Regional?
14      A.  Correct, to the emergency room.
15      Q.  Okay.  On this particular day, which I
16  believe is March 16th, 2016, did you attribute the
17  chest pains and the other symptoms that you were
18  feeling to the hot tea spill on February 14th?
19      A.  I did not attribute -- I just didn't know
20  what was wrong.  I didn't feel well.
21      Q.  Okay.
22      A.  And it didn't just start that day.  It was
23  just, I was feeling that that was the worst of it.
24      Q.  Okay.  So you had -- do you recall when
25  you started feeling that way?

Page 65

1      A.  Probably at least, you know, maybe five
2  days or something that it was elevated.  But, again,
3  that's a guesstimate.
4      Q.  Okay.  Since that particular day,
5  March 16th of 2016, have you experienced that sort
6  of -- those chest pains or those symptoms again?
7      A.  No.
8      Q.  Prior --
9          Sorry.  Go ahead.
10      A.  No, nothing.
11      Q.  Prior to this incident in 2016, did you
12  ever have any trouble with clotting?
13      A.  No.
14      Q.  Blood clotting?
15      A.  No.
16      Q.  Okay.  In 2013, you once experienced some
17  palpitations and some fatigue; would that be
18  correct?
19      A.  I don't remember.
20      Q.  Okay.
21      A.  I mean, I have -- I get bronchitis.  I'm
22  asthmatic and stuff.
23      Q.  Okay.
24      A.  So a lot of times I get, you know, chest
25  stuff.

EXHIBIT A

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

66..69

Page 66

1   Q.  Okay.
2   A.  And sometimes they check into a little bit
3 of everything.
4   Q.  Uh-huh.
5   A.  So...
6   Q.  Okay.  Have you always had asthma since
7 you were a child?
8   A.  No. I was diagnosed as an adult in my 30s.
9   Q.  Okay.  And that leads to recurring
10 bronchitis issues for you?
11   A.  It did.  I've not been having any -- I
12 feel very blessed, haven't had any lately.
13   Q.  Okay.  So your medical records indicate
14 that sometime in 2013 you were checked for heart
15 palpations and also some kidney issues.  The
16 symptoms that you would have experienced then you
17 believe are different from the ones that you
18 experienced in 2016?
19   A.  I wouldn't be able to even remember or
20 relate.  I do get more when I'm sick and stuff and
21 congested.  I'll get -- I've had costochondritis,
22 which is in your chest from the bronchitis and
23 stuff.
24   Q.  Okay.
25   A.  So nothing that I feel was any kind of a

Page 67

1 heart issue or anything.
2   Q.  Okay.
3   A.  Not -- it's not my issues.
4   Q.  Okay.  And you also had a D timer test
5 done in 2015.  Do you happen to know why that would
6 be done?
7   A.  Not at all.
8   Q.  Okay.  But to the best of your knowledge,
9 you would relate it to --
10   A.  I didn't even know I had it.
11   Q.  Okay.  Fair enough.
12      Do you know whether you were checked for a
13 heart attack in September of 2015?
14   A.  Well, no.  I mean, I don't remember
15 anything specifically.  Like I said, I'll have chest
16 pains from asthma stuff and usually they do a lot of
17 testing to make sure.
18   Q.  Okay.  And how long have you gone to Dr.
19 Reisner?  Do you know when you started treating with
20 him?
21   A.  Not exactly, no.  But once my doctor no
22 longer took our insurance, I started going there.
23   Q.  And when did that happen that your doctor
24 no longer took your insurance?
25   A.  I would say 2013/14.

Page 68

1   Q.  Okay.
2   A.  But I'm not positive.
3   Q.  Fair enough.  And who was your doctor
4 before Dr. Reisner?
5   A.  Isn't that awful?  I should know.  I can't
6 think right at the moment.  I'm so sorry.
7   Q.  Okay.
8   A.  Glenn Morgan.
9   Q.  G-L-E-N-N Morgan?
10   A.  I think it's one N, but it could be two,
11 Morgan, yes.
12   Q.  Okay.  And was he here in Ocala?
13   A.  Yes.
14   Q.  And what kind of doctor was he?
15   A.  A family physician.
16   Q.  So Dr. Morgan was your physician who you
17 would go to for your asthma and asthma-related
18 issues?
19   A.  Yes.  When I had bronchitis, I had
20 pneumonia, yes.
21   Q.  Okay.  And then once Dr. Morgan's office
22 stopped accepting your insurance, you started going
23 to see Dr. Reisner, correct?
24   A.  As far as -- yes.  Best recollection, I
25 started going to a clinic.

Page 69

1   Q.  Okay.  Besides Dr. Reisner, do you treat
2 with anybody else at Express Care?
3   A.  I have seen -- when he's not there, I have
4 seen different people.
5   Q.  Okay.  Apart from Dr. Morgan and Express
6 Care, have you treated anywhere else in the last
7 five years?
8   A.  What is it?
9   Q.  '18, so since 2013?
10   A.  Not that I remember, but I could have.
11   Q.  Okay.  Now in March of 2016 when you went
12 to the hospital with the chest pains and they did
13 the D-dimer test, they ended up admitting you for
14 the weekend; is that correct?
15   A.  I went there specifically because they
16 said my D-dimer was elevated.
17   Q.  Okay.
18   A.  So I didn't go specifically for chest
19 pains but --
20   Q.  Okay.
21   A.  -- Dr. Reisner sent me there for that
22 reason.  He thought I might have a blood clot.
23   Q.  Okay.  And then is it correct that you
24 were admitted for the weekend?
25   A.  Yes.  All the way through Sunday, yes.



**Orange Legal**
**800-275-7991**

**EXHIBIT A**

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

Page 70

1   Q.   Okay.  What was your treatment at the
2 hospital?
3   A.   Well, once they located the blood clot at
4 my thigh by my burns, they -- they put me on blood
5 thinners.
6   Q.   Was the blood clot located using a doppler
7 unit?
8   A.   They did, like, an ultrasound type of
9 thing.
10   Q.   Okay.
11   A.   Yes.  They did -- they checked, you know,
12 lungs and stuff and then they checked my legs and
13 they found it there --
14   Q.   Okay.
15   A.   -- by my burns.
16   Q.   By your burns, on your left-hand side,
17 correct?
18   A.   Correct.
19   Q.   Okay.
20   A.   Right -- it was excruciating pain because
21 they had to press around the burn area to find it.
22   Q.   Okay.
23   A.   Yes.
24   Q.   And then they put you on blood thinners.
25 Would those have been IV blood thinners?

Page 71

1   A.   Yes.
2   Q.   Okay.  And is it Dr. Koti, K-O-T-I --
3   A.   Correct.
4   Q.   -- that you treated with?
5   A.   That's who the hospital -- I didn't have
6 anyone, so they --
7   Q.   Okay.
8   A.   -- gave.
9   Q.   So that's who they assigned to you?
10   A.   They assigned to me, yes.
11   Q.   And then you ended up treating with him
12 for some time thereafter?
13   A.   I had to be monitored to make sure that
14 my, you know, my blood clotted and, you know, just
15 to be safe.
16   Q.   Okay.  So when you were in the hospital
17 that weekend, your treatment was primarily related
18 to the blood clot; is that correct?
19   A.   Correct.
20   Q.   Okay.  And did the treatment consist of
21 anything besides the IV blood thinner?
22   A.   You mean for my blood clot?
23   Q.   Yes.
24   A.   Not -- I don't know.  I mean they --
25   Q.   Okay.

Page 72

1   A.   -- gave me medicines and stuff and -- but,
2 you know, that's -- they gave it to me --
3   Q.   Okay.
4   A.   -- through an IV and made sure that, you
5 know, they had to check my blood.  I had my blood
6 checked every couple two hours.
7   Q.   Okay.  Did they have you walking around?
8 Lying in bed?  Sitting?
9   A.   I was supposed to be complete bed rest, no
10 moving.  But I had raw burns on my bottom.  I
11 couldn't sit on a bed pan because it was too
12 painful.  So they just let me get up to sit on --
13 beside my bed.  But I was supposed to be on complete
14 bed rest for that.
15   Q.   Okay.  So were you sitting in a chair
16 beside the bed?
17   A.   It was like a chair body, yes.
18   Q.   Okay.  And apart from the blood thinners,
19 what was your understanding of the treatment that
20 was to be prescribed for the blood clot?
21   A.   That's all I know of, blood being checked
22 to make sure that it was free -- you know,
23 something, my blood was okay and the blood thinners.
24   Q.   Okay.  Did they ever tell you what caused
25 the blood clot?

Page 73

1   A.   No.
2   Q.   Have you ever heard your blood clot and
3 your condition to be referred to as a spontaneous
4 blood clot?
5   A.   No, I didn't really hear anything.  All I
6 know is I was treated and they found a blood clot.
7   Q.   Okay.  Do you have any idea what caused
8 the blood clot?
9   A.   I thought it was contributed to my burns
10 and sitting on the plane and not being immobile and
11 how immobile I was during my burn treatment.
12   Q.   Okay.  When you say "immobile", tell me
13 about what that was.
14   A.   Well, you know, I was -- had burns, so I
15 wasn't as active.
16   Q.   But you were able to sit up and stand and
17 go to work during this time?
18   A.   Yes.
19   Q.   Okay.  So in your mind, at least, the
20 blood clot was related to the hot water spill on the
21 plane?
22   A.   Yes.
23   Q.   Okay.  Did you discuss that with any of
24 your doctors?
25   A.   Dr. Reisner, yes.

ORANGELEGAL

**Orange Legal**
**800-275-7991**

**EXHIBIT A**

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

Page 74

1    Q.   Dr. Reisner?
2    A.   Yes.
3    Q.   Okay.  And what did Dr. Reisner say about
4  that?
5    A.   He pretty much agreed.
6    Q.   How about Dr. Koti?
7    A.   Dr. Koti said most likely that was it, but
8  he did other testing to make sure.  As a doctor, he
9  would have to make sure that I didn't have some
10  underlying.  But he said most likely it was the
11  burns, too.
12    Q.   Okay.  And neither Dr. Koti nor Dr.
13  Reisner ever described the blood clot as
14  spontaneous?
15    A.   Not that I ever heard that word, no.
16    Q.   Okay.  For the time that you described
17  being immobile because of the burn, what were you
18  doing?  And what were you not able to do?
19    A.   Well, I went to work and I sat in a chair
20  and I went home and I pretty much -- you know, it
21  was -- I went to my burn treatments and I basically
22  didn't do any form of exercise or walking or doing
23  anything additional to that.
24         Also, they said my blood clot could
25  travel, so I didn't want to be mobile afterwards too

Page 75

1  much either.
2    Q.   Okay.  After they told you your blood clot
3  could travel and to remain as immobile as possible,
4  did you ever take any time off work because of that?
5    A.   Well, I was in the hospital.  When I got
6  home from the hospital, I had to wake my husband up
7  and tell him that I didn't -- that I was very, very
8  ill and I was scared.  And he worked from home the
9  rest of that week.
10         And I was very, very weak for at least
11  three weeks and he would drive me to work to do a
12  few things.  My boss worked with me.  And I would
13  come home.
14    Q.   So you would not put in a full day, you
15  would only be there --
16    A.   Right.  Sometimes maybe an hour.
17    Q.   Okay.
18    A.   And I -- I was very limited because I was
19  very weak and did not feel good for weeks.
20    Q.   Okay.  Do you have the ability to work
21  from home?
22    A.   Not at this time, no.
23    Q.   Okay.  And you did not in 2016 either?
24    A.   No.
25    Q.   Does your husband have the flexibility to

Page 76

1  work from home?
2    A.   My husband did arrange to stay home with
3  me because he was concerned for my health.
4    Q.   Okay.  What does your husband do?
5    A.   He works at Lockheed Martin.
6    Q.   As an engineer?
7    A.   No, he is -- actually, he works on where
8  they bid for projects and stuff, sort of like a
9  comptroller or something.  He does the figures and
10  stuff.
11    Q.   Okay.  During this time, so roughly March
12  of 2016, when you were home a lot and so was your
13  husband, was Jennifer also in the house a lot?
14    A.   No.  She was not in the house a lot.  She
15  did come see me but, you know, she had twins and
16  they were a year old so...
17    Q.   How about Amy?
18    A.   I know that Amy came to see me in the
19  hospital when I got home.  But, no, there wasn't
20  anyone that was really, you know, coming and staying
21  there or anything.  My husband stayed with me.
22    Q.   Okay.  Same with Patrick.  Did he come in?
23    A.   Patrick, you know, didn't live in Ocala
24  so, no.  But he, you know, checked on me regularly.
25    Q.   Okay.  And before you were diagnosed with

Page 77

1  the blood -- sorry.
2    A.   Sorry.  I tried.
3    Q.   Go ahead.  Before you were diagnosed --
4  after the burns, but before you were diagnosed with
5  the blood clot, you described not being immobile
6  yourself.  What did that mean?  Were you not walking
7  as much?  Or --
8    A.   I'm sorry.
9    Q.   After the burns on February 20 -- February
10  14th of 2016 until the time when you were diagnosed
11  with the blood clot, you discussed how you were
12  immobile during that time.
13    A.   Well, correct, I had burns on my bottom.
14  They were bandaged and the bandages and the tape
15  would come loose, so I wasn't really mobile, didn't
16  exercise or anything.  You know, I got up and went
17  to the bathroom and walked to the kitchen and stuff.
18  When I was at work, I had water in the refrigerator
19  but, you know, I didn't -- I didn't really do much
20  of anything.
21    Q.   Okay.  And when we talked earlier that
22  most of your exercise comes from stuff around the
23  house, you know, not going to the gym.  So when you
24  say you weren't exercising, can you tell me what it
25  is that you weren't doing?

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

78..81

Page 78

1    A.   When I had my -- I basically was pretty
2  much bed rest and to a chair unless I needed
3  something or sitting, you know --
4    Q.   Okay.  And --
5    A.   -- at work.
6    Q.   -- this was in a chair that you found
7  comfortable for you?
8    A.   Yes.  We got every chair in the building
9  to see which -- and I took a pillow, like, a down
10 pillow and sat on it.
11   Q.   Okay.  And then after the weekend where
12 you were diagnosed with the blood clot, you
13 continued to treat with Dr. Koti, correct?
14   A.   Correct.
15   Q.   Do you know what kind of doctor he is?
16   A.   He's a blood and cancer doctor.
17   Q.   Okay.  But you were treating with him
18 specifically for blood issues, not cancer?
19   A.   Correct.  He would do blood tests.  I'd
20 have to go in and have blood work done, yes.
21   Q.   Okay.  And what did his treatment consist
22 of?
23   A.   Just making sure that I was okay and
24 checking my blood and making sure I was taking my
25 medicine.

Page 79

1    Q.   And what medicine has he prescribed to
2  you?
3    A.   Eliquis, I think.
4    Q.   Okay.  Is that a blood thinner?
5    A.   Yes.
6    Q.   Okay.  Had he prescribed any other
7  medication for you?
8    A.   Not to my recollection, no.
9    Q.   Okay.  So to the best of your recollection
10 he prescribed, of course, medication, you took as
11 prescribed, and you would go in periodically for
12 testing, correct?
13   A.   Correct.  To make sure that there was no
14 signs of --
15   Q.   Okay.
16   A.   -- anything else.
17   Q.   I have one of Dr. Koti's treatment notes
18 from August 10th of 2016 and at the very end he has
19 a treatment plan where he says, "We will plan on
20 anticoagulation for at least six months and then
21 reassess in middle of 9/16."  I think he means
22 September of 2016.
23        Then he says, "I recommended repeat
24 antithrombin three activity and further
25 hypercoagulable workout.  Patient refused."

Page 80

1    A.   He wanted to do some cancer testing is
2  what I refused to do because he had done some
3  testing of my stomach and he said it could be -- he
4  was doing all this additional testing, which we have
5  a particular insurance and that stuff is expensive.
6    Q.   Okay.
7    A.   I discussed that with him, just how
8  really, you know, was that important.  He was just
9  looking.  And I was doing well and everything.  I
10 just didn't want to have testing just to run bills
11 up.
12   Q.   Okay.
13   A.   That's all.
14   Q.   Is your insurance with Aetna?
15   A.   It was, yes.
16   Q.   Okay.  In 2016, was your insurance with
17 Aetna?
18   A.   I believe so, yes.
19   Q.   And today in 2018, who is your health
20 insurance with?
21   A.   I really couldn't tell you.  We have a
22 card now of some kind.  Whatever Lockheed Martin
23 has.
24   Q.   Okay.
25   A.   Sorry.  I can't really tell you.

Page 81

1    Q.   And it was the Aetna insurance that you
2  thought was expensive and would not cover certain
3  diagnostic tests?
4    A.   Well, I was getting bills left and right
5  from everything and testing and everything that was
6  done.
7    Q.   Okay.
8    A.   I just -- he was a cancer doctor saying he
9  wanted to do a bunch of these cancer testings and I
10 didn't have any symptoms or anything, so I just --
11   Q.   Okay.
12   A.   If I -- I want to be healthy.  I want to
13 live.  It was just he was doing -- wanting to do
14 some stuff that he agreed wasn't a hundred percent
15 necessary.
16   Q.   Okay.
17   A.   If it was, he would have insisted.
18   Q.   Okay.  So it was only diagnostic options
19 with respect to cancer that you refused; is that
20 correct?
21   A.   That's -- yes.  Yes.
22   Q.   Okay.  The last treatment note that I have
23 for Dr. Koti is August 10th of 2016.  Have you seen
24 him since then?
25   A.   I was released the last time that I saw

EXHIBIT A

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

82..85

Page 82

1   him.
2       Q.   Okay.
3       A.   And no more medication or anything.  I
4   could go off of it.
5       Q.   Okay.  So you have not taken the Eliquis
6   since August of 2016?
7       A.   My last visit, correct.
8       Q.   Okay.  And when Dr. Koti released you,
9   what did he say with respect to your blood clot
10  condition?
11      A.   That I was doing really good and
12  everything.
13      Q.   Had the clot dissolved?
14      A.   I had -- I had to go have a test and make
15  sure -- he wouldn't release me.  I had to go back to
16  the hospital and they could not find it.  Yes.
17      Q.   Okay.
18      A.   It dissolved.
19      Q.   So once they could not find the clot, you
20  were released from his treatment?
21      A.   Correct.
22      Q.   And you have not treated with Dr. Koti or
23  anybody else related to the blood clot since August
24  of 2016?
25      A.   Whatever was the last visit with him and

Page 83

1   after the -- the blood clot, yes --
2       Q.   Okay.
3       A.   -- was checked.
4       Q.   Okay.  Did Dr. Koti treat you with respect
5   to your burns?
6       A.   No.
7       Q.   Okay.  So all that treatment was with Dr.
8   Reisner?
9       A.   Correct.
10      Q.   Okay.  And my treatment -- my notes of Dr.
11  Reisner go through May of 2016.  When was the last
12  time you treated for your burns?
13      A.   I would say that I saw him after that.  I
14  had him look at the burns, but I wasn't in there
15  specifically for the burns.  But I had noticed,
16  because I took a picture, that it didn't -- they
17  didn't look like my leg had completely healed.
18      Q.   Okay.
19      A.   That's when he told me those are really
20  bad burns, there's nothing else you can do but
21  surgery.
22      Q.   Okay.  I'm going to put in front of you
23  your Answers to your Interrogatories.  I'll give
24  your attorney a copy as well.
25          MS. SHELKE:  Can we mark this as an

Page 84

1   exhibit?
2           (Whereupon, Exhibit No. 1 was marked for
3   identification.)
4           MS. SHELKE:  Thank you.
5   BY MS. SHELKE:
6       Q.   I'm putting in front of you what we've
7   marked as Deposition Exhibit No. 1 and this is a
8   document that we call Answers to Interrogatories.
9   It's a series of questions and answers.  I wrote the
10  questions, your attorneys may have gone -- prepared
11  these answers with you.  Does this document look
12  familiar to you?
13      A.   I know that I did answer this stuff.
14      Q.   Okay.
15      A.   Yes.
16      Q.   Okay.
17          MS. SHELKE:  And, Brian, I'll just
18  tell you that our file doesn't have a signed version
19  of the Interrogatories, so if afterwards we can get
20  a verification from you.
21          MR. HOGAN:  Okay.  I'll get back to
22  the office and find out why that wasn't sent to you.
23          MS. SHELKE:  Okay.
24  BY MS. SHELKE:
25      Q.   If you'll turn to its the Question No. 9,

Page 85

1   it's about four pages in.  And this particular
2   question asks about your personal injuries that
3   you're claiming in this lawsuit and the answer --
4   would you go ahead and just take a look at that one,
5   please.
6       A.   Okay.
7       Q.   Okay.  Now the -- starting with -- so it
8   says -- it says, "Answer:  Burns and left and right
9   buttock and left leg."  And then it has treatment
10  dates February 24th, 2016 through March 17th, 2016
11  with Dr. Reisner.
12          Have you treated with Dr. Reisner since
13  March 17th, 2016 for the burns that you relate to
14  this incident?
15      A.   I did not have specific any kind of
16  treatment from him after I was released from the
17  hospital, no.
18      Q.   Okay.  And then the next part of that
19  answer is March 4th, 2016 through March 22nd, of
20  2016 at Munroe Regional Medical Center.  Is that the
21  extent of your treatment related to your burns or
22  your blood clot?
23      A.   My burn treatment had to be stopped
24  because I was admitted to the hospital.
25      Q.   Okay.  Was your burn treatment resumed

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

86..89

Page 86

1 after you were released from the hospital?
2    A.  No.
3    Q.  Why was that not resumed?
4    A.  I have no idea.
5    Q.  Okay.  And Dr. Reisner is the one who
6 prescribed the burn treatment, correct?
7    A.  Correct.
8    Q.  Okay.  And when you saw him after this
9 incident, he never suggested resuming that course of
10 treatment?
11    A.  He never did resume.  He did make it make
12 a comment that all I could do from here would be
13 surgery.
14    Q.  Okay.  And then the third part of that
15 ques -- that answer was March 24th, 2016 through
16 August 1st of 2017.  So did you treat with Dr. Koti
17 for about 18 months?
18    A.  I had to do a follow up because he had me
19 on a treatment for so long.  So whatever it says
20 there.  Since the 2 to the 8 -- 3/24, he had me on
21 blood thinners and he kept saying that I had to stay
22 on for a certain time.
23    Q.  Okay.  So this would have been --
24    A.  But I didn't have really treatment.  I
25 just went in and had my blood work done.

Page 87

1    Q.  Okay.  So this period of time through
2 August 1st of 2017 would have been the time that you
3 were on blood thinners; is that correct?
4    A.  Correct.
5    Q.  Since August 1st of 2017, have you had any
6 treatment related to the blood clot?
7    A.  Not to my recollection.
8    Q.  Since August 1st of 2017 have you had any
9 treatment related to the burn?
10    A.  Not that -- not to my recollection, no.
11    Q.  Okay.  And beyond the two dates in March,
12 March 17, 2016 at Express Care and March 22, 2016 at
13 Munroe Regional Medical Center, have you had any
14 further treatment related to the burns?
15    A.  No.  Not that -- to my recollection.
16    Q.  Okay.
17    A.  I do plan to have some more treatment.
18    Q.  What is the treatment that you plan to
19 have?
20    A.  Well, since they told me that it would be
21 -- that, you know, all I can do is surgery at this
22 point because my bottom's never completely healed, I
23 would want to pursue getting the surgery.
24    Q.  What kind of surgery would it be?
25    A.  He didn't -- I would think some skin

Page 88

1 grafting or something would be necessary, but I
2 don't know.  I'm not a medical doctor.
3    Q.  Okay.
4    A.  He said it would require surgery.
5    Q.  And "he" being Dr. Reisner?
6    A.  Correct.
7    Q.  Okay.  And Dr. Reisner told you in 2016,
8 March, that you would require surgery, correct?
9    A.  The last -- one of the last visits that I
10 was there, yes.
11    Q.  Okay.  And since that time in 2016 until
12 today, you have not scheduled a surgery?
13    A.  I have not.
14    Q.  Okay.  Do you have an upcoming appointment
15 where you plan to schedule surgery?
16    A.  I have not made an appointment, no.
17    Q.  When do you intend to, if you do, make
18 this appointment?
19    A.  I would plan to do it in the near future.
20 I can't give you a specific date.
21    Q.  Okay.  Would you plan on doing it before
22 the end of this calendar year?
23         MR. HOGAN:  I'm going to object.  All
24 of these questions have been speculation, but I've
25 allowed her to try and answer to the best of your

Page 89

1 ability.
2         THE WITNESS:  I really don't -- I
3 don't want to give her a date when I'm not really
4 sure.  It's almost the end of the year already.
5 BY MS. SHELKE:
6    Q.  Okay.  Fair enough.
7         When you were released from Dr. Reisner's
8 care with respect to the burn in March of 2016, are
9 you -- what was the -- visually, what did your burn
10 look like?
11    A.  Well, my leg was pretty much healed.
12    Q.  Okay.
13    A.  And my bottom was still an open wound when
14 I was in the hospital for my blood clot.  So it
15 just, you know, it eventually has a thin layer of
16 skin over still red, you know, pinkish and a little
17 -- it's just a discomforted. (Sic)
18    Q.  Okay.  So the discomfort on your bottom
19 remains through today?
20    A.  Correct.
21    Q.  Okay.  Is it still an open wound on your
22 bottom through today?
23    A.  It doesn't look like an exact open wound.
24 It just never healed completely.
25    Q.  Okay.

ORANGELEGAL

**Orange Legal
800-275-7991**

**EXHIBIT A**

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

90..93

Page 90

1    A.   Like my leg is white, you know, the scars.
2  It's still pink and reddish.
3    **Q.   Okay.**
4    A.   And so it just hasn't completely healed
5  like my leg.
6    **Q.   So your leg has healed but it is now**
7  **white?**
8    A.   Yes.  It's scarred now.
9    **Q.   Okay.**
10   A.   Everywhere the water went it's just white.
11   **Q.   Okay.**
12   A.   Just, you know, completely --
13   **Q.   Discolored skin?**
14   A.   Yes.
15   **Q.   Okay.  But your leg, if someone were to**
16 **touch you or if you were to touch yourself, it does**
17 **not hurt to touch?**
18   A.   It does.  It -- I can't let my
19 grandchildren sit on my lap or, you know, have any
20 pressure.  And sometimes it just hurts.  I talked to
21 Dr. Reisner about that and he said that it's nerve
22 damage.  So, yes, I do have pain in my leg.
23   **Q.   Okay.  And do you still have discomfort**
24 **with respect to sitting?**
25   A.   Yes.  And it, you know, I -- this chair,

Page 91

1  particularly, is a little bit rough.  I'm scooting
2  and I'm sorry but -- and, yes, I still have
3  discomfort there.
4    **Q.   Okay.  And would the same be true if you**
5  **were out with family for dinner or something like**
6  **that?**
7    A.   I always sit in a booth and get a
8  comfortable seat.  I don't sit in chairs or
9  anything, yes.
10   **Q.   Okay.**
11   A.   And, yes, I have discomfort.  It doesn't
12 matter where I'm at or what I do.
13   **Q.   Okay.  But you are not presently, as of**
14 **today, treating for either your blood clot or your**
15 **burns, correct?**
16   A.   That is correct.
17   **Q.   Okay.  I believe you were in an auto**
18 **accident in 2012?**
19   A.   Correct.
20   **Q.   What -- and you suffered a knee injury?**
21   A.   I -- my knee hit the dashboard.
22   **Q.   Was it your left knee or your right knee?**
23   A.   It's my left knee.
24   **Q.   Okay.  Did you file a lawsuit for that**
25 **accident?**

Page 92

1    A.   No, I did not.
2    **Q.   Were you the driver for that accident?**
3    A.   I was a driver and someone pulled out in
4  front of me, yes.
5    **Q.   Okay.  Did you undergo surgery for the**
6  **injury you suffered in the 2012 incident?**
7    A.   No.  It's cellular damage.  Nothing can be
8  done for it.
9    **Q.   And was all of your treatment at Munroe**
10 **Regional Medical Center for the 2012 --**
11   A.   I went to an orthopedic, like, surgeon
12 doctor who looked at my knee.
13   **Q.   At Munroe Regional?  Or somewhere else?**
14   A.   No, at this doctor's office.  He was
15 referred, yes.
16   **Q.   Okay.  Do you know his name?**
17   A.   I'm not going to remember his name.
18 Canon.  Dr. Canon.  I guess I can come up with it.
19   **Q.   Then you also had a worker's compensation**
20 **claim years and years ago?**
21   A.   Yes, back when I was young.
22   **Q.   Okay.  Who was your employer back then?**
23   A.   Weis Supermarkets.
24   **Q.   Okay.**
25   A.   Up in Maryland.

Page 93

1    **Q.   Okay.  And what happened?**
2    A.   Well, we had a break room and I came out
3  of the break room and they had a pallet on top of it
4  of stuff and it fell and hit my back.
5    **Q.   Okay.  Have you sought any treatment in**
6  **Florida related to your back related to that**
7  **incident?**
8    A.   Not to my recollection.
9    **Q.   Since we have this exhibit in front of**
10 **you, we'll just finish up with this.  If you'll**
11 **actually turn forward to No. 3, please.  It's the**
12 **other way.**
13   A.   Oh, this is backwards.
14   **Q.   I'm sorry.**
15      Question No. 3 asks if you had any
16 conversations with any person related to this
17 incident.  And you identified your husband Danny
18 Newport, your daughter Jennifer Newport, and your
19 son Gary Thompson?
20   A.   It's Gary Toms, T-O-M-S.
21   **Q.   And it's Gary with one --**
22   A.   G -- one R, yes.
23   **Q.   Okay.  Now we talked about Danny because**
24 **he picked you up from the airport, took you out for**
25 **diner, and took you home and he also assisted you**



VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

94..97

Page 94

1  with your treatment and stayed home from work,
2  correct?
3      A.  Yes, that is correct.
4      Q.  Okay.  Now, Jennifer did not pick you up
5  from the airport?
6      A.  No.
7      Q.  And she did not take time off from work
8  and help you when you were --
9      A.  She has children, so --
10     Q.  Okay.
11     A.  Correct.  She's around me the most because
12  of my grandchildren and living close by.
13     Q.  Okay.  And what have you told her about
14  this incident?
15     A.  Well, she was able to see my burns, not --
16  I don't really show my bottom too much to anybody.
17  And, you know, she knows I'm in pain.  She knows
18  that I have to tell my grandchildren to be safe
19  around my leg and, you know, that I have ongoing
20  pain because she's around me quite a bit.
21     Q.  Okay.  And how about Gary?  What have you
22  told him about this incident?
23     A.  Well, Gary's the one that flew me there
24  and, of course, I told him because, you know, I
25  checked in when I got, you know, landed and stuff

Page 95

1  and I told him about, you know, my burns.
2      Q.  Okay.
3      A.  It's not like we have big long
4  conversations or anything, but he knows that it
5  happened.
6      Q.  Did you show Gary your scars when you went
7  out to see him the following year?
8      A.  I don't really think so.
9      Q.  Okay.  Question No. 4 on that same page in
10  deposition Exhibit No. 1 asks about statements made
11  by any other person relating to the incident and you
12  say, "The person sitting to your left commented on
13  how hot the water was."
14         We already talked about this.  It was a
15  male passenger but you don't know his name?
16     A.  No. I didn't know his name.
17     Q.  Okay.  And you didn't exchange phone
18  numbers or --
19     A.  No, nothing like that, no.
20     Q.  Okay.  And you've not spoken to him since?
21     A.  No, ma'am.
22     Q.  Your attorney sent us some photographs of
23  your burns and your scars.  When were those taken;
24  do you know?
25     A.  Well, I took some in the beginning.  I

Page 96

1  also took some just recently when this was coming
2  up.
3      Q.  Okay.
4      A.  I also took some today.
5      Q.  So when you say "in the beginning", would
6  that have been in February of 2016?
7      A.  Yes.
8      Q.  Do you know if you took them on the day of
9  the incident, February 14th?  Or --
10     A.  I did take some and I did send them a
11  picture and I think it shows a little pink.
12     Q.  Okay.
13     A.  And blisters on my leg, I believe.
14     Q.  Okay.  For all of the photographs that you
15  have provided to your attorney who has provided to
16  us, if we wanted to get the dates that they were
17  taken, is that something you would be able to do?
18     A.  Well, I had that all in our
19  correspondence.  I got a new phone and my husband,
20  when he set it up, he wiped everything out on my
21  phone.
22     Q.  Okay.
23     A.  So, before, I would have had specific
24  dates.  But I did write that in the communication.
25     Q.  Okay.

Page 97

1      A.  And I kept a track of that -- those dates.
2      Q.  Okay.  And you do not have a copy of your
3  communication any longer?
4      A.  Yes.  It's in my e-mail on my phone I
5  have --
6      Q.  Okay.
7      A.  -- pictures and I forwarded it to them,
8  yes.
9      Q.  Okay.  Who took all the photographs that
10  your attorney has produced to us?  Meaning, did you
11  take them yourself or did --
12     A.  Yes --
13     Q.  -- someone else take them?
14     A.  -- I took them myself.
15     Q.  Okay.  And then you said you took some
16  photographs today?
17     A.  I did.
18     Q.  Okay.  And then you also took some
19  photographs recently?
20     A.  I believe so.
21     Q.  Okay.
22     A.  I believe I sent them when this was coming
23  up and showed them my bottom, yes.
24     Q.  Okay.  When you say "this was coming up",
25  what do you mean?

ORANGELEGAL

Orange Legal
800-275-7991

EXHIBIT A

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

98..101

Page 98

1     A.  Well, when they were talking about, I
2  think, this -- setting this appointment up, I
3  believe.
4     Q.  The deposition?
5     A.  Yes, the deposition.
6     Q.  Okay.  Okay.
7     A.  But a lot of times someone will write me
8  and say -- and I'll -- you know, I'll forward them
9  the pictures, so...
10    Q.  Fair enough.
11    A.  I want to be honest, I can't know for
12 exactly.
13    Q.  That's fair.  No, just if you have a
14 timeline or something that shows the progression, I
15 would, you know, through your attorney, we would ask
16 for that.
17       If you'll turn to No. 14, please?
18    A.  Okay.
19    Q.  So this one asks about any exercise,
20 physical activity.  We talked about this a little
21 bit.  You say in your answer that for ten years
22 prior to the incident you were able to go for walks
23 and ride a bike, and since this incident you have
24 not been able to ride a bike?
25    A.  That is correct.

Page 99

1     Q.  Okay.
2     A.  And I really haven't tried lately because
3  my knee isn't as bad as it was, but it's sore to
4  touch.  It's just a cellular damage, like a
5  soreness.
6     Q.  Okay.  When you say "your knee", is that
7  related to the auto accident?
8     A.  That's my auto accident, yes.
9     Q.  Okay.
10    A.  It's nothing to do with the --
11    Q.  Nothing to do with this?
12    A.  Right.
13    Q.  Okay.  Gotcha.  Fair enough.  Okay.  We
14 can put away that exhibit.  I'll give it back to the
15 court reporter.
16       Okay.  We talked that you have scars on
17 the front part of your left thigh; is that correct?
18    A.  It's -- it's like right in here.  So my
19 thigh would be up here, right?  So it's more down in
20 the middle --
21    Q.  Okay.
22    A.  -- of my leg and on the side where the
23 water travelled.
24    Q.  Okay.
25    A.  It left a white --

Page 100

1        MS. SHELKE:  And for the record, the
2  witness is gesturing for about four inches above her
3  left knee through mid thigh and going in between her
4  legs.
5     A.  Yes.
6     Q.  Is that correct?
7     A.  Yes.
8     Q.  Okay.  And then do you have scars anywhere
9  except the left thigh?
10    A.  On my bottom.
11    Q.  Okay.  Anywhere else?
12    A.  Not to my recollection.  I don't -- I
13 think it goes behind my leg a little bit, but it's
14 hard for me to take a picture and it's not as -- the
15 front of my leg got the worst injury.
16    Q.  Okay.  And what is the impact that these
17 scars have had on your leg?
18    A.  The impact is mainly that I still suffer
19 pain, not as much as the scars.
20    Q.  Okay.  Is there anything that you cannot
21 do because of the scars?
22    A.  I don't think that it would limit me from
23 doing anything, the scars, in general.
24    Q.  Okay.  And you do plan to get some skin
25 grafting treatment for the scars?

Page 101

1     A.  I'm -- yes, I'm considering it, yes.
2     Q.  Okay.  We talked a little bit about your
3  medical bills and your insurance.  Do you know if
4  all the medical bills for injuries that you've
5  sustained in this incident, have they been paid?
6     A.  There may be some out there that my
7  husband is still questioning about if they're valid
8  or whatever.  But, yes, the insurance company paid
9  the majority of them.
10    Q.  Okay.  And if there were any co-pays or
11 patient payments, you or your husband would have
12 paid those?
13    A.  Yes.
14    Q.  Okay.  I'm next going to show you what
15 we'll mark as Deposition Exhibit No. 2.
16       (Whereupon, Exhibit No. 2 was marked for
17 identification.)
18 BY MS. SHELKE:
19    Q.  And this is a copy of the e-mail that --
20 you had an e-mail exchange with Frontier Airlines --
21    A.  Correct.
22    Q.  -- with respect to this incident.  You
23 forwarded it to your attorney, who then produced it
24 to us.
25       MS. SHELKE:  Brian, I did not bring



Orange Legal
800-275-7991

EXHIBIT A

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

102..105

Page 102

1   copies, but I'll show it to you before I show it to
2   Ms. Newport.
3            MR. HOGAN:  It's okay.  I did bring
4   a --
5            MS. SHELKE:  It's not bates numbered
6   but it's just the two e-mails.
7            MR. HOGAN:  Okay.
8   BY MS. SHELKE:
9        Q.   Okay.  So you -- did you fill out some
10   sort of customer -- well, sorry, go ahead and take a
11   look at it to make sure we know what we're talking
12   about.
13       A.   Yes, I do know.
14       Q.   Okay.  So you returned home from this
15   incident and then you contacted Frontier Airlines to
16   let them know there had been an incident; is that
17   correct?
18       A.   That is correct.
19       Q.   Okay.  And did you send them an e-mail?
20   Or fill out an online form?  Do you recall what you
21   did?
22       A.   I would think that they had something on a
23   form that you -- if you had an issue.
24       Q.   Okay.
25       A.   On the flight.

Page 103

1        Q.   Okay.  And if you'll turn to Page No. 2,
2   there's a paragraph.  Would you be able to read that
3   for the record for us?
4        A.   Okay.  I requested a hot tea as a
5   beverage.  I was given a cup of hot water --
6            THE COURT REPORTER:  You've got to
7   slow down a little bit.
8            THE WITNESS:  I'm sorry.
9            THE COURT REPORTER:  It's okay.
10           THE WITNESS:  "I requested hot tea as
11   a beverage.  I was given a cup of hot water, a
12   tea bag packet, and a sugar packet.
13   "   I removed the lid of the cup to place the
14   tea bag and sugar in the cup and before I got
15   the lid on, turbulence brought the plane and
16   threw the cup filled with scalding hot water
17   into my lap.
18   "   I have severe burns and blisters, mainly
19   on my left leg, from up -- from my -- above my
20   knee and wrapping the side of my legs to the
21   middle of my leg to the top of my right inner
22   thigh.
23   "   I had to sit for hours in pain on the
24   flight.  Flight attendant was very nice and
25   concerned and checked me and I told her that I

Page 104

1   was in a lot of pain, but I would live.  My
2   pants were wet for the entire flight.
3   "   I was not able to see the severity of the
4   burns until I arrived home, but could feel the
5   pain.  I have taken pictures."
6        Q.   Okay.  And then Frontier Airlines
7   responded to your e-mail, correct?
8        A.   Correct.
9        Q.   Okay.  And that incident, as you read
10   today, is the same incident that we talked about?
11       A.   Correct.
12       Q.   Okay.  When you sent this e-mail to
13   Frontier Airlines, what were you looking for them to
14   do?
15       A.   Well, I felt they were negligent serving
16   such hot water and wanted to let them know of my
17   flight experience and the way that I was treated,
18   that I received no kind of treatment.
19       Q.   Okay.
20       A.   So I was upset with my flight --
21       Q.   Uh-huh.
22       A.   -- and the fact that I, you know, had
23   scalding hot water on me.
24           MS. SHELKE:  Okay.  I think that's
25   all the questions that I have.

Page 105

1            CROSS-EXAMINATION
2   BY MR. HOGAN:
3        Q.   All right.  Have you answered the
4   questions to the best of your memory today?
5        A.   To the best of my memory, yes.
6            MR. HOGAN:  I have no other
7   questions.  We're going to waive reading.
8            THE VIDEOGRAPHER:  The time is 11:58.
9   Off record.
10           THE COURT REPORTER:  Would you like
11   to order the transcript?
12           MS. SHELKE:  Yes, please, and a copy
13   of the video as well.  Could we do E-tran with
14   exhibits linked?
15           THE COURT REPORTER:  Yes, ma'am.
16           And would you like a copy, sir?
17           MR. HOGAN:  I'm going to hold off
18   right now.
19           THE COURT REPORTER:  Okay.
20           MR. HOGAN:  On both.  I'll let you
21   know.
22           THE COURT REPORTER:  Perfect.  Thank
23   you.
24
25



**EXHIBIT A**

VANESSA NEWPORT vs FRONTIER AIRLINES
VANESSA NEWPORT

106..107

Page 106

```
1                 CERTIFICATE OF OATH
2
3    STATE OF FLORIDA:
4    COUNTY OF MARION:
5
6        I, Beth Bunn, Notary Public, State of Florida,
7    do hereby certify that VANESSA NEWPORT personally
8    appeared before me on November 13, 2018 and was duly
9    sworn and produced a Florida driver's license as
10   identification.
11       Signed this 26th day of November, 2018.
12
13
14
15
16        Beth Bunn
          _____
          Beth Bunn, RPR
17        Registered Professional Reporter
          Notary Public, State of Florida
18        My Commission No.: 952300
          Expires: 1/25/2020
19
20
21
22
23
24
25
```

Page 107

```
1                CERTIFICATE OF REPORTER
2
3    STATE OF FLORIDA:
4    COUNTY OF MARION:
5
6        I, Beth Bunn, Notary Public, State of Florida,
7    certify that I was authorized to and did
8    stenographically report the deposition of VANESSA
9    NEWPORT; that a review of the transcript was not
10   requested; and that the foregoing transcript, pages
11   05 through 105, is a true and accurate record of my
12   stenographic notes.
13       I further certify that I am not a relative,
14   employee, or attorney, or counsel of any of the
15   parties, nor am I a relative or employee of any of
16   the parties' attorneys or counsel connected with the
17   action, nor am I financially interested in the
18   action.
19
20       DATED this 26th day of November, 2018.
21
22
23
24   Beth Bunn
     _____
     Beth Bunn
25
```



**Orange Legal**
**800-275-7991**

**EXHIBIT A**